

**Karen A. Bushell**
Clerk of the Circuit Court for Montgomery County, Maryland
50 Maryland Avenue
Rockville, Maryland 20850-2397

June 2, 2021

RE: Notice of New Case Number for
    MARYLAND SHALL ISSUE INC, ET AL vs MONTGOMERY COUNTY MARYLAND
    Reference Case#: N/A
    Case Type: VIOLATION
                    (836)

Dear Sir/Madam:

Please be advised that the above referenced case was received on May 28, 2021, in the office of the Clerk for Montgomery County. This matter has been assigned case number **485899-V**    . Please include this case number on all future papers to be filed in this case.

Sincerely,

*Karen A Bushell*
Clerk of the Circuit Court
for Montgomery County,
Maryland

```
06/02/2021 13:20:07   Addressee Check Sheet - 485899-V                    Page 01

MARYLAND SHALL ISSUE INC               JOSHUA EDGAR
9613 HARFORD RD STE C #1015            8416 FLOWER HILL TER
PARKVILLE MD 21234-2150                GAITHERSBURG MD 20879

ENGAGE ARMAMENT LLC                    ICE FIREARMS & DEFENSIVE TRAINING LLC
701 E GUDE DR STE #101                 24129 PECAN GROVE LANE
ROCKVILLE MD 20850                     GAITHERSBURG MD 20882

ANDREW RAYMOND                         RONALD DAVID
14819 POPLAR HILL RD                   24129 PECAN GROVE LANE
GERMANTOWN MD 20874                    GAITHERSBURG MD 20882

CARLOS RABANALES                       NANCY DAVID
7727 GREEN VALLEY RD                   24129 PECAN GROVE LANE
FREDERICK MD 21701                     GAITHERSBURG MD 20882

BRANDON FERRELL                        MONTGOMERY COUNTY MARYLAND
40 MOUNTAIN LAUREL CT                  101 MONROE STREET
GAITHERSBURG MD 20879                  ROCKVILLE MD 20850

DERYCK WEAVER                          MARK W PENNAK, ESQ
8712 LOWELL STREET                     MARYLAND SHALL ISSUE, INC.
BETHESDA MD 20817                      STE C #1015
                                       9613 HARFORD RD
                                       PARKVILLE MD 21234
```

NEWCASE