

## Circuit Court for Montgomery County, Maryland
## Office of the Assignment Commissioner
50 Maryland Avenue, Room 1003
Rockville, Maryland 20850
(240) 777-9000

June 3, 2021

## Notice of Pending Events
( 884)

Case# 485899-V    MARYLAND SHALL ISSUE INC, ET AL vs. MONTGOMERY COUNTY MARYLAND

Having entered your appearance, please be advised that the following events have been previously scheduled in this case:

| Event Date | Time | Description | Length |
|---|---|---|---|
| 11/12/2021 | 10:30 AM | STATUS/PRETRIAL HRG. | |

**Please consult the monitors on the lobby level for your courtroom assignment.**
Handicap parking for the Montgomery County Circuit Court is located along Maryland Avenue near its intersection with Courthouse Square.

**Please direct all inquiries to the Assignment Office.**

Possession and use of cell phones, computers, other electronic devices, and cameras may be limited or prohibited in designated areas of the court facility. The use of any camera, cell phone, or any electronic device for taking, recording, or transmitting photographs, videos, or other visual images is prohibited in the court facility at all times, unless the court expressly grants permission in a specific instance.

**FILED**
JUN 03 2021
Clerk of the Circuit Court
Montgomery County, Md.

```
Addressee Checklist            (HEARING.NOTICES  ) 06/03/2021 00:15:06

Case# 485899-V       MARYLAND SHALL ISSUE INC, ET AL vs. MONTGOMERY COUNTY MARYLA

MARK W PENNAK, ESQ
MARYLAND SHALL ISSUE, INC.
STE C #1015
9613 HARFORD RD
PARKVILLE MD 21234
```