IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MARYLAND SHALL ISSUE, INC., *et al.* | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil No. 8:21-cv-01736-TDC |
| | * | |
| MONTGOMERY COUNTY, MD | * | |
| | * | |
| Defendant | * | |

## LINE OF APPEARANCE

Please add the appearance of Patricia Lisehora Kane, Chief, Division of Litigation, as counsel for Defendant, Montgomery County, Maryland, in the above-captioned case.

Respectfully submitted,

MARC P. HANSEN
COUNTY ATTORNEY

/s/
Patricia Lisehora Kane, Chief
Litigation Division
Federal Bar No. 13621
patricia.kane@montgomerycountymd.gov

Attorney for Defendant
101 Monroe Street, Third Floor
Rockville, Maryland 20850
(240) 777-6700

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 12th day of July 2021, a copy of the foregoing, was electronically filed with notice to:

Mark Pennak, Esquire
Maryland Shall Issue, Inc.
9613 Harford Road, Suite C1015
Parkville, MD 21234

/s/
Patricia Lisehora Kane, Chief
Litigation Division