UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

MARYLAND SHALL ISSUE, INC.,
ENGAGE ARMAMENT, LLC,
ANDREW RAYMOND,
CARLOS RABANELES,
BRANDON FERRELL,
DERYCK WEAVER,
JOSHUA EDGAR,
I.C.E. FIREARMS & DEFENSIVE
TRAINING, LLC,
RONALD DAVID and
NANCY DAVID,

    Plaintiffs,

v.

MONTGOMERY COUNTY, MARYLAND,

    Defendant.

Civil Action No. TDC-21-1736

## ORDER

For the reasons stated during the August 2, 2021 Case Management Conference, it is hereby ORDERED that:

1. Plaintiffs are granted leave to file the proposed Motion to Sever and Remand, as described in ECF No. 14. Plaintiffs' brief in support of the Motion is due **August 4, 2021**.

2. Defendant's opposition brief is due **August 18, 2021**.

3. Plaintiffs' reply brief is due **August 23, 2021**.

Date: August 2, 2021



THEODORE D. CHUANG
United States District Judge