IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARYLAND SHALL ISSUE, INC., *et al.*, | * |
| Plaintiffs | * |
| v. | *   Case No. 8:21-cv-01736-TDC |
| MONTGOMERY COUNTY, MARYLAND | * |
| Defendant | * |

**ORDER**

Upon consideration of the Plaintiffs' Motion to Sever and to Remand All State law Claims Removed by the Defendant and to Hold in Abeyance the Sole Remaining Federal Claim Until Completion of State Court Proceedings (ECF 18), the Defendant's opposition filed thereto, and any oral argument thereon, it is this _____ day of _____, 2021, by the U.S. District Court for Maryland, hereby

ORDERED that the Plaintiffs' Motion is DENIED.

_____
THEODORE D. CHUANG
United States District Judge

cc:    all parties of record