IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **MARYLAND SHALL ISSUE, INC.,** *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Case No. 8:21-cv-01736-TDC |
| ) | |
| **MONTGOMERY COUNTY, MD,** ) | |
| ) | |
| *Defendant*. ) | |

**JOINT STATUS REPORT**

1. In an order filed February 7, 2022, this Court remanded Counts 1, 2, and 3 of the Complaint filed in this case to the Circuit Court for Montgomery County, Maryland, pursuant to 28 U.S.C. § 1367. The Court elected to retain jurisdiction over the federal and State constitutional Due Process Clause claims set forth in Count IV of the Complaint. Paragraph 4 of the Court's February 7, 2022, Order provides that "[t]he parties shall file a Joint Status Report every **90 days** to report on the progress of the state court proceeding." (Emphasis in the original). This "Joint Status Report" is respectfully submitted in accordance with that order.

2. On February 22, 2022, the defendant, Montgomery County, Maryland ("the County") filed a motion to dismiss and alternative motion for summary judgment on Counts 1-III of the Complaint, and an opposition to plaintiffs' pending motion for summary judgment. On March 7, 2022, plaintiffs filed an opposition to the County's motions. Plaintiffs have also filed a supplemental memorandum regarding the recent enactment of Senate Bill 387 and House Bill 425 by the General Assembly of Maryland.

3. By an order filed April 20, 2022, the Circuit Court for Montgomery County, MD, scheduled a remote hearing for May 23, 2022, at 10:00 am. By joint motion filed April 28, 2022,

the parties have requested the Circuit Court to extend the time for argument at this hearing to one hour in order to address more fully all currently pending motions of both parties.

Respectfully submitted,

*/s/ Mark W. Pennak*
MARK W. PENNAK
Maryland Shall Issue, Inc.
9613 Harford Rd., Ste C #1015
Baltimore, MD 21234-21502
mpennak@marylandshallissue.org
(301) 873-3671
Bar No. 21033
*Attorney for Plaintiffs*

JOHN P. MARKOVS
ACTING COUNTY ATTORNEY

*/s/ Patricia Lisehora Kane*
Patricia Lisehora Kane, Chief
Division of Litigation
patricia.kane@montgomerycountymd.gov
Bar No. 13621

*/s/ Edward B. Lattner*
Edward B. Lattner, Chief
Division of Government Operations
edward.lattner@montgomerycountymd.gov
Bar No. 03871

*/s/ Sean C. O'Hara*
Sean C. O'Hara
Associate County Attorney
sean.ohara@montgomerycountymd.gov
Bar No. 20725
*Attorneys for Defendant Montgomery County, Maryland*
101 Monroe Street, Third Floor
Rockville, Maryland 20850-2540

Dated: May 9, 2022                   (240) 777-6700

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARYLAND SHALL ISSUE, INC., *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Case No. 8:21-cv-01736-TDC |
| ) | |
| MONTGOMERY COUNTY, MD, ) | |
| ) | |
| *Defendant*. ) | |

### CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on May 9, 2022, the forgoing "Joint Status Report" was served on opposing counsel listed below via ECF service:

Edward B. Lattner
101 Monroe St.
Rockville, MD 20850

Patricia L. Kane
101 Monroe St.
Rockville, MD 20850

Sean C. O'Hara
101 Monroe St.
Rockville, MD 20850


*/s/ Mark W. Pennak*

_____
MARK W. PENNAK
Maryland Shall Issue, Inc.
9613 Harford Rd, Ste, C #1015
Baltimore, MD 21234-21502
mpennak@marylandshallissue.org
Phone: (301) 873-3671
Bar No. 21033

Dated: May 9, 2022.