IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MARYLAND SHALL ISSUE, INC., *et al.*, | * | |
| | * | |
| Plaintiffs | * | |
| | * | |
| v. | * | Case No. 8:21-cv-01736-TDC |
| | * | |
| MONTGOMERY COUNTY, MARYLAND | * | |
| | * | |
| Defendant | * | |

## JOINT STATUS REPORT 2

1. In an order filed February 7, 2022, this Court remanded Counts I, II, and III of the Complaint filed in this case to the Circuit Court for Montgomery County, Maryland, pursuant to 28 U.S.C. § 1367. The Court elected to retain jurisdiction over the federal and State constitutional Due Process Clause claims set forth in Count IV of the Complaint. Paragraph 4 of the Court's February 7, 2022, Order provides that "[t]he parties shall file a Joint Status Report every **90 days** to report on the progress of the state court proceeding." (Emphasis in the original). This "Joint Status Report" is respectfully submitted in accordance with that order.

2. On February 22, 2022, the defendant, Montgomery County, Maryland ("the County") filed a motion to dismiss and alternative motion for summary judgment on Counts I-III of the Complaint, and an opposition to plaintiffs' pending motion for summary judgment. On March 7, 2022, plaintiffs filed an opposition to the County's motions. Plaintiffs have also filed a supplemental memorandum regarding the recent enactment of Senate Bill 387 and House Bill 425 by the General Assembly of Maryland.

3. By an order filed April 20, 2022, the Circuit Court for Montgomery County, MD, scheduled a remote hearing for May 23, 2022, at 10:00 am. By joint motion filed April 28, 2022, the parties have requested the Circuit Court to extend the time for argument at this hearing to one

hour in order to address more fully all currently pending motions of both parties.

4. At Plaintiffs' request, the May 23, 2022, hearing was rescheduled for July 19, 2022.

5. On July 19, the Circuit Court hearing argument on the parties dispositive cross-motions and then took the matter under advisement.

6. On July 22, Plaintiffs filed an Amended Complaint adding a Count V claim under the Second Amendment and 42 U.S.C. § 1983.

7. On August 8, Defendant removed the Amended Complaint to this Court (presently filed under 8:22-cv-01967-DLB) and filed a motion to consolidate these two matters, remand (again) the state-law claims (Counts I, II, and III) to the Circuit Court for Montgomery County. and continue to hold the federal claims (now including Count V) in abeyance pending resolution of the state-law claims. Plaintiffs oppose the request to remand the state-law claims and hold the federal claim in abeyance.

Respectfully submitted,

*/s/ Mark W. Pennak*
MARK W. PENNAK
Maryland Shall Issue, Inc.
9613 Harford Rd., Ste C #1015
Baltimore, MD 21234-21502
mpennak@marylandshallissue.org
(301) 873-3671
Bar No. 21033
*Attorney for Plaintiffs*

JOHN P. MARKOVS
ACTING COUNTY ATTORNEY

*/s/ Patricia L. Kane*
Patricia L. Kane, Bar No. 13621
Chief, Division of Litigation
patricia.kane@montgomerycountymd.gov

/s/ *Edward B. Lattner*
Edward B. Lattner, Bar No. 03871
Chief, Division of Government Operations
edward.lattner@montgomerycountymd.gov

/s/ *Sean C. O'Hara*
Sean C. O'Hara, Bar No. 20725
Associate County Attorney
sean.ohara@montgomerycountymd.gov

Attorneys for Defendant Montgomery County, Maryland
Executive Office Building
101 Monroe Street, Third Floor
Rockville, Maryland 20850-2540
(240) 777-6700
(240) 777-6705 Fax

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was served electronically on August 8, 2022 to:

Mark W. Pennak
Maryland Shall Issue, Inc.
9613 Harford Rd., Ste C #1015
Baltimore, Maryland 21234-21502
mpennak@marylandshallissue.org

/s/ *Edward B. Lattner*
Edward B. Lattner, Bar No. 03871
Chief, Division of Government Operations