IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARYLAND SHALL ISSUE, INC., *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v.  ) | Case No. 8:21-cv-01736-TDC |
| ) | Case No. 8:22-cv-01967-DLB |
| MONTGOMERY COUNTY, MD., ) | |
| ) | |
| *Defendant*. ) | |

**PROPOSED ORDER**

Upon consideration of defendant's motion to consolidate Case No. 8:21-cv-01736-TDC and Case No. 8:22-cv-01967-DLB, and motion to remand Counts I, II, and III of the plaintiffs' First Amendment Complaint, and motion to hold Counts IV and V of the First Amended Complaint in abeyance, and the Opposition of plaintiffs to the remand and abeyance sought by defendant, IT IS HEREBY ORDERED:

1. The uncontested motion to consolidate is GRANTED, and the cases are consolidated and assigned to the Court in Case No. 21-01736;

2. The motion to remand Counts I, II, and III is DENIED;

3. The motion to hold Counts IV and V in abeyance is DENIED.


SO ORDERED this ___ day of August, 2022


_____

United States District Judge