UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

MARYLAND SHALL ISSUE, INC.,
ENGAGE ARMAMENT, LLC,
ANDREW RAYMOND,
CARLOS RABANELES,
BRANDON FERRELL,
DERYCK WEAVER,
JOSHUA EDGAR,
I.C.E. FIREARMS & DEFENSIVE
TRAINING, LLC,
RONALD DAVID and
NANCY DAVID,

    Plaintiffs,

v.

MONTGOMERY COUNTY, MARYLAND,

    Defendant.

Civil Action No. TDC-21-1736

## ORDER

On August 8, 2022, Defendant Montgomery County, Maryland filed a Partial Consent Motion to Consolidate and to Remand Counts I, II, and III. ECF No. 25. The Case Management Order states that "[n]o motions may be filed without first seeking a Pre-Motion Conference with the Court." Case Management Order § II.A.1, ECF No. 11. Montgomery County, Maryland has not sought a pre-motion conference with the Court.

Accordingly, it is hereby ORDERED that:

1. The Partial Consent Motion to Consolidate and to Remand, ECF No. 25, is DENIED WITHOUT PREJUDICE as to Case No. 21-1736-TDC.

2. If Defendant seeks to file a motion in Case No. 21-1736-TDC, it must file a Notice of Intent to File a Motion pursuant to section II.A.2 of the Case Management Order.

Date: August 11, 2022

THEODORE D. CHUANG
United States District Judge