# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| MARYLAND SHALL ISSUE, INC., <br> ENGAGE ARMAMENT, LLC, <br> ANDREW RAYMOND, <br> CARLOS RABANELES, <br> BRANDON FERRELL, <br> DERYCK WEAVER, <br> JOSHUA EDGAR, <br> I.C.E. FIREARMS & DEFENSIVE TRAINING, LLC, <br> RONALD DAVID and <br> NANCY DAVID, <br><br> Plaintiffs, <br><br> v. <br><br> MONTGOMERY COUNTY, MARYLAND, <br><br> Defendant. | Civil Action No. TDC-21-1736 |

## ORDER

For the reasons stated during the August 26, 2022 Case Management Conference, it is hereby ORDERED that:

1. The parties shall file a Consent Motion to Consolidate by **Monday, August 29, 2022**.

2. Defendant is granted leave to file the proposed Motion to Remand, which shall include argument on whether the federal claims should be held in abeyance in the event of any remand of counts. The Motion will be deemed timely if filed by **Friday, September 9, 2022**. Plaintiff's Opposition to the Motion is due by **Friday, September 23, 2022**. Defendant's Reply to Plaintiff's Opposition is due by **Friday, October 7, 2022**.

3. The deadline to file an Answer in both consolidated cases is extended. Defendant shall file an Answer or Notice of Intent to File a Motion within **14 days** after the Motion to Remand is resolved.

Date: August 29, 2022

THEODORE D. CHUANG
United States District Judge