IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARYLAND SHALL ISSUE, INC., *et al.*, | * |
| Plaintiffs | * |
| v. | * Case Nos.   8:21-cv-01736-TDC |
| | * 8:22-cv-01967-DLB |
| MONTGOMERY COUNTY, MARYLAND | * |
| Defendant | * |

## ORDER

Upon consideration of the Defendant's Consent Motion to Consolidate, it is this _1st_ day of _September_, 2022, by the U.S. District Court for Maryland, hereby

ORDERED that the Defendant's Consent Motion to Consolidate is GRANTED; and it is further,

ORDERED that civil actions 8:21-cv-01736-TDC and 8:22-cv-01967-DLB be and hereby are CONSOLIDATED and that all future pleadings shall be filed under lead case 8:21-cv-01736-TDC.

THEODORE D. CHUANG
United States District Judge

cc:   all parties of record

1