**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| MARYLAND SHALL ISSUE, INC., *et al.*, | * | |
| | * | |
| Plaintiffs | * | |
| | * | Consolidated Case Nos.: |
| v. | * | 8:21-cv-01736-TDC (lead) |
| | * | 8:22-cv-01967-DLB |
| MONTGOMERY COUNTY, MARYLAND | * | |
| | * | |
| Defendant | * | |

## WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Sean C. O'Hara, Associate County Attorney, as co-counsel for Defendant in the above-captioned case. Patricia Lisehora Kane and Edward B. Lattner will remain as counsel for Defendant.

Respectfully submitted,

JOHN P. MARKOVS
ACTING COUNTY ATTORNEY

/s/
Sean C. O'Hara
Associate County Attorney
Federal Bar No. 20725
sean.ohara@montgomerycountymd.gov

101 Monroe Street, Third Floor
Rockville, MD 20850
240-777-6700

**Filed: 9/23/2022**