## IN THE CIRCUIT COURT FOR MONTGOMER COUNTY, MARYLAND

| | |
|---|---|
| MARYLAND SHALL ISSUE, INC., *et al.*, | * |
| | * |
| Plaintiffs | * |
| | *   Consolidated Case Nos.: |
| v. | *   8:21-cv-01736-TDC (lead) |
| | *   8:22-cv-01967-DLB |
| MONTGOMERY COUNTY, MARYLAND | * |
| | * |
| Defendant | * |

## SUBSTITUTION OF COUNSEL

Please withdraw the appearance of Patricia Lisehora Kane, Chief, Litigation Division, and enter the appearance of Erin J. Ashbarry, Associate County Attorney, as co-counsel for Defendant, Montgomery County, Maryland in the above-captioned case.

Respectfully submitted,

JOHN P. MARKOVS
ACTING COUNTY ATTORNEY

/s/
Patricia Lisehora Kane
Chief, Division of Litigation
Federal Bar No. 13621
patricia.kane@montgomerycountymd.gov

/s/
Erin J. Ashbarry
Associate County Attorney
Federal Bar No. 26298
erin.ashbarry@montgomerycountymd.gov

Attorneys for Defendant
101 Monroe Street, Third Floor
Rockville, Maryland 20850
240-777-6700
240-777-6705 (Fax)

**Filed:  September 30, 2022**

**CERTIFICATE OF SERVICE**

 I HEREBY CERTIFY that on this \_\_\_\_ day of September 2022, a copy of the foregoing was served via MDEC to:

Sakhouy Lay, Esquire
20 Courthouse Square, Suite 212
Rockville, MD  20850

Ronald L. Schwartz, Esquire
4907 Niagara Road, Suite 103
College Park, Maryland 20740
*Attorneys for Plaintiffs*

             /s/ *Matthew H. Johnson*
             Matthew H. Johnson
             Associate County Attorney