**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| MARYLAND SHALL ISSUE, INC., *et al.*, | * |
| | * |
| Plaintiffs | * |
| | *   Consolidated Case Nos.: |
| v. | *   8:21-cv-01736-TDC (lead) |
| | *   8:22-cv-01967-DLB |
| MONTGOMERY COUNTY, MARYLAND | * |
| | * |
| Defendant | * |

**ENTRY OF APPEARANCE**

Please enter the appearance of Matthew H. Johnson, Associate County Attorney, as co-counsel for Defendant, Montgomery County, Maryland, in the above-captioned case.

          Respectfully submitted,

          JOHN P. MARKOVS
          ACTING COUNTY ATTORNEY

            /s/
          Matthew H. Johnson
          Associate County Attorney
          Federal Bar No. 17678
          matthew.johnson3@montgomerycountymd.gov

          Attorneys for Defendant
          101 Monroe Street, Third Floor
          Rockville, Maryland 20850
          240-777-6700
          240-777-6705 (Fax)

**Filed:  September 30, 2022**