IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARYLAND SHALL ISSUE, INC., *et al.*, )<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>)<br>MONTGOMERY COUNTY, MD., )<br>)<br>*Defendant*. ) | Case No. 8:21-cv-01736-TDC (**L**)<br>Case No. 8:22-cv-01967-DLB |

**STIPULATIONS REGARDING THE SECOND AMENDED COMPLAINT**

Pursuant to Rule 15, Federal Rules of Civil Procedure, the parties stipulate that counsel for the defendant, Montgomery County, Maryland ("the County") has consented in writing to the filing of the Second Amended Complaint, filed herewith. The parties likewise stipulate that the provisions of this Court's order of August 29, 2022, continue to apply, including that provision of the Court's order that provides that "Defendant shall file an Answer or Notice of Intent to File a Motion within 14 days after the Motion to Remand is resolved." In accordance with that August 29, 2022 Order, the County filed its "Motion to Remand" on September 9, 2022. The plaintiffs filed a timely opposition to that motion on September 23, 2022. And the County filed a Reply in support of its motion on October 7, 2022. The "Motion to Remand" remains pending as of this date.

Respectfully submitted,

*/s/ Mark W. Pennak*

MARK W. PENNAK
Maryland Shall Issue, Inc.
9613 Harford Rd., Ste C #1015
Baltimore, MD 21234-21502
Phone: (301) 873-3671

                                                    District Court Bar No. 21033  
                                                    mpennak@marylandshallissue.org  
                                                    *Counsel for Plaintiffs*

November 29, 2022