Bill No.  4-21
Concerning: Weapons - Protection of Minors and Public Places - Restrictions Against Ghost Guns and Undetectable Guns
Revised: 04/06/2021   Draft No. 5
Introduced:  January 19, 2021
Enacted:  April 6, 2021
Executive:  April 16, 2021
Effective:  July 16, 2021
Sunset Date:  None
Ch. 7, Laws of Mont. Co.  2021

# COUNTY COUNCIL
# FOR MONTGOMERY COUNTY, MARYLAND

Lead Sponsor: Council Vice-President Albornoz
Co-Sponsors: Council President Hucker, Councilmembers Katz, Jawando, Navarro, Friedson, Rice, Riemer and Glass

**AN ACT** to:
(1) define terms related to firearm laws;
(2) restrict the [[manufacture,]] possession, use, sale, and transfer of ghost guns, undetectable guns, and certain other firearms with respect to minors;
(3) restrict the [[manufacture,]] possession, use, sale, and transfer of ghost guns, undetectable guns, and certain other firearms within 100 yards of places of public assembly; and
(4) generally amend the law regarding firearms and other weapons.

By amending
   Montgomery County Code
   Chapter 57, Weapons
   Sections 57-1, 57-7, and 57-11

By adding
   Montgomery County Code
   Chapter 57, Weapons
   Section 57-16

| | |
|---|---|
| **Boldface** | *Heading or defined term.* |
| Underlining | *Added to existing law by original bill.* |
| **[**Single boldface brackets**]** | *Deleted from existing law by original bill.* |
| Double underlining | *Added by amendment.* |
| **[[**Double boldface brackets**]]** | *Deleted from existing law or the bill by amendment.* |
| * * * | *Existing law unaffected by bill.* |

*The County Council for Montgomery County, Maryland approves the following Act:*

**EXHIBIT A**

1   **Sec. 1. Sections 57-1, 57-7, and 57-11 are amended, and Section 57-16 is**
2   **added, as follows:**
3   **57-1. Definitions.**
4   In this Chapter, the following words and phrases have the following meanings:
5   *3D printing process*: a process of making a three-dimensional, solid
6   object using a computer code or program, including any process in
7   which material is joined or solidified under computer control to create a
8   three-dimensional object.
9                              *     *     *
10  *Gun* or *firearm*: Any rifle, shotgun, revolver, pistol, ghost gun,
11  undetectable gun, air gun, air rifle or any similar mechanism by
12  whatever name known which is designed to expel a projectile through a
13  gun barrel by the action of any explosive, gas, compressed air, spring or
14  elastic.
15  (1) The term "antique firearm" means (a) any firearm (including any
16       firearm with a matchlock, flintlock, percussion cap, or similar
17       type of ignition system) manufactured in or before 1898; and (b)
18       any replica of any firearm described in subparagraph (a) if such
19       replica (i) is not designed or redesigned or using rimfire or
20       conventional centerfire fixed ammunition, or (ii) uses rimfire or
21       conventional centerfire fixed ammunition which is no longer
22       manufactured in the United States and which is not readily
23       available in the ordinary channels of commercial trade.
24  (2) "Ghost gun" means a firearm, including an unfinished frame or
25       receiver, that lacks a unique serial number engraved or cased in
26       metal alloy on the frame or receiver by a licensed manufacturer,
27       maker or importer under federal law or markings in accordance

28         with 27 C.F.R. § 479.102. It does not include a firearm that has
29         been rendered permanently inoperable, or a firearm that is not
30         required to have a serial number in accordance with the Federal
31         Gun Control Act of 1968.

32   (3)   "Handgun" means any pistol, revolver or other firearm capable of
33         being concealed on the person, including a short-barreled shotgun
34         and a short-barreled rifle as these terms are defined below.
35         "Handgun" does not include a shotgun, rifle, or antique firearm.

36   [(3)] (4)   "Rifle" means a weapon designed or redesigned, made or
37         remade, and intended to be fired from the shoulder and designed
38         or redesigned and made or remade to use the energy of the
39         explosive in a fixed metallic cartridge to fire only a single
40         projectile through a rifled bore for each single pull of the trigger.

41   [(4)] (5)   The term "short-barreled rifle" means a rifle having one
42         (1) or more barrels less than sixteen (16) inches in length and any
43         weapon made from a rifle (whether by alternation, modification
44         or otherwise) if such weapon, as modified, has an overall length
45         of less than twenty-six (26) inches.

46   [(5)] (6)   The term "short-barreled shotgun" means a shotgun having
47         one (1) or more barrels less than eighteen (18) inches in length
48         and any weapon made from a shotgun (whether by alteration,
49         modification or otherwise) if such weapon as modified has an
50         overall length of less than twenty-six (26) inches.

51   [(6)] (7)   "Shotgun" means a weapon designed or redesigned, made
52         or remade, and intended to be fired from the shoulder and
53         designed or redesigned and made or remade to use the energy of
54         the explosive in a fixed shotgun shell to fire through a smooth

55    bore either a number of ball shot or a single projectile for each
56    single pull of the trigger.
57    (8)   "Undetectable gun" means:
58          (A)   a firearm that, after the removal of all its parts other than a
59                major component, is not detectable by walk-through metal
60                detectors commonly used at airports or other public
61                buildings;
62          (B)   a major component that, if subjected to inspection by the
63                types of detection devices commonly used at airports or
64                other public buildings for security screening, would not
65                generate an image that accurately depicts the shape of the
66                component; or
67          (C)   a firearm manufactured wholly of plastic, fiberglass, or
68                through a 3D printing process.
69                         *     *     *
70    *Major component* means, with respect to a firearm:
71    (1)   the slide or cylinder or the frame or receiver; and
72    (2)   in the case of a rifle or shotgun, the barrel.
73    *Minor*: An individual younger than 18 years old.
74                         *     *     *
75    *Place of public assembly*: A "place of public assembly" is a place where
76    the public may assemble, whether the place is publicly or privately
77    owned, including a [government owned] park [identified by the
78    Maryland-National Capital Park and Planning Commission]; place of
79    worship; [elementary or secondary] school; [public] library;
80    [government-owned or -operated] recreational facility; hospital;
81    community health center; long-term facility; or multipurpose exhibition

82     facility, such as fairgrounds or a conference center. A place of public
83     assembly includes all property associated with the place, such as a
84     parking lot or grounds of a building.

85     \*   \*   \*

86 **57-7. Access to guns by minors.**

87 (a) A person must not give, sell, rent, lend, or otherwise transfer any rifle or
88     shotgun or any ammunition or major component for these guns in the
89     County to a minor. This subsection does not apply when the transferor
90     is at least 18 years old and is the parent, guardian, or instructor of the
91     minor, or in connection with a regularly conducted or supervised
92     program of marksmanship or marksmanship training.

93 (b) An owner, employee, or agent of a gun shop must not allow a minor to,
94     and a minor must not, enter the gun shop unless the minor is
95     accompanied by a parent or other legal guardian at all times when the
96     minor is in the gun shop.

97 (c) A person must not give, sell, rent, lend, or otherwise transfer to a minor:
98     (1) a ghost gun or major component of a ghost gun;
99     (2) an undetectable gun or major component of an undetectable gun;
100     or
101     (3) a computer code or program to make a gun through a 3D printing
102     process.

103 (d) A person must not [[manufacture or assemble]] purchase, sell, transfer,
104     possess, or transfer a ghost gun, including [[making]] a gun created
105     through a 3D printing process, in the presence of a minor.

106 (e) A person must not store or leave a ghost gun, an undetectable gun, or a
107     major component of a ghost gun or an undetectable gun, in a location
108     that the person knows or should know is accessible to a minor.

109    [(c)] (f)    This section must be construed as broadly as possible within the
110                 limits of State law to protect minors.

111  **57-11. Firearms in or near places of public assembly.**
112    (a)    [A] In or within 100 yards of a place of public assembly, a person must
113           not:
114           (1)    sell, transfer, [[manufacture, assemble,]] possess, or transport a
115                  ghost gun, undetectable gun, handgun, rifle, or shotgun, or
116                  ammunition or major component for these firearms[, in or within
117                  100 yards of a place of public assembly]; or
118           (2)    sell, transfer, possess, or transport[[, or use a computer code to
119                  create,]] a firearm created through a 3D printing process.
120    (b)    This section does not:
121           (1)    prohibit the teaching of firearms safety or other educational or
122                  sporting use in the areas described in subsection (a);
123           (2)    apply to a law enforcement officer, or a security guard licensed to
124                  carry the firearm;
125           (3)    apply to the possession of a firearm or ammunition, other than a
126                  ghost gun or an undetectable gun, in the person's own home;
127           (4)    apply to the possession of one firearm, and ammunition for the
128                  firearm, at a business by either the owner who has a permit to
129                  carry the firearm, or one authorized employee of the business
130                  who has a permit to carry the firearm;
131           (5)    apply to the possession of a handgun by a person who has
132                  received a permit to carry the handgun under State law; or
133           (6)    apply to separate ammunition or an unloaded firearm:

| | | |
|---|---|---|
| 134 | (A) | transported in an enclosed case or in a locked firearms rack |
| 135 | | on a motor vehicle, unless the firearm is a ghost gun or an |
| 136 | | undetectable gun; or |
| 137 | (B) | being surrendered in connection with a gun turn-in or |
| 138 | | similar program approved by a law enforcement agency. |

139     \*   \*   \*

140 **57-15. Penalty.**

141 Any violation of this Chapter or a condition of an approval certificate issued
142 under this Chapter is a Class A violation to which the maximum penalties for a Class
143 A violation apply. Any violation of Section 57-8 is a Class A civil violation.

144 **57-16. Reporting requirement.**

145 (a) The County Police Department must submit a report annually to the
146 County Executive and the County Council regarding the availability and
147 use of ghost guns and undetectable guns in the County.
148 (b) The report must include the number of ghost guns and undetectable
149 guns recovered by the Department during the prior year.
150 (c) Each report must be available to the public on the Police Department's
151 website.

*Approved*:

_____  4/7/2021

Tom Hucker, President, County Council                                                                 Date

*Approved*:

_____  4/16/2021

Marc Elrich, County Executive                                                                              Date

*This is a correct copy of Council action*.

_____  4/16/2021

Selena Mendy Singleton, Esq., Clerk of the Council                                      Date