|  |
|---|
| Expedited Bill No.  21-22 |
| Concerning: Weapons – Firearms In or Near Places of Public Assembly |
| Revised:  11/10/2022   Draft No.  2 |
| Introduced:  July 12, 2022 |
| Enacted:  November 15, 2022 |
| Executive:  November 28, 2022 |
| Effective:  November 28, 2022 |
| Sunset Date:  None |
| Ch.  36 , Laws of Mont. Co.  2022 |

# COUNTY COUNCIL
# FOR MONTGOMERY COUNTY, MARYLAND

Lead Sponsor: Council President Albornoz
Co-Sponsors: Councilmembers Hucker, Friedson, Jawando, Riemer, and Katz; Council Vice-President Glass; and Councilmember Rice

**AN EXPEDITED ACT** to:
(1) prohibit the possession of firearms in or near places of public assembly, with certain exemptions;
(2) remove an exemption that allows individuals with certain handgun permits to possess handguns within 100 yards of a place of public assembly; and
(3) generally amend the law regarding restrictions against firearms in the County.

By amending
Montgomery County Code
Chapter 57, Weapons
[[Section]] Sections 57-1, 57-7, and 57-11

| | |
|---|---|
| **Boldface** | *Heading or defined term.* |
| Underlining | *Added to existing law by original bill.* |
| [Single boldface brackets] | *Deleted from existing law by original bill.* |
| Double underlining | *Added by amendment.* |
| [[Double boldface brackets]] | *Deleted from existing law or the bill by amendment.* |
| * * * | *Existing law unaffected by bill.* |

*The County Council for Montgomery County, Maryland approves the following Act:*

**EXHIBIT B**

1  **Sec. 1.  [[Section]] <u>Sections 57-1, 57-7, and</u> 57-11 [[is]] <u>are</u> amended as**
2  **follows:**
3  **57-1. Definitions.**
4                              \*    \*    \*
5        *Gun* or *firearm:* Any rifle, shotgun, revolver, pistol, ghost gun,
6        undetectable gun, air gun, air rifle or any similar mechanism by whatever
7        name known which is designed to expel a projectile through a gun barrel
8        by the action of any explosive, gas, compressed air, spring or elastic.
9                              \*    \*    \*
10       (2)    "Ghost gun" means a firearm, including an unfinished frame or
11              receiver, that<u>:</u>
12              <u>(A)</u>   lacks a unique serial number engraved or cased in metal
13                    alloy on the frame or receiver by a licensed manufacturer,
14                    maker or importer **[[under]]** <u>in accordance with</u> federal law
15                    [or]<u>; and</u>
16              <u>(B)</u>   <u>lacks</u> markings <u>and is not registered with the Secretary of</u>
17                    <u>the State Police</u> in accordance with **[[27 C.F.R. § 479.102]]**
18                    <u>Section 5-703(b)(2)(ii) of the Public Safety Article of the</u>
19                    <u>Maryland Code</u>.
20              **[[It]]** <u>"Ghost gun"</u> does not include a firearm that has been
21              rendered permanently inoperable, or a firearm that is not required
22              to have a serial number in accordance with the Federal Gun
23              Control Act of 1968.
24                              \*    \*    \*
25       (8)    "Undetectable gun" means:
26                              \*    \*    \*

27     (9) "Unfinished frame or receiver" means a forged, cast, printed, extruded, or machined body or similar article that has reached a stage in manufacture where it may readily be completed, assembled, or converted to be used as the frame or receiver of a functional firearm.

\*   \*   \*

*Place of public assembly*: A "place of public assembly" is:

(1) a [[place where the public may assemble, whether the place is]] publicly or privately owned:[[, including a]]

    (A) park;
    (B) place of worship;
    (C) school;
    (D) library;
    (E) recreational facility;
    (F) hospital;
    (G) community health center, including any health care facility or community-based program licensed by the Maryland Department of Health;
    (H) long-term facility, including any licensed nursing home, group home, or care home; [[or]]
    (I) multipurpose exhibition facility, such as a fairgrounds or conference center; or
    (J) childcare facility;

(2) government building, including any place owned by or under the control of the County;

53    (3) polling place;
54    (4) courthouse;
55    (5) legislative assembly; or
56    (6) a gathering of individuals to collectively express their
57      constitutional right to protest or assemble.
58   A "place of public assembly" includes all property associated with the
59   place, such as a parking lot or grounds of a building.
60      *   *   *

61 **57-7. Access to guns by minors.**
62      *   *   *
63  (d) A person must not purchase, sell, transfer, possess, or [[transfer]]
64   transport a ghost gun, including a gun created through a 3D printing
65   process, in the presence of a minor.
66      *   *   *

67 **57-11.  Firearms in or near places of public assembly.**
68  (a) In or within 100 yards of a place of public assembly, a person must not:
69    (1) sell, transfer, possess, or transport a ghost gun, undetectable gun,
70      handgun, rifle, or shotgun, or ammunition or major component for
71      these firearms; or
72    (2) sell, transfer, possess, or transport a firearm created through a 3D
73      printing process.
74  (b) This section does not:
75    (1) prohibit the teaching of firearms safety or other educational or
76      sporting use in the areas described in subsection (a);
77    (2) apply to a law enforcement officer, or a security guard licensed to
78      carry the firearm;

| | | |
|---|---|---|
| 79 | (3) | apply to the possession of a firearm or ammunition, other than a |
| 80 | | ghost gun or an undetectable gun, in the person's own home; |
| 81 | (4) | apply to the possession of one firearm, and ammunition for the |
| 82 | | firearm, at a business by either the owner who has a permit to carry |
| 83 | | the firearm, or one authorized employee of the business who has a |
| 84 | | permit to carry the firearm; <u>or</u> |
| 85 | (5) | **[**apply to the possession of a handgun by a person who has received |
| 86 | | a permit to carry the handgun under State law; or**]** |
| 87 | **[**(6)**]** | apply to separate ammunition or an unloaded firearm: |
| 88 | (A) | transported in an enclosed case or in a locked firearms rack |
| 89 | | on a motor vehicle, unless the firearm is a ghost gun or an |
| 90 | | undetectable gun; or |
| 91 | (B) | being surrendered in connection with a gun turn-in or |
| 92 | | similar program approved by a law enforcement agency. |

93                              *    *    *

94     **Sec. 2. Expedited Effective Date.** The Council declares that this legislation is
95 necessary for the immediate protection of the public interest. This Act takes effect on
96 the date on which it becomes law.

97     <u>**Sec. 3. Severability.**  If any provision of this Act, or any provision of Chapter</u>
98 <u>57, is found to be invalid by the final judgment of a court of competent jurisdiction,</u>
99 <u>the remaining provisions must be deemed severable and must continue in full force</u>
100 <u>and effect.</u>

101     <u>**Sec. 4.** This Act and Chapter 57 must be construed in a manner that is consistent</u>
102 <u>with regulations of the federal Bureau of Alcohol, Tobacco, Firearms, and Explosives,</u>
103 <u>including 87 FR 24652 (effective August 24, 2022), as amended.</u>

EXPEDITED BILL NO. 21-22

*Approved*:

_____  11/17/2022_____
Gabriel Albornoz, President, County Council            Date

*Approved*:

_____  11/28/2022_____
Marc Elrich, County Executive                          Date

*This is a correct copy of Council action.*

_____  11/28/2022_____
Judy Rupp, Clerk of the Council                        Date