IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARYLAND SHALL ISSUE, INC., *et al.*,   )
                                        )
*Plaintiffs*,                           )
                                        )
v.                                      )   Case No. 8:21-cv-01736-TDC **(L)**
                                        )   Case No. 8:22-cv-01967-DLB
MONTGOMERY COUNTY, MD.,                 )
                                        )
*Defendant*.                            )

**DECLARATION OF DANIEL CARLIN-WEBER ON BEHALF OF MARYLAND SHALL ISSUE, INC.**

COMES NOW, the declarant, DANIEL CARLIN-WEBER, and hereby solemnly declares under penalties of perjury and states that based upon personal knowledge that the contents of the following declaration are true:

1. My name is DANIEL CARLIN-WEBER and I am the Chairman of the Board of Directors of MARYLAND SHALL ISSUE, INC., a named plaintiff in the above captioned matter. I execute this declaration on behalf of MARYLAND SHALL ISSUE, INC. I am an adult over the age of 18, a Maryland resident and I am fully competent to give sworn testimony in this matter.

2. I have read and otherwise reviewed the allegations of the Second Amended Complaint in this matter. Based on personal knowledge, I hereby adopt, declare and verify that the factual allegations in the complaint that relate or refer to MARYLAND SHALL ISSUE, INC., are true.

SECOND SUPPLEMENTAL DECLARATION OF DANIEL CARLIN-WEBER - 1

**EXHIBIT E**

1  Dated this day of November 28, 2022:

2

3

4  _____
     DANIEL CARLIN-WEBER
     Chairman of the Board of Directors,
5      Maryland Shall Issue, Inc.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SECOND SUPPLEMENTAL DECLARATION OF DANIEL CARLIN-WEBER - 2