IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARYLAND SHALL ISSUE, INC., *et al.*, )
)
*Plaintiffs*, )
)
v. ) Case No. 8:21-cv-01736-TDC (L)
) Case No. 8:22-cv-01967-DLB
MONTGOMERY COUNTY, MD., )
)
*Defendant*. )

## DECLARATION OF ANDREW RAYMOND

COMES NOW, the declarant, ANDREW RAYMOND, and hereby solemnly declares under penalties of perjury and states that based upon personal knowledge that the contents of the following declaration are true:

1. My name is ANDREW RAYMOND, and I am named plaintiff in the above-captioned matter and a co-owner of ENGAGE ARMAMENT, LLC, which is also a named plaintiff in the above captioned matter. I execute this declaration on behalf of myself and on behalf of ENGAGE ARMAMENT, LLC. I am an adult over the age of 18, a Maryland resident and I am fully competent to give sworn testimony in this matter.

2. I have read and otherwise reviewed the allegations of the Second Amended Complaint in this matter. Based on personal knowledge, I hereby adopt, declare and verify that the factual allegations in the complaint that relate or refer to myself and ENGAGE ARMAMENT, LLC, are true.

Dated this day of November 28, 2022:
ANDREW RAYMOND

EXHIBIT F