IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARYLAND SHALL ISSUE, INC., *et al.*, | ) |
| *Plaintiffs*, | ) |
| v. | ) Case No. 8:21-cv-01736-TDC **(L)** |
| | ) Case No. 8:22-cv-01967-DLB |
| MONTGOMERY COUNTY, MD., | ) |
| *Defendant*. | ) |

**DECLARATION OF CARLOS RABANALES**

COMES NOW, the declarant, CARLOS RABANALES, and hereby solemnly declares under penalties of perjury and states that based upon personal knowledge that the contents of the following declaration are true:

1. My name is CARLOS RABANALES., and I am named plaintiff in the above-captioned matter and a co-owner of ENGAGE ARMAMENT, LLC, which is also a named plaintiff in the above captioned matter. I execute this declaration on behalf of myself and on behalf of ENGAGE ARMAMENT, LLC. I am an adult over the age of 18, a Maryland resident and I am fully competent to give sworn testimony in this matter.

2. I have read and otherwise reviewed the allegations of the Second Amended Complaint in this matter. Based on personal knowledge, I hereby adopt, declare and verify that the factual allegations in the complaint that relate or refer to myself and ENGAGE ARMAMENT, LLC, are true.

_____
Dated this day of November 28, 2022:
CARLOS RABANALES

**EXHIBIT G**