**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

MARYLAND SHALL ISSUE, INC., *et al.*,    )
                                          )
*Plaintiffs*,                             )
                                          )
v.                                        )    Case No. 8:21-cv-01736-TDC **(L)**
                                          )    Case No. 8:22-cv-01967-DLB
MONTGOMERY COUNTY, MD.,                    )
                                          )
*Defendant*.                              )

### DECLARATION OF BRANDON FERRELL

COMES NOW, the declarant, BRANDON FERRELL, and hereby solemnly declares under penalties of perjury and states that based upon personal knowledge that the contents of the following declaration are true:

1. My name is BRANDON FERRELL, and I am named plaintiff in the above-captioned matter. I am an adult over the age of 18, a Maryland resident and I am fully competent to give sworn testimony in this matter.

2. I have read and otherwise reviewed the allegations of the Second Amended Complaint in this matter. Based on personal knowledge, I hereby adopt, declare and verify that the factual allegations in the complaint that relate or refer to BRANDON FERRELL are true.

*Brandon Ferrell*
_____
Dated this day of November 28, 2022:
BRANDON FERRELL

EXHIBIT H