IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARYLAND SHALL ISSUE, INC., et al.,   )
                                      )
Plaintiffs,                           )
                                      )
v.                                    )   Case No. 8:21-cv-01736-TDC (L)
                                      )   Case No. 8:22-cv-01967-DLB
MONTGOMERY COUNTY, MD.,               )
                                      )
Defendant.                            )

**DECLARATION OF DERYCK WEAVER**

COMES NOW, the declarant, DERYCK WEAVER, and hereby solemnly declares under penalties of perjury and states that based upon personal knowledge that the contents of the following declaration are true:

1. My name is DERYCK WEAVER, and I am named plaintiff in the above-captioned matter. I am an adult over the age of 18, a Maryland resident and I am fully competent to give sworn testimony in this matter.

2. I have read and otherwise reviewed the allegations of the Second Amended Complaint in this matter. Based on personal knowledge, I hereby adopt, declare and verify that the factual allegations in the complaint that relate or refer to DERYCK WEAVER are true.

_[signature]_
Dated this day of November 28, 2022:
DERYCK WEAVER

EXHIBIT I