IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARYLAND SHALL ISSUE, INC., et al., )
)
Plaintiffs, )
)
v. ) Case No. 8:21-cv-01736-TDC (L)
) Case No. 8:22-cv-01967-DLB
MONTGOMERY COUNTY, MD., )
)
Defendant. )

### DECLARATION OF JOSHUA EDGAR

COMES NOW, the declarant, JOSHUA EDGAR, and hereby solemnly declares under penalties of perjury and states that based upon personal knowledge that the contents of the following declaration are true:

1. My name is JOSHUA EDGAR, and I am named plaintiff in the above-captioned matter. I am an adult over the age of 18, a Maryland resident and I am fully competent to give sworn testimony in this matter.

2. I have read and otherwise reviewed the allegations of the Second Amended Complaint in this matter. Based on personal knowledge, I hereby adopt, declare and verify that the factual allegations in the complaint that relate or refer to JOSHUA EDGAR are true.

Dated this day of November 28, 2022;
JOSHUA EDGAR

EXHIBIT J