IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARYLAND SHALL ISSUE, INC., *et al.*,  )
                                       )
*Plaintiffs*,                          )
                                       )
v.                                     )  Case No. 8:21-cv-01736-TDC **(L)**
                                       )  Case No. 8:22-cv-01967-DLB
MONTGOMERY COUNTY, MD.,                )
                                       )
*Defendant*.                           )

## DECLARATION OF RONALD DAVID

COMES NOW, the declarant, RONALD DAVID, and hereby solemnly declares under penalties of perjury and states that based upon personal knowledge that the contents of the following declaration are true:

1. My name is RONALD DAVID, and I am named plaintiff in the above-captioned matter and the owner of I.C.E. FIREARMS & DEFENSIVE TRAINING, LLC, which is also a named plaintiff in the above captioned matter. I execute this declaration on behalf of myself and on behalf of I.C.E. FIREARMS & DEFENSIVE TRAINING, LLC. I am an adult over the age of 18, a Maryland resident and I am fully competent to give sworn testimony in this matter.

2. I have read and otherwise reviewed the allegations of the Second Amended Complaint in this matter. Based on personal knowledge, I hereby adopt, declare and verify that the factual allegations in the complaint that relate or refer to myself and I.C.E. FIREARMS & DEFENSIVE TRAINING, LLC, are true.

Dated this day of November 28, 2022:
RONALD DAVID

**EXHIBIT K**