**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| MARYLAND SHALL ISSUE, INC., *et al*., | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) |
| v. | )   Case No. 8:21-cv-01736-TDC **(L)** |
| | )   Case No. 8:22-cv-01967-DLB |
| MONTGOMERY COUNTY, MD., | ) |
| | ) |
| *Defendant*. | ) |

**PROPOSED ORDER**

`1.     Having reviewed Plaintiffs' Emergency Motion for a Temporary Restraining Order and Emergency Motion for a Preliminary Injunction and accompanying memorandum of law, the response of Defendant Montgomery County in Opposition thereto, and Plaintiffs' Reply, IT IS HEREBY ORDERED, that:

2.     Plaintiffs' Motion for a Temporary Restraining Order is GRANTED, and that the Defendant, Montgomery County, Maryland, is temporarily restrained from enforcing Section 57-11(a) of the Montgomery County Code as against any person who possesses, in accordance with State law, a wear and carry permit issued by the Maryland State Police pursuant to MD Code, Public Safety, § 5-306, and IT IS HERBY FURTHER ORDERED, that:

3.     Plaintiffs' Motion for a Preliminary Injunction is GRANTED, and that the Defendant, Montgomery County, Maryland, is hereby preliminarily enjoined from enforcing Section 57-11(a) of the Montgomery County Code as against any person who possesses, in accordance with State law, a wear and carry permit issued by the Maryland State Police pursuant to MD Code, Public Safety, § 5-306.

Date: December    , 2022

_____
THEODORE D. CHUANG
United States District Judge