IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARYLAND SHALL ISSUE, INC., *et al.*,     ) | |
| ) | |
| *Plaintiffs*,     ) | |
| ) | |
| v.                                                                     ) | Case No. 8:21-cv-01736-TDC **(L)** |
| ) | Case No. 8:22-cv-01967-DLB |
| MONTGOMERY COUNTY, MD.,     ) | |
| ) | |
| *Defendant*.     ) | |

**ALTERATIVE PROPOSED ORDER**

`1. Having reviewed Plaintiffs' Emergency Motion for a Temporary Restraining Order and Emergency Motion for a Preliminary Injunction and accompanying memorandum of law, IT IS HEREBY ORDERED, that:

2. Plaintiffs' Motion for a Temporary Restraining Order and preliminary injunctive relief is GRANTED, IN PART, and the Defendant, Montgomery County, Maryland, is hereby restrained from enforcing Section 57-11(a) of the Montgomery County Code as against any person who possesses, in accordance with State law, a wear and carry permit issued by the Maryland State Police pursuant to MD Code, Public Safety, § 5-306, and who provides armed security to a place of worship and/or to private schools, and,

IT IS HERBY FURTHER ORDERED, that:

3. Plaintiffs' Motion for a Temporary Restraining Order and preliminary injunctive relief is GRANTED, IN PART, and the Defendant, Montgomery County, Maryland, is restrained from enforcing Section 57-11(a) of the Montgomery County Code as against any person who possesses a wear and carry permit issued by the Maryland State Police pursuant to MD Code, Public Safety, § 5-306, to the extent that Section 57-11(a) prohibits the possession, transport, sale

or transfer of any firearm within 100 yards of a "place of public assembly," as that term is defined and used by Chapter 57 of the Montgomery County Code, and

IT IS HERBY FURTHER ORDERED, that:

    4.    The remaining issues associated with plaintiffs' motion for a preliminary injunction will be considered and adjudicated after full briefing by the parties.

Date: December     , 2022

                                                             THEODORE D. CHUANG
                                                             United States District Judge