1

2

3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

4   MARYLAND SHALL ISSUE, INC., *et al.*,    )
                                             )
5   *Plaintiffs*,                            )
                                             )
6   v.                                       )   Case No. 8:21-cv-01736-TDC **(L)**
                                             )   Case No. 8:22-cv-01967-DLB
7                                            )
    MONTGOMERY COUNTY, MD.,                  )
8                                            )
    *Defendant*.                             )
9

10

11                    **DECLARATION OF DAVID S. SUSSMAN**

12          COMES NOW, the declarant, DAVID S. SUSSMAN, and hereby solemnly

13   declares under penalties of perjury and states that based upon personal knowledge that the contents

14   of the following declaration are true:

15          1. My name is DAVID S. SUSSMAN, and I am member of Maryland Shall Issue,

16
     Inc., a plaintiff in the above-captioned matter.  I am an adult over the age of 18, a Maryland resident
17
     and I am fully competent to give sworn testimony in this matter.
18
19          2. I am a retired US Army Officer with multiple overseas deployments.  I serve as

20   the volunteer Director of Security and Safety for a Montgomery County synagogue.  I initially

21   received my restricted Maryland Wear and Carry Permit exclusively for the purpose of performing

22
     my security duties at my synagogue as was specifically identified on that initial permit.  I have
23
     since been approved for an unrestricted Maryland Wear and Carry Permit that I now hold.
24
25          3.  We have a small congregation that chooses not to expend its limited budget to

26   hire either off-duty Police Officers or other security services more than is necessary.  Because I

27   am a member of the congregation, I am more familiar with the other members, and more aware of

28   what "normal" looks like.  I and others like me are the overall best security solution for our

**EXHIBIT N**

1  congregation at this time of increased hate and violence against the Jewish community and other

2  communities of faith.

3

4         4.   As a result of the recent law passed in Montgomery County, I am concerned

5  about the lack of clarity as to whether I can lawfully continue to possess a firearm to protect myself

6  while performing overwatch and security duties at my synagogue, which could render the members

7  of my congregation unprotected.

8         5. I hereby declare and that the factual allegations in the complaint that relate or

9  refer to myself and MARYLAND SHALL ISSUE, INC., are true.

10

11

12

13            Dated this day of November 30, 2022:
            DAVID S. SUSSMAN

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28