IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARYLAND SHALL ISSUE, INC., *et al.*, )<br>)<br>*Plaintiffs*, )<br>)<br>v.                                           )<br>                                              )<br>MONTGOMERY COUNTY, MD,       )<br>                                              )<br>*Defendant*.                              ) | Case No. 8:21-cv-01736-TDC (L)<br>Case No. 8:22-cv-01967-DLB |

### CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on December 6, 2022, the forgoing "PLAINTIFFS' EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER AND EMERGENCY MOTION FOR A PRELIMINARY INJUNCTION" and supporting *CORRECTED* MEMORANDUM and Exhibits were served on opposing counsel listed below via ECF service:

| | | |
|---|---|---|
| Edward B. Lattner<br>101 Monroe St.<br>Rockville, MD 20850 | Patricia L. Kane<br>101 Monroe St.<br>Rockville, MD 20850 | Matthew H. Johnson<br>101 Monroe St.<br>Rockville, MD 20850 |
| Patricia Lisehora Kane<br>101 Monroe St.<br>Rockville, MD 20850 | Erin Jeanne Asbarry<br>101 Monroe St.<br>Rockville, MD 20850 | |

/s/ Mark W. Pennak
_____
MARK W. PENNAK
Maryland Shall Issue, Inc.
9613 Harford Rd, Ste, C #1015
Baltimore, MD 21234-21502
mpennak@marylandshallissue.org
Phone: (301) 873-3671
Bar No. 21033
*Counsel for Plaintiffs*

Dated: November 29, 2022.