UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

MARYLAND SHALL ISSUE, INC.,
ENGAGE ARMAMENT, LLC,
ANDREW RAYMOND,
CARLOS RABANELES,
BRANDON FERRELL,
DERYCK WEAVER,
JOSHUA EDGAR,
I.C.E. FIREARMS & DEFENSIVE
TRAINING, LLC,
RONALD DAVID,
NANCY DAVID and
ELIYAHU SHEMONY,

    Plaintiffs,

v.

MONTGOMERY COUNTY, MARYLAND,

    Defendant.

Civil Action No. TDC-21-1736

**ORDER**

For the reasons stated during the December 6, 2022 Case Management Conference, it is hereby ORDERED that:

1) Defendant Montgomery County, Maryland's Motion to Remand, ECF No. 39, is DENIED AS MOOT.

2) Plaintiffs are granted leave to file the proposed Motion for a Temporary Restraining Order and a Preliminary Injunction. The Motion will be deemed timely if filed by **Wednesday, December 7, 2022**. Defendant's Opposition to the Motion is due **Friday, December 30, 2022**. Any reply brief is due by **Monday, January 9, 2023**.

3) Defendant is granted leave to file the proposed Motion to Remand. The Motion will be deemed timely if filed by **Friday, December 9, 2022**. Plaintiffs' Opposition to the Motion is due by **Friday, December 23, 2022**. Any reply brief is due by **Monday, January 9, 2023**.

Date: December 6, 2022



THEODORE D. CHUANG
United States District Judge