**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

MARYLAND SHALL ISSUE, INC., *et al.*,            *

         Plaintiffs            *

                         *            Consolidated Case Nos.:

         v.            *            8:21-cv-01736-TDC (lead)

                         *            8:22-cv-01967-DLB

MONTGOMERY COUNTY, MARYLAND            *

         Defendant            *

## ORDER

Upon consideration of the Defendant's Renewed Motion to Remand Counts I, II, and III, and Stay Counts IV through VIII, any opposition thereto, and any oral argument thereon, it is this _____ day of _____, 2022, by the U.S. District Court for Maryland, hereby,

ORDERED that the Defendant's Motion is GRANTED; and it is further,

ORDERED that Counts I, II, and III of the Second Amended Complaint shall be SEVERED and REMANDED to the Circuit Court for Montgomery County Maryland for further proceedings; and it is further,

ORDERED that this Court will maintain jurisdiction over Counts IV through VIII of the Second Amended Complaint; and it is further,

ORDERED that this action is STAYED pending resolution of Counts I, II, and III; and it is further,

ORDERED that the parties shall file a Joint Status Report every 90 days to report on the progress of the State Court proceedings; and it is further,

ORDERED that within 14 days of the resolution of Counts I, II, and III, the parties shall file a Joint Status Report on the final resolution of the State Court proceedings and requesting either that the stay be lifted or that these consolidated cases be dismissed.

_____
THEODORE D. CHUANG
United States District Judge


cc:     all parties of record