# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARYLAND SHALL ISSUE, INC., *et al.*, ) <br> ) <br> *Plaintiffs*, ) <br> ) <br> v. ) <br> ) <br> MONTGOMERY COUNTY, MD., ) <br> ) <br> *Defendant*. ) | Case No. 8:21-cv-01736-TDC **(L)** <br> Case No. 8:22-cv-01967-DLB |

## PROPOSED ORDER

`1.    Having reviewed defendant's motion to remand the state law claims and to hold in abeyance the federal claims set forth in the Verified Second Amended Complaint, and the Opposition to defendant's motion filed by plaintiffs, IT IS HEREBY ORDERED, that:

2.    Defendant's motion is denied.

.

Date: December     , 2022            _____
                                     THEODORE D. CHUANG
                                     United States District Judge