IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARYLAND SHALL ISSUE, INC., *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v.  ) | Case No. 8:21-cv-01736-TDC (L) |
| ) | Case No. 8:22-cv-01967-DLB |
| MONTGOMERY COUNTY, MD, ) | |
| ) | |
| *Defendant*. ) | |

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on December 23, 2022, the forgoing "PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO REMAND COUNTS I, II & III TO STATE COURT AND OPPOSITION TO DEFENDANT'S MOTION TO HOLD THE FEDERAL CLAIMS IN ABEYANCE" were served on opposing counsel listed below via ECF service:

| | | |
|---|---|---|
| Edward B. Lattner | Patricia L. Kane | Matthew H. Johnson |
| 101 Monroe St. | 101 Monroe St. | 101 Monroe St. |
| Rockville, MD 20850 | Rockville, MD 20850 | Rockville, MD 20850 |
| | | |
| Patricia Lisehora Kane | Erin Jeanne Asbarry | |
| 101 Monroe St. | 101 Monroe St. | |
| Rockville, MD 20850 | Rockville, MD 20850 | |

/s/ Mark W. Pennak
_____
MARK W. PENNAK
Maryland Shall Issue, Inc.
9613 Harford Rd, Ste, C #1015
Baltimore, MD 21234-21502
mpennak@marylandshallissue.org
Phone: (301) 873-3671
Bar No. 21033
*Counsel for Plaintiffs*
Dated: December 23, 2022