**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| MARYLAND SHALL ISSUE, INC., *et al.*, | * | |
| | * | |
| Plaintiffs | * | |
| | * | Consolidated Case Nos.: |
| v. | * | 8:21-cv-01736-TDC (lead) |
| | * | 8:22-cv-01967-DLB |
| MONTGOMERY COUNTY, MARYLAND | * | |
| | * | |
| Defendant | * | |

**DEFENDANT'S OPPOSITION TO PLAINTIFFS' EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND EMERGENCY MOTION FOR A PRELIMINARY INJUNCTION**

Defendant Montgomery County, Maryland, ("the County") by and through its undersigned counsel, respectfully requests that this Court deny Plaintiff's Emergency Motion for a Temporary Restraining Order and Emergency Motion for a Preliminary Injunction because, as set forth in the Memorandum filed herewith, Plaintiffs lack standing, and all places of public assembly identified in the County's law are constitutional. The Plaintiffs' Motion should be denied.

Respectfully submitted,

JOHN P. MARKOVS
COUNTY ATTORNEY


_____/s/_____
Edward B. Lattner, Chief
Division of Government Operations
edward.lattner@montgomerycountymd.gov
Bar No. 03871

_____/s/_____

Erin J. Ashbarry
Associate County Attorney
erin.ashbarry@montgomerycountymd.gov
Bar No. 26298

_____/s/_____

Matthew H. Johnson
Associate County Attorney
matthew.johnson3@montgomerycountymd.gov
Bar No. 17678

Attorneys for Defendant Montgomery
County, Maryland
101 Monroe Street, Third Floor
Rockville, Maryland 20850-2540
(240) 777-6700
(240) 777-6705 Fax


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 30, 2022, a copy of the foregoing Opposition, the accompanying Memorandum, all exhibits, and the Proposed Order were served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the address(es) listed below:

Mark W. Pennak
Maryland Shall Issue, Inc.
9613 Harford Rd., Ste C #1015
Baltimore, Maryland 21234-21502
mpennak@marylandshallissue.org


_____/s/_____

Erin J. Ashbarry