# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARYLAND SHALL ISSUE, INC., *et al.*, | * |
| | * |
| Plaintiffs | * |
| | *   Consolidated Case Nos.: |
| v. | *   8:21-cv-01736-TDC (lead) |
| | *   8:22-cv-01967-DLB |
| MONTGOMERY COUNTY, MARYLAND | * |
| | * |
| Defendant | * |

**TABLE OF CONTENTS IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND EMERGENCY MOTION FOR A PRELIMINARY INJUNCTION**

I. INTRODUCTION ................................................................................................1

II. FACTS ................................................................................................................2

III. SUMMARY OF COUNTY LAW .......................................................................3

    A. The County Narrowed Its Definition of Place of Public Assembly and Aligned the Definition with *Bruen* ................................................................4

    B. State Concealed Carry Permit Holders Are No Longer Exempt From the County's Ban on Carrying in a Place of Public Assembly ..........6

IV. STANDARD OF REVIEW ................................................................................7

V. ARGUMENTS

    A. All Plaintiffs Lack Standing ..........................................................................7

        1. Plaintiffs' Claims and Purported Basis for Standing ...............................7

        2. All Plaintiffs Lack Standing for a Pre-Enforcement Challenge .............9

        3. Plaintiffs MSI and Engage Armament Lack Organizational Standing ..13

    B. The County's Law is Constitutional .............................................................16

        1. Plaintiffs Will Not Likely Succeed on the Merits .................................19

            a. The 5 Bruen Sensitive Locations ....................................................20

      b.  Buffer Zones Around Sensitive Locations, and Inclusion of a Place's Parking Lots or Building Grounds ............................................................................20

           (i)  State Law Expressly Permits the County to Prohibit Carry Within 100 Yards of Public Assembly. .......................................................20

           (ii)  Cases Acknowledge the Concept of Buffer Zones and Inclusion of Parking Lots as Part of a Building Where the Second Amendment Does Not Apply ......................................21

           (iii)  Historical Analogues for Buffer Zones Demonstrate Their Need and Validity ..........................................................................22

      c.  Privately Owned Schools ..........................................................................24

      d.  Publicly or Privately Owned Childcare Facilities.....................................26

      e.  A Gathering of Individuals to Express Their Constitutional Right to Assemble ....................................................................................28

      f.  Publicly or Privately Owned Parks ..........................................................29

      g.  Places of Worship ....................................................................................32

      h.  Publicly or Privately Owned Recreational Facilities and Multipurpose Exhibition Facilities, Such as a Fairgrounds or Conference Center ......................................................................................34

      i.  A Publicly or Privately Owned: Hospital; Community Health Center, Any Health Care Facility or Community-Based Program Licensed by the Maryland Department of Health; Long-Term Facility, Including any Licensed Nursing Home, Group Home, or Care Home ......................36

      j.  Publicly or Privately Owned Libraries .....................................................37

  2.  Plaintiffs Will Not Suffer Irreparable Harm if the Court Does Not Issue an Injunction ................................................................................................38

  3.  The Balance of Equities and Public Interest Favor of Denying Plaintiffs' Request for an Injunction ..............................................................42

VI. CONCLUSION ................................................................................................................45

EXHIBIT INDEX ............................................................................................................. i