## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARYLAND SHALL ISSUE, INC., *et al.*, | * |
| | * |
| Plaintiffs | * |
| | *   Consolidated Case Nos.: |
| v. | *   8:21-cv-01736-TDC (lead) |
| | *   8:22-cv-01967-DLB |
| MONTGOMERY COUNTY, MARYLAND | * |
| | * |
| Defendant | * |

**ORDER**

Upon consideration of the Plaintiffs' Emergency Motion for a Temporary Restraining Order and Emergency Motion for a Preliminary Injunction, any opposition thereto, and any oral argument thereon, it is this _____ day of _____, 2023, by the U.S. District Court for Maryland, hereby,

ORDERED that the Plaintiffs' Motion be and the same is hereby DENIED.

_____
THEODORE D. CHUANG
United States District Judge

cc:   all parties of record