IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MARYLAND SHALL ISSUE, INC., *et al.*, | * | |
| | * | |
| Plaintiffs | * | |
| | * | Consolidated Case Nos.: |
| v. | * | 8:21-cv-01736-TDC (lead) |
| | * | 8:22-cv-01967-DLB |
| MONTGOMERY COUNTY, MARYLAND | * | |
| | * | |
| Defendant | * | |

### EXHIBITS IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

**Description**                                                                 **Exhibit No.**

Bill 21-22E, Weapons – Firearms in or Near Places of Public Assembly.....................................1

Report of Staff of Montgomery County Council, Expedited Bill 21-22
(November 10, 2022) (for the sake of brevity, this exhibit
omits its originally attached slip copy of the *Bruen* opinion)...........................................................2

Maryland Network, Inc. and Maryland Childcare Resource Network, *Childcare Demographics
2020: Montgomery County Report*,
*https://www.marylandfamilynetwork.org/sites/default/files/2022-02/Montgomery%202022.pdf*...3

Steve Bohnel, *County Council passes legislation prohibiting firearm use,
carrying within 100 yards of some public places,* November 15, 2022, BethesdaMagazine.com,
*https://bethesdamagazine.com/2022/11/15/county-council-passes-legislation-prohibiting-
firearm-use-carrying-within-100-yards-of-some-public-places/.....................................................*
4

Dan Morse*, Gun violence rises sharply in Montgomery County, police chief says,*
The Washington Post, July 11, 2022,  *https://www.washingtonpost.com/dc-md-
va/2022/07/11/montgomery-county-gun-violence-double/* ............................................................5

Larry Buchanan and Laura Leatherby, *Who Stops a 'Bad Guy With a Gun'?*,
The New York Times, June 22, 2022,
https://www.nytimes.com/interactive/2022/06/22/us/shootings-police-response-uvalde-
buffalo.html?searchResultPosition=1 ...............................................................................6

Jerome Bayon, *General Digest of the Ordinances and Resolutions of the
Corporation of New Orleans* at 371 (1831) (Art. 1)........................................................7

**Description**                                                                   **Exhibit No.**

1837 Me. Pub. Laws 424 ...................................................................................................8

1837 Md. Acts Ch. 101, §§ 1-2...........................................................................................9

Mass. Gen. Laws ch. 240 § 1 (1837) ...............................................................................10

1843 R.I. Pub. Laws 1 (June 1843).....................................................................................11

1852 N.M. Laws at 68-69, § 3 ..........................................................................................12

First Annual Report of the Board of Commissioners of the Central Park
(of New York City) (1857) ...............................................................................................13

1859 Conn. Acts 62, An Act in Addition to and in Alteration of "An Act For
Forming And Conducting The Military Force," chap. 82, § 5 ..........................................14

Fourth Annual Report of the Board of Commissioners of the Central Park
(of New York City) 106 (1861) ........................................................................................15

Pa. – General Assembly, P.L. 1083, No. 1020, A Supplement to An Act appropriating ground for
public purposes in the city of Philadelphia § 21.2 (1867) ...............................................16

1869 Tenn. Ch. 22 § 2......................................................................................................17

1870 Ga. Laws 421 ..........................................................................................................18

1870 La. Acts 159-160, no. 100, § 73................................................................................19

Acts of Assembly Relating to Fairmount Park (in Philadelphia) 18 (1870)....................20

1870 Tex. Gen. Laws 63, ch. 46, § 1 ...............................................................................21

1874 Md. Laws 366, ch. 250, § 1......................................................................................22

1875 Mo. Laws at 50-51, § 1 ...........................................................................................23

1877 Va. Acts 305............................................................................................................24

John A. Hockaday et al., *Revised Statutes of the State of Missouri 1879*,
at 224 (1879) (§ 1274) .....................................................................................................25

1879 Tex. Crim. Stat. tit. IX, Ch. 4, Art. 320 .................................................................26

M. J. Sullivan, *The Revised Ordinance of the City of St. Louis*, 635 (1881) (§ 3) ........27

**Description**                                                                                          **Exhibit No.**

R. H. Clark, *The Code of the State of Georgia*
(1882), Part V, Title I, Division IX, § 4528.................................................................28

1883 Mo. Laws 76, An Act to Amend Section 1274, Article 2,
Chapter 24 of the Revised Statutes Of Missouri,
Entitled "Of Crimes And Criminal Procedure," § 1 ...................................................29

1886 Md. Laws 315, ch. 189, § 1.................................................................................30

1887 N.M. Laws 56, An Act to Prohibit the Unlawful Carrying and Use of
Deadly Weapons, ch. 30, § 4; reprinted in Acts of the Legislative Assembly of the Territory of
New Mexico, Twenty-Seventh Session 55, 58 (1887) .................................................31

Annual Reports of the City Officers and City Boards of the City of Saint Paul,
Minn. for the Fiscal Year Ending December 31, 1888, at 689 .....................................32

John Prentiss Poe, *Md. Code: Public Local Laws,*
*Adopted by the General Assembly of Maryland*, March 14, 1888,
at 604 § 71 (1888) ........................................................................................................33

1889 Ariz. Sess. Laws 16-17 §§ 3, 4 ..........................................................................34

Chapter XVII: Carrying Concealed Weapons—Firing Guns,
Pistols, Fire Crackers, Etc., May 22, 1890, reprinted in
General Ordinances of the Town of Columbia, Boone County, Mo.
34, 35 (Lewis M. Switzler ed., 1890) ..........................................................................35

1890 Okla. Laws 495, Art. 47 § 7.................................................................................36

Laws and Ordinances for the Government of the Municipal Corporation of the City of
Williamsport, Pa. 141 (1891).........................................................................................37

R. H. Thompson, *The Annotated Code of the General Statute Laws of the*
*State of Mississippi* 327, § 1030 (1892).......................................................................38

Charter of the City of Wilmington, Del. (1893) (Part VII, § 7)......................................39

W. A. McCartney et al., *Statutes of Oklahoma, 1893*
*Being a Compilation of All the Laws Now in Force in the Territory of*
*Oklahoma* 504 (1893) (Art. 45, § 7) ............................................................................40

A Digest of the Acts of Assembly Relating to and the General Ordinances
of the City of Pittsburgh, from 1804 to Jan. 1, 1897, Ordinances–Executive
Departments, Bureau of Parks (1893)............................................................................41

**<u>Description</u>**                                                                                  **<u>Exhibit No.</u>**

The Revised Ordinances of the City of Huntsville, Missouri of 1894,
at 58-59 ..........................................................................................................42

1895 Mich. Local Acts 596, § 44..................................................................43

A Digest of the Laws and Ordinances for the Government of the
Municipal Corporation of the City of Reading, Pa.,
Park Rules and Regulations, 240 (1897)......................................................44

Oscar F. Greene, *A Revised Ordinances of the
City of Boulder, Colo.* § 511 (at 157) (1899) ..............................................45

Revised Statutes of Arizona Territory at 1252 (1901) (§ 387) ....................46

1903 Mont. Laws at 49, Ch. 35 § 3...............................................................47

City of Trenton, N.J, Charter and Ordinances 390,
An Ordinance providing for the government and protection of
public parks and squares of the city of Trenton (1903) ...............................48

Amendments to the Revised Municipal Code of Chicago of 1905 and New General Ordinances,
Ch. 45, Art. I § 1526 (at 40) (1905)..............................................................49

1905 Minn. Laws 620, ch. 344, § 53 ............................................................50

Ordinances, Rules and Regulations of the Department of Parks of the
City of New York § 17(8) (1906) ..................................................................51

P. G. Carey, *A Digest of the Ordinances of the Borough of
Phoenixville, Pa.* at 135 (1906)....................................................................52

General Municipal Ordinances of the City of Oakland, Cal., at 15 § 9 (1909) ...........................53

City of Staunton, Va. Code Ch. II, § 135 (at 115) (1910) ............................54

Birmingham, Ala. Code Ch. 44 § 1544 (1917)..............................................55

1917 Wis. Sess. Laws 1243-44, ch. 668, § 29.57 (4)....................................56

1921 N.C. Sess. Laws 54, Pub. Laws Extra Sess., ch. 6, §§ 1, 3.................57

Montgomery County Code, Chapter 57, as amended by Bill 21-22E ...........58