```
Expedited Bill No.  21-22
Concerning: Weapons – Firearms In or
            Near Places of Public Assembly
Revised:   11/10/2022    Draft No.  2
Introduced:    July 12, 2022
Enacted:       November 15, 2022
Executive:     November 28, 2022
Effective:     November 28, 2022
Sunset Date:   None
Ch.  36 , Laws of Mont. Co.   2022
```

# COUNTY COUNCIL
# FOR MONTGOMERY COUNTY, MARYLAND

Lead Sponsor: Council President Albornoz

Co-Sponsors: Councilmembers Hucker, Friedson, Jawando, Riemer, and Katz; Council Vice-President Glass; and Councilmember Rice

**AN EXPEDITED ACT** to:
(1) prohibit the possession of firearms in or near places of public assembly, with certain exemptions;
(2) remove an exemption that allows individuals with certain handgun permits to possess handguns within 100 yards of a place of public assembly; and
(3) generally amend the law regarding restrictions against firearms in the County.

By amending
  Montgomery County Code
  Chapter 57, Weapons
  [[Section]] Sections 57-1, 57-7, and 57-11

| | |
|---|---|
| **Boldface** | *Heading or defined term.* |
| Underlining | *Added to existing law by original bill.* |
| [Single boldface brackets] | *Deleted from existing law by original bill.* |
| Double underlining | *Added by amendment.* |
| [[Double boldface brackets]] | *Deleted from existing law or the bill by amendment.* |
| * * * | *Existing law unaffected by bill.* |

*The County Council for Montgomery County, Maryland approves the following Act:*



EXHIBIT 1

| | | | |
|---|---|---|---|
| 1 | | **Sec. 1. [[Section]] Sections 57-1, 57-7, and 57-11 [[is]] are amended as** | |
| 2 | | **follows:** | |
| 3 | | **57-1. Definitions.** | |
| 4 | | * * * | |
| 5 | | *Gun* or *firearm:* Any rifle, shotgun, revolver, pistol, ghost gun, undetectable gun, air gun, air rifle or any similar mechanism by whatever name known which is designed to expel a projectile through a gun barrel by the action of any explosive, gas, compressed air, spring or elastic. | |
| 9 | | * * * | |
| 10 | (2) | "Ghost gun" means a firearm, including an unfinished frame or receiver, that: | |
| 12 | | (A) | lacks a unique serial number engraved or cased in metal alloy on the frame or receiver by a licensed manufacturer, maker or importer [[under]] in accordance with federal law [or]; and |
| 16 | | (B) | lacks markings and is not registered with the Secretary of the State Police in accordance with [[27 C.F.R. § 479.102]] Section 5-703(b)(2)(ii) of the Public Safety Article of the Maryland Code. |
| 20 | | [[It]] "Ghost gun" does not include a firearm that has been rendered permanently inoperable, or a firearm that is not required to have a serial number in accordance with the Federal Gun Control Act of 1968. | |
| 24 | | * * * | |
| 25 | (8) | "Undetectable gun" means: | |
| 26 | | * * * | |

| | | |
|---|---|---|
| 27 | (9) | "Unfinished frame or receiver" means a forged, cast, printed, |
| 28 | | extruded, or machined body or similar article that has reached a |
| 29 | | stage in manufacture where it may readily be completed, |
| 30 | | assembled, or converted to be used as the frame or receiver of a |
| 31 | | functional firearm. |

33 \* \* \*

34 *Place of public assembly*: A "place of public assembly" is:
35 (1) a [[place where the public may assemble, whether the place is]]
36 publicly or privately owned:[[, including a]]
37 (A) park;
38 (B) place of worship;
39 (C) school;
40 (D) library;
41 (E) recreational facility;
42 (F) hospital;
43 (G) community health center, including any health care facility
44 or community-based program licensed by the Maryland
45 Department of Health;
46 (H) long-term facility, including any licensed nursing home,
47 group home, or care home; [[or]]
48 (I) multipurpose exhibition facility, such as a fairgrounds or
49 conference center; or
50 (J) childcare facility;
51 (2) government building, including any place owned by or under the
52 control of the County;

   (3) polling place;

   (4) courthouse;

   (5) legislative assembly; or

   (6) a gathering of individuals to collectively express their constitutional right to protest or assemble.

A "place of public assembly" includes all property associated with the place, such as a parking lot or grounds of a building.

   \*  \*  \*

**57-7. Access to guns by minors.**

   \*  \*  \*

 (d) A person must not purchase, sell, transfer, possess, or [[transfer]] transport a ghost gun, including a gun created through a 3D printing process, in the presence of a minor.

   \*  \*  \*

**57-11.  Firearms in or near places of public assembly.**

 (a) In or within 100 yards of a place of public assembly, a person must not:

   (1) sell, transfer, possess, or transport a ghost gun, undetectable gun, handgun, rifle, or shotgun, or ammunition or major component for these firearms; or

   (2) sell, transfer, possess, or transport a firearm created through a 3D printing process.

 (b) This section does not:

   (1) prohibit the teaching of firearms safety or other educational or sporting use in the areas described in subsection (a);

   (2) apply to a law enforcement officer, or a security guard licensed to carry the firearm;

79   (3)  apply to the possession of a firearm or ammunition, other than a
80      ghost gun or an undetectable gun, in the person's own home;
81   (4)  apply to the possession of one firearm, and ammunition for the
82      firearm, at a business by either the owner who has a permit to carry
83      the firearm, or one authorized employee of the business who has a
84      permit to carry the firearm; or
85   (5)  [apply to the possession of a handgun by a person who has received
86      a permit to carry the handgun under State law; or]
87   [(6)] apply to separate ammunition or an unloaded firearm:
88     (A) transported in an enclosed case or in a locked firearms rack
89       on a motor vehicle, unless the firearm is a ghost gun or an
90       undetectable gun; or
91     (B) being surrendered in connection with a gun turn-in or
92       similar program approved by a law enforcement agency.
93        *  *  *

94  **Sec. 2. Expedited Effective Date.** The Council declares that this legislation is
95 necessary for the immediate protection of the public interest. This Act takes effect on
96 the date on which it becomes law.

97  **Sec. 3. Severability.** If any provision of this Act, or any provision of Chapter
98 57, is found to be invalid by the final judgment of a court of competent jurisdiction,
99 the remaining provisions must be deemed severable and must continue in full force
100 and effect.

101  **Sec. 4.** This Act and Chapter 57 must be construed in a manner that is consistent
102 with regulations of the federal Bureau of Alcohol, Tobacco, Firearms, and Explosives,
103 including 87 FR 24652 (effective August 24, 2022), as amended.

*Approved*:

_____   11/17/2022_____
Gabriel Albornoz, President, County Council        Date

*Approved*:

_____   11/28/2022_____
Marc Elrich, County Executive                       Date

*This is a correct copy of Council action.*

_____   11/28/2022_____
Judy Rupp, Clerk of the Council                     Date

- 6 -