EXHIBIT 3

**MARYLAND FAMILY NETWORK**

Frequently Requested Child Care Information

Maryland Child Care Resource Network

# Child Care Demographics

# 2022

# Montgomery County Report

Montgomery County is Maryland's most populous jurisdiction and one of its most affluent. It has a stable and significant office market and is a major economic engine for the state. The county is home to an array of groundbreaking innovations such as mapping the human genome, developing life-saving therapies, building premier cybersecurity defenses, and driving world-class IT advancements. Educational and research organizations such as the John Hopkins University's Montgomery County Campus, the Howard Hughes Medical Institute, the Henry M. Jackson Foundation, and the Universities at Shady Grove are located in Montgomery County. Federal facilities in the county include the National Institute of Health, the National Institute of Standards and Technology, and the Food and Drug Administration.

Successful industries in Montgomery County include information technology, telecommunications, biotechnology, software development, aerospace engineering, professional services, and government/federal contractors. The county's private sector industries generate $75.1 billion in economic output and continue to be a major economic contributor to the state of Maryland. Major private sector employers include Emergent Solutions, Choice Hotels, Adventist, GEICO, Giant Food, Kaiser Permanente, Astra Zeneca, and Lockheed Martin.

1. http://commerce.maryland.gov/Documents/ResearchDocument/AlleganyBef.pdf Source: Maryland Department of Commerce, Brief Economic Facts, 2019.

2. https://data.bls.gov/cew/apps/table_maker/v4/table_maker.htm#type=1&year=2020&qtr=1&own=5&ind=10&supp=0 Source: U.S. Bureau of Labor Statistics, Quarterly Census of Employment and Wages, March 2020.

3. https://www.dllr.state.md.us/lmi/emplists/ Source: Maryland Department of Labor, Major Employers List- Workforce Information & Performance, 2020

*The Maryland Child Care Resource Network and Maryland Family Network, Inc. are co-publishers of this Montgomery County Report for the Network's Maryland Child Care Demographics Report series. The series includes reports for the State, for each of Maryland's 23 counties and the City of Baltimore.*

This publication was produced as a work for hire for the benefit of, and with funds from, the Maryland State Department of Education.

## Child Population 2010

| Age Group | Number in age group |
|---|---|
| 0-1 | 24,936 |
| 2-4 | 38,796 |
| 5-9 | 64,300 |
| 10-11 | 25,567 |
| Total | 153,599 |

Source: Maryland Department of Planning (MDP), 2010 Census Summary File 1.

## Child Care Costs as Compared to Other Major Household Expenses

The estimated current median family income in Montgomery is $127,971[6]. A family of four that included a couple and two children ages 0-23 months and 2-4 years can be expected to have the following yearly household expenses:

| Expense | | Cost | % of Income |
|---|---|---|---|
| Child Care | | $ 35,766 | 27.95% |
| Infant[1] | $15,832 | | |
| Preschooler[2] | $19,943 | | |
| Food[3] | | $ 11,396 | 8.91% |
| Housing[4] | | $ 29,976 | 23.42% |
| Taxes[5] | | $ 26,328 | 20.57% |
| Total | | $ 103,466 | 80.85% |

[1] Average cost of full-time care in a family child care home (LOCATE, 2021). [2] Average cost of full-time care in a child care center (LOCATE, 2021). [3]National average cost of food at home based on a moderate cost plan (Cost of Food at Home Estimated for Food Plans at Four Cost Level, July 2021), U.S. Average, United States Department of Agriculture). [4]Based on U.S. Bureau of the Census 2010 median selected owner costs with a mortgage; included mortgage, taxes, insurance and utilities. [5]State and local taxes per Comptroller of Maryland (2021), Medicare and FICA taxes per moneychimp.com (2021). Taxes do not refl[ect]ct Earned Income Credit. 6Current income as shown in the Geolytics Report dated July 2021. This data cannot be compared to previous data.

## Average Weekly Cost of Full-time Child Care

**Montgomery County**

| | Family Child Care Programs | Child Care Centers |
|---|---|---|
| 0-23 months | $ 304.46 | $ 448.69 |
| 2-4 years | $ 276.94 | $ 383.34 |
| 5 years[1] | $ 258.59 | $ 343.21 |
| School Age Full[2] | $ 242.66 | $ 299.01 |
| School Age B/A[3] | $ 152.22 | $ 160.78 |

Source: MFN/LOCATE: Child Care, 6/21.
[1]Average cost of full time care for a 5 year old. Defined as child being in full time child care or being in kindergarten and out-of-school child care, i.e., holidays, school closures and summers. [2]Average cost of full time care for a 6+ school age child (out-of-school child care, i.e., holidays, school closures and summers). [3]Average cost of before and after school child care.

## Number of Montgomery Children under 12 with Mothers in the Work Force[1]

169,523 – 82.4%[2] of total 2021 child population under 12 (205,732).

[1]Source: MFN/LOCATE: Child Care. [2]Percent based on 2010 census data. Total population number based on GeoLytics, Inc. report, 2021.

# Child Care
# Demographics
## Montgomery County

## Population Information

### Child Population

|  | 2000 | | 2010 | |
|---|---|---|---|---|
|  | Montgomery | Maryland | Montgomery | Maryland |
| 0-3 years | 35,779 | 209,218 | 37,926 | 217,560 |
| 3-4 years | 24,394 | 144,175 | 25,806 | 146,928 |
| 5 years | 12,246 | 74,546 | 12,766 | 72,700 |
| 6-9 years | 51,057 | 316,772 | 51,534 | 294,168 |
| 10-11 years | 26,248 | 162,481 | 25,567 | 151,023 |
| Total | 149,724 | 907,192 | 153,599 | 882,379 |

Source: U.S. Bureau of the Census, 2000, 2010.

### Female Population (selected ages)

| Age Group | 2000 | 2010 |
|---|---|---|
| 20-24 |  | 21,948 | 26,737 |
| 25-29 | 29,724 | 33,733 |
| 30-34 | 36,155 | 34,514 |
| Total | 87,827 | 94,984 |

Source: U.S. Bureau of the Census, 2000, 2010.

### Work Force Information
### Total Population Ages 16+ in Work Force

|  | Montgomery | Maryland |
|---|---|---|
| **2010** | | |
| Female | 275,943 | 1,570,193 |
| Male | 291,702 | 1,623,215 |
| **2000** | | |
| Female | 230,995 | 1,351,034 |
| Male | 246,128 | 1,418,491 |
| **Change** | | |
| Female | 19.5% (+) | 16.2% (+) |
| Male | 18.5% (+) | 14.4% (+) |

Source: U.S. Bureau of the Census, 2000, 2010 American Community Survey (ACS).

### Females (16+) with Children

| Age Group | 2000 | 2010 | Change |
|---|---|---|---|
| Total females (16+) with children under 6 | 29,250 | 73,664 | N/A* |
| Total females (16+) with children under 6 in the work force | 19,676 | N/A* | N/A* |
| Total females (16+) with children 6-17 | 64,240 | 154,931 | N/A* |
| Total females (16+) with children 6-17 in the work force | 50,541 | N/A* | N/A* |

Source: U.S. Bureau of the Census, 2010 ACS.
* Comparable data not available for 2010 census.

### Total Population

|  | Montgomery | Maryland |
|---|---|---|
| 2010 | 971,777 | 5,773,552 |
| 2000 | 873,341 | 5,296,486 |
| 1995 | 810,000 | 5,046,079 |
| 1990 | 757,027 | 4,780,753 |
| 1980 | 579,053 | 4,216,975 |

Source: U.S. Bureau of the Census, 2010, 2000, 1990, 1980.

### Male Population (selected ages)

| Age Group | 2000 | 2010 |
|---|---|---|
| 20-24 | 21,736 | 27,294 |
| 25-29 | 27,839 | 32,506 |
| 30-34 | 32,849 | 31,640 |
| Total | 82,424 | 91,440 |

Source: U.S. Bureau of the Census, 2000, 2010.

### Households

|  | 2000 | 2010 |
|---|---|---|
| Total household population | 863,910 | 962,877 |
| Total # of households | 324,565 | 357,086 |
| Average household size | 2.66 | 2.70 |

Source: U.S. Bureau of the Census, 2000, 2010.

# Montgomery County

Child Care
## Demographics

## Census Information

### Families and Poverty

|  | 2000 | % | 2010 | % | %Change |
|---|---|---|---|---|---|
| All Families | 224,225 | 100% | 244,898 | 100% | 9.2%(+) |
| Families Below Poverty Level | 8,428 | 3.8% | 12,000 | 4.9% | 42.4%(+) |
| All Families w/Children Under 6 | 27,701 | N/A* | 27,951 | 100% | N/A* |
| Families w/Children Under 5 Below Poverty Level | 2,808 | N/A* | N/A* | 4.9% | N/A* |
| All Families w/Children Under 18 | 113,665 | 100% | 118,482 | 100% | 4.2%(+) |
| Families w/Children Under 18 Below Poverty Level | 6,110 | 5.4% | 9,597 | 8.1% | 57.1%(+) |

Source: U.S. Bureau of the Census, 2000, 2010. Prepared by MDP.
*Comparable data not available from 2010 Census.

### Educational Attainment

|  | %Adult Pop. Over Montgomery | %Adult Pop. Over 25 Yrs | Maryland | 25 Yrs |
|---|---|---|---|---|
| High School Grad or Higher | 605,912 | 90.6% | 3,410,847 | 88.1% |
| Bachelor's Degree or Higher | 377,710 | 56.5% | 1,396,843 | 36.1% |

Source: U.S. Bureau of the Census, 2010 ACS.

### Children and Poverty

|  | 2000 | % | 2010 | % | %Change |
|---|---|---|---|---|---|
| Total Related Children Under 18 | 205,941 | 100% | 212,397 | 100% | 3.1%(+) |
| Total Children Under 18 Below Poverty Level | 13,516 | 6.6% | 20,602 | 9.7% | 52.4%(+) |
| Total Children Under 5 Below Poverty Level | 3,698 | 6.8% | N/A* | 8.4% | N/A* |
| Total Children 5-17 Below Poverty Level | 9,818 | 6.5% | N/A* | 10.2% | N/A* |

Source: U.S. Bureau of the Census, 2000, 2010. Prepared by MDP.
*Comparable data not available from 2010 Census.

### Families

**Montgomery**

|  | Total # of All Families With Related Children | | Total # of All Families With Related Children |
|---|---|---|---|
|  | Total | Under Age 6 | Under Age 18 |
| 2000 | 224,225 | 27,701 | 113,665 |
| 2010 | 224,898 | 30,680 | 126,250 |
| Change | 0.3%(+) | 10.8%(+) | 11.1%(+) |

**Maryland**

|  | Total # of All Families With Related Children | | Total # of All Families With Related Children |
|---|---|---|---|
|  | Total | Under Age 6 | Under Age 18 |
| 2000 | 1,359,318 | 150,011 | 662,172 |
| 2010 | 1,447,002 | 170,870 | 728,045 |
| Change | 6.5%(+) | 13.9%(+) | 9.9%(+) |

Source: U.S. Bureau of the Census, 2000, 2010. Prepared by MDP.

MONTGOMERY

# Montgomery County

## Income, Unemployment and Housing Information

### Annual Wage Rate Information

| | |
|---|---|
| Public School Teacher Salary (Montgomery County)[1] | $69,529 |
| Public School Teacher Salary Average (MD)[1] | $63,849 |
| Nonpublic School Teacher Average (Maryland) | $60,500 |
| Family Child Care Provider (Maryland) | $41,177 |
| Child Care Center Director (Maryland) | $40,539 |
| Center Senior Staff/Teacher (Maryland) | $25,537 |
| Center Aide (Maryland) | $17,889 |

[1]Maximum teacher salary with Bachelor's and Standard Professional Certificate (SPC). Sources:  MSDE, Sept 2021, Association of Independent Maryland Schools (AIMS), 2020-21 school year, and MFN's 2021 Statewide Survey of Family Child Care Providers and Child Care Centers.

### Family Income

| Median Family Income, 2010 Census | |
|---|---|
| Montgomery | $120,664 |
| Maryland | $83,137 |

Source: U.S. Bureau of the Census, 2010 ACS.

| Median Household Income[1]: | |
|---|---|
| Montgomery | $109,754 |
| Maryland | $85,454 |

| Income Distribution | Percent Households | |
|---|---|---|
| | **Montgomery** | **Maryland** |
| under $25,000 | 9.1% | 13.2% |
| $25,000 - $49,999 | 12.2% | 16.0% |
| $50,000 - $74,999 | 12.6% | 15.3% |
| $75,000 + | 66.1% | 55.5% |

Source: [1]GeoLytics, Inc. report, 2021. U.S. Bureau of the Census, 2015-2019 American Community Survey 5-Year Estimates. Data is not directly comparable to 2010 or earlier reports.
NOTE:  Percentages may not total 100% because of rounding

### Unemployment Rate

| | **Montgomery** | **Maryland** |
|---|---|---|
| 2000 | 1.6% | 3.4% |
| 2001 | 2.6% | 4.0% |
| 2002 | 2.5% | 3.9% |
| 2003 | 2.5% | 4.1% |
| 2004 | 2.2% | 3.9% |
| 2005 | 2.8% | 3.9% |
| 2006 | 2.7% | 3.7% |
| 2007 | 2.7% | 3.6% |
| 2008 | 3.3% | 4.5% |
| 2009 | 5.3% | 7.1% |
| 2010 | 5.5% | 7.3% |
| 2011 | 5.5% | 7.2% |
| 2012 | 4.9% | 6.5% |
| 2013 | 4.9% | 6.2% |
| 2014 | 4.5% | 5.6% |
| 2015 | 4.0% | 5.0% |
| 2016 | 3.6% | 4.5% |
| 2017 | 3.2% | 4.3% |
| 2018 | 3.8% | 4.5% |
| 2019 | 3.4% | 3.9% |
| 2020 | 8.1% | 8.3% |
| 2021 | 6.4% | 6.7% |

Maryland Department of Labor, Licensing and Regulation (DLLR) 6/2021.

### Housing Information

| | **Montgomery** | **Maryland** |
|---|---|---|
| Owner-Occupied housing | 238,022 (66%) | 1,426,267 (67%) |
| Renter-Occupied housing | 121,454 (34%) | 701,172 (33%) |

Note: Percentage is based on total occupied housing units.

| | **Montgomery** | **Maryland** |
|---|---|---|
| Mean value of Owner-Occupied Housing | $447,200 | $301,400 |
| Median Selected Monthly Owner Costs With a Mortgage | $2,498 | $2,016 |
| Median Gross Residential Monthly Rent | $1,466 | $1,131 |

Source: U.S. Bureau of the Census, 2010 ACS.

# Montgomery County

**Child Care Demographics**

## Supply of Regulated Early Childhood Programs and Education

### Children's Programs by Type with Capacity/Enrollment

| | # of Programs | Capacity[1] |
|---|---|---|
| Family Child Care Providers | 743 | 5,874 |
| *OCC Licensed Group Programs | 425 | 34,511 |
| 8-12 Hour Child Care Centers | 259 | 21,120 |
| Infant/Toddler | 141 | 2,467 |
| Part-Day | 54 | N/A |
| Before/after School (School & Center-Based) | 266 | 22,088 |
| Employer-Sponsored Centers | 7 | 843 |
| Nursery Schools | 103 | N/A |
| Private Kindergarten | 48 | N/A |
| **Head Start | 2 | 856 |
| ***Public Pre-Kindergarten Sites | 1 | N/A |

[1]Some providers may still be closed due to COVID 19 considerations.
[2]Public Pre K Closure due to COVID-19.
*Note: Numbers do not total because facilities may have more than one type of program. Unless otherwise indicated, all programs are privately funded.
** Federally funded programs which include Head Start, Early Head Start and Home-based Head Start.
***State funded.
Source: MFN/LOCATE Child Care, 6/21; Maryland State Department of Education; Department of Health and Mental Hygiene.

### Education

#### Public and Private Schools (Elementary and Middle)

| | Public | Private* |
|---|---|---|
| Elementary Schools | 135 | 24 |
| Middle Schools | 40 | 0 |
| Combined | 0 | 88 |

#### Elementary School Enrollment

| | Public | Private* |
|---|---|---|
| Pre-Kindergarten | 3,597 | 3,974 |
| Kindergarten | 10,347 | 1,591 |
| Grades 1 - 6 | 70,835 | 9,092 |
| Total | 84,779 | 14,657 |

Source: MSDE, 2020-21 school year. Enrollment figures are for September 30, 2020. Private schools include MSDE approved schools and those operated by a tax-exempt religious organization which hold a letter of exemption from approval in accordance with State law.
*Self reported data from Maryland Nonpublic Schools as reported to MSDE.*Self reported data from Maryland Nonpublic Schools as reported to MSDE.

**MONTGOMERY**

# Child Care
# Demographics

Montgomery County

## Supply of Regulated Early Childhood Programs and Education

**Density of Family Providers and Center Programs by Community/Zip Code**

The following chart shows the number of registered family child care providers and licensed full-day child care centers in Montgomery as of June 30, 2021.

| Community/ Zip Code | Family Providers | 8-12 Hour % | Centers | % |
|---|---|---|---|---|
| Ashton 20861 | 2 | 0.3 | 1 | 0.4 |
| Bethesda 20814 | 7 | 0.9 | 13 | 5.0 |
| Bethesda 20816 | 2 | 0.3 | 6 | 2.3 |
| Bethesda 20817 | 27 | 3.6 | 12 | 4.6 |
| Bethesda 20892 | 0 | 0.0 | 2 | 0.8 |
| Boyds 20841 | 10 | 1.3 | 2 | 0.8 |
| Brookeville 20833 | 3 | 0.4 | 0 | 0.0 |
| Burtonsville 20866 | 15 | 2.0 | 2 | 0.8 |
| Cabin John 20818 | 1 | 0.1 | 1 | 0.4 |
| Chevy Chase 20815 | 1 | 0.1 | 6 | 1.2 |
| Clarksburg 20871 | 35 | 4.7 | 2 | 0.8 |
| Damascus 20872 | 15 | 2.0 | 3 | 1.2 |
| Darnestown 20874 | 3 | 0.4 | 1 | 0.4 |
| Darnestown 20878 | 0 | 0.0 | 1 | 0.4 |
| Derwood 20855 | 7 | 0.9 | 3 | 1.2 |
| Gaithersburg 20877 | 22 | 3.0 | 9 | 3.1 |
| Gaithersburg 20878 | 33 | 4.4 | 11 | 4.2 |
| Gaithersburg 20879 | 24 | 3.2 | 5 | 1.9 |
| Gaithersburg 20882 | 8 | 1.1 | 1 | 0.4 |
| Gaithersburg 20886 | 7 | 0.9 | 1 | 0.4 |
| Gaithersburg 20899 | 0 | 0.0 | 1 | 0.4 |
| Garrett Park 20896 | 0 | 0.0 | 1 | 0.4 |
| Germantown 20874 | 66 | 8.9 | 13 | 5.0 |
| Germantown 20876 | 38 | 5.1 | 11 | 3.5 |
| Kensington 20895 | 10 | 1.3 | 7 | 2.7 |
| Laytonsville 20882 | 1 | 0.1 | 0 | 0.0 |
| Montgomery Village 20886 | 20 | 2.7 | 3 | 1.2 |
| Mount Airy 21771 | 1 | 0.1 | 0 | 0.0 |
| North Bethesda 20852 | 1 | 0.1 | 2 | 0.8 |
| North Potomac 20878 | 11 | 1.5 | 5 | 1.9 |
| Olney 20832 | 21 | 2.8 | 9 | 3.5 |
| Poolesville 20837 | 3 | 0.4 | 3 | 1.2 |
| Potomac 20854 | 22 | 3.0 | 17 | 6.6 |
| Rockville 20850 | 20 | 2.7 | 18 | 6.9 |
| Rockville 20851 | 11 | 1.5 | 5 | 1.9 |
| Rockville 20852 | 9 | 1.2 | 11 | 4.2 |
| Rockville 20853 | 38 | 5.1 | 7 | 2.7 |
| Rockville 20855 | 8 | 1.1 | 4 | 1.5 |
| Sandy Spring 20860 | 1 | 0.1 | 1 | 0.4 |
| Silver Spring 20901 | 36 | 4.8 | 8 | 3.1 |
| Silver Spring 20902 | 59 | 7.9 | 10 | 3.9 |
| Silver Spring 20903 | 16 | 2.2 | 3 | 0.8 |
| Silver Spring 20904 | 35 | 4.7 | 14 | 5.4 |
| Silver Spring 20905 | 13 | 1.7 | 4 | 1.5 |
| Silver Spring 20906 | 62 | 8.3 | 11 | 4.2 |
| Silver Spring 20910 | 6 | 0.7 | 8 | 3.1 |
| Spencerville 20868 | 1 | 0.1 | 1 | 0.4 |
| Takoma Park 20912 | 9 | 1.2 | 6 | 2.3 |
| Wheaton 20902 | 3 | 0.4 | 1 | 0.4 |
| Totals | 743 | 100.0% | 259 | 100.0% |

Source: MFN/LOCATE: Child Care, 6/21. NOTE: Percentages may not total 100% because of rounding.

MONTGOMERY

# Montgomery County

## Supply of Regulated Child Care

**Density of Regulated Family Child Care Homes in Montgomery County**

1 dot = 1 home



Source: MFN/LOCATE: Child Care, 6/21.

**Density of Licensed 8-12 Hour Child Care Centers in Montgomery County**

1 dot = 1 center



Source: MFN/LOCATE: Child Care, 6/21.

**Child Care**
# Demographics
## Montgomery County

## Supply of Regulated Child Care

### Number of Children 0-5 Years Per Regulated Child Care Space by Census Tract



- ☐ No Providers
- 0 to 1
- 1 to 2
- 2 to 4
- 4 or more
  Children per Regulated Space

This map is based on census tracts defined by the U.S. Bureau of the Census. It does not accurately delineate land/water boundaries in some census tracts.
Sources: U.S. Bureau of the Census, 2010. MFN/LOCATE: Child Care, 6/21.

### Past and Anticipated Growth Patterns for Family/Center Providers

**Family Child Care Providers in Montgomery 2017-2026**



Number of Family Child Care Providers

877  849  821  819  743  732  703  673  643  613

—— Actual Number of Family Child Care Providers
···· Predicted Number of Family Child Care Providers

Years

**Center-based Programs in Montgomery 2017-2026**
**Full-day (8 to 12 hours)**



Number of Full-day Programs

285  291  287  283  259  263  257  251  245  239

—— Actual Number of Center-based Programs
···· Predicted Number of Center-based Programs

Years

These predictions were generated with the use of the Multiple Regression Analysis and Forecasting template. The predictions generated by the Model do not reflect the effects of current changes to social programs affecting child care.
Source: MFN/LOCATE: Child Care, 6/21.

# Montgomery County

## Demand for Child Care

### Children Served by Age

N=368



**Infant/Toddler
(unborn to 23 mos)**
189 children/
51.4%

**Preschool
(24 to 59 mos)**
77 children/
20.9%

**School-Age
(6 yrs and older)**
83 children/22.6%

**Kindergarten
(Age 5)**
19 children/5.2%

Source: LOCATE: Child Care at Maryland Family Network, Baltimore (7/1/20-6/30/21).

NOTE: Percentages may not total 100% because of rounding.

### Children Served by Locational Preferences for Care

N=368



**Near Either Residence,
Employment,
or School**
51 children/13.9%

**Near Employment**
16 children/4.3%

**Near School**
7 children/1.9%

**On Route**
13 children/3.5%

**Other**
1 child/0.2%

**Near Residence**
281 children/76.4%

Source: LOCATE: Child Care at Maryland Family Network, Baltimore (7/1/20-6/30/21).

NOTE: Percentages may not total 100% because of rounding.

### Children Served by Type of Care Preferred

N=368



**Family or Group Care**
215 children/
58.4%

**Family Child Care**
39 children/
10.6%

**Group Care**
107 children/29.1%

**No Preference Given**
7 children/1.9%

Source: LOCATE: Child Care at Maryland Family Network, Baltimore (7/1/20-6/30/21).

NOTE: Percentages may not total 100% because of rounding.

### Reason Child Care is Needed

N=368



**Parent Looking for
Employment**
24 children/6.5%

**Education**
24 children/6.5%

**Socialization**
20 children/5.4%

**Parent Attending
School**
14 children/3.8%

**Job Training
Program**
6 children/1.6%

**Previous Care Closed**
2 children/0.6%

**Not Satisfied
with Care**
3 children/0.8%

**Behavioral Concerns**
2 children/0.6%

**Parent Respite**
1 child/0.3%

**Work Demands
of Parent's Job**
272 children/
73.9%

Source: LOCATE: Child Care at Maryland Family Network, Baltimore (7/1/20-6/30/21).

NOTE: Percentages may not total 100% because of rounding.

# Child Care
# Demographics

## Montgomery County

## Demand for Child Care

### Number of Children Served by LOCATE: Child Care
368 children (7/1/20-6/30/21)

### Full-time or Part-time Care Needs of Children Served
N=368

| | |
|---|---|
| Full-time: 299 children (81.2%) | |
| Part-time: 62 children (16.8%) | |
| Other*: 7 children (1.9%) | |

* Includes requests for sick, backup and temporary care.

Source: LOCATE: Child Care at Maryland Family Network, Baltimore (7/1/20-6/30/21).

Note: Percentage may not total 100% because of rounding.

### Major Reasons Parents Could Not Find Child Care in Montgomery County

| Reason | Count |
|---|---|
| Other | 4 |
| Cost | 2 |
| No vacancies for Preschool | 2 |
| Hours of Operation/ part time | 1 |
| Location | 1 |
| No vacancies for School-Age | 1 |
| Quality of Care | 1 |

Source: LOCATE: Child Care at Maryland Family Network, Baltimore (7/1/20-6/30/21).

### Major Factors Important to Parents Who Found Child Care in Montgomery County

| Factor | Count |
|---|---|
| Caregiver | 29 |
| Educational program | 25 |
| Environment | 20 |
| Proximity to home, work, school | 16 |
| Cost | 11 |
| Hours of operation/part time | 6 |
| Only program/provider with vacancy | 4 |

Source: LOCATE: Child Care at Maryland Family Network, Baltimore (7/1/20-6/30/21).

### Child Care Scholarship Program (CCS)*

#### July 2021 Children Receiving Child Care Scholarship
2,003

Source: Maryland State Department of Education 2020.
* Formerly Child Care Subsidy Program

### Fiscal Year 2020 Monthly Average Number of Children Receiving WPA
259

NOTE: 1Child Care Scholarship Program (formerly Child CCS Program) is a statewide program funded with federal and state dollars and administered by the Maryland Department of Human Resources*. [2]WPA, The Working Parents Assistance Program is a County-funded subsidy program. Source: WPA Automated System, 2020. WPA implemented the new subsidy tables on September 1, 2019 and the new income guidelines on November 9, 2019 in response to the changes of the State's income levels in August 1, 2019 and new subsidy rates in September 1, 2019.

## Supply of Child Care

### Child Care Scholarship Program (CCS)*

#### Number of Family Child Care Providers serving WPA Children in Montgomery County
23

#### Number of Child Care Centers serving WPA Children in Montgomery County
63

* Formerly Child Care Subsidy Program
Source: WPA Automated System, 2020. WPA implemented the new subsidy tables on September 1, 2019 and the new income guidelines on November 9, 2019 in response to the changes of the State's income levels in August 1, 2019 and new subsidy rates in September 1, 2019.

#### Number of Family Child Care Providers Serving SCCSP Children in Montgomery County
246 (33.1% of total family providers)

#### Number of Child Care Centers Serving SCCSP Children in Montgomery County
86 (30.4% of total centers)

#### Montgomery County FY21 Allocation (estimated)
$23,222,573 = 2,122 estimated number of children enrolled

Source: Maryland State Department of Education, Office of Child Care

### Special Needs Child Care

#### Family providers who serve/have served children with special needs
296 (39.8% of total family child care providers in Montgomery)

#### Centers who serve/have served children with special needs
157 (60.6% of total child care centers in Montgomery)

Source: LOCATE: Child Care at Maryland Family Network, Baltimore (7/1/20-6/30/21).

MONTGOMERY

# Montgomery County

Child Care
## Demographics

## Definitions

**Before/After-School Care:** School-Age child care offers care to children enrolled in Kindergarten or above. Care is provided before and/or after school and during school holidays/vacations. Programs are licensed by the Office of Child Care. Programs may operate from a school building or other licensed facility.

**Census of Population and Housing:** There are two versions of the Census questionnaire:  a short form which asks a limited number of population and housing questions of all households, and a long form questionnaire which asks additional social and economic questions of a sample of all households. The user should note that data obtained from a sample are subject to sampling variability, and that there are limitations to many of these data.

**Child Care:** The care or supervision of a child when the child's parent has given the child's care over to another for some portion of a 24-hour-day as a supplement to the parent's primary care of the child. (OCC)

**Child Care Center:** Child care provided in a facility that, for part or all of the day, provides care to children in the absence of the parent. Centers are licensed by the Office of Child Care.

**Child Care Scholarship Program (CCS)*:** Provides financial assistance to eligible families in securing care for their children in registered family child care homes or licensed child care centers while parents/guardians are attending school, working, or in job training.

**Children with Special Needs:** Children who, because of a disability or other special educational, developmental, physical, emotional, behavioral, or medical condition, require additional care, or whose activities are restricted by a certain condition. (OCC)

**Current Median Family Income:** Current median family income is the value shown in a Geolytics Report dated July 2021.

**Current Population Estimates:** Current population estimates are based on GeoLytics, Inc. Reports.

**Educational Attainment:** The highest level of school completed or the highest degree received. Educational attainment figures were used for persons over 25 years of age. (U.S. Bureau of the Census)

**Employer-Sponsored Centers:** A child care center located on-site or off-site which is sponsored by a corporation, business, or other employer. Employees are given priority for enrollment slots.

**Family Child Care:** The care given to a child younger than 13 years old or to a developmentally disabled person younger than 21 years old, in place of parental care for less than 24 hours a day, in a residence other than the child's residence and for which the provider is paid. Regulations allow a family child care provider to care for as many as eight children at any time. (OCC)

**Family Household Income:** Family includes a householder and one or more persons living in the same household who are related to the householder by birth, marriage, or adoption. A household can contain only one family for purposes of census tabulations. (U.S. Bureau of the Census)

**Head Start:** Project Head Start provides comprehensive developmental services for children from low-income families. Head Start is comprised of four components including Education, Health, Parent Involvement, and Social Services. Head Start Centers serve children from age 3 to school entry age from income eligible families.

**Infant/Toddler:** In the State of Maryland, "infant"means a child under 18 months old. "Toddler" means a child 18 months old or older but younger than 2 years old. (OCC) MFN reports "infant" as a child birth through 23 months of age.

**Kindergarten:** An instructional program for children who are 5 years old by September 1st of each academic year. Programs may be operated by a private or public school. Kindergarten is the year of school which precedes entrance to first grade.

**Nursery Schools:** An instructional program approved or exempted by the Maryland State Department of Education for children who are two through four years old. The maximum length of the program is 6 hours per day, however most operate only a few hours per day and may meet only two or three times per week for a nine month period.

**Owner Costs with Mortgage (Selected Monthly):** The sum of payments for mortgages, deeds of trust, contracts to purchase, or similar debts on the property; real estate taxes; fire hazard, and flood insurance on the property; utilities; and fuels. It also includes, where appropriate, the monthly condominium fees or mobile home costs. A housing unit is owner-occupied if the owner or co-owner lives in the unit even if it is mortgaged or not fully paid for. (U.S. Bureau of the Census)

MONTGOMERY

## Definitions, cont.

**Part Day:** A program regulated by OCC with an educational focus for children one or two years before entering kindergarten. These programs are usually 2-3 hrs/day, 2-3 days/week, nine months/year.

**Pre-Kindergarten:** These are publicly funded pre-kindergarten programs for eligible 4-year-old children administered by local boards of education or qualified vendors. The programs have the overall goal of providing learning experiences to help children develop and maintain school readiness skills necessary for successful school performance. Local school systems shall enroll all 4-year-old applicants from economically disadvantaged or homeless families.

**Poverty Level:** The poverty guideline for a family of four persons was $26,500 in 2021. (U.S. Department of Health and Human Services, Jan 2021)

**Renter Occupied Gross Monthly Rent:** Monthly contract rent plus the estimated average monthly cost of utilities and fuels, if these are paid by the renter. All occupied housing units which are not owner-occupied, whether they are rented for cash rent or occupied without payment of cash rent, are classified as renter-occupied. (U.S. Bureau of the Census)

**Unemployment Rate:** Civilians 16 years old and over are classified unemployed if they (1) were neither "at work" nor "with a job but not at work"during the reference week, and (2) were looking for work during the last four weeks, and (3) were available to accept a job. Also included were civilians who did not work at all during the reference week and were waiting to be called back to a job from which they had been laid off. (U.S. Bureau of the Census)

The Maryland Child Care Resource Network is a public/private partnership designed to expand and improve child care delivery in Maryland. Maryland Family Network manages the Network and operates as its Statewide Coordinating Entity. Funding for this publication was made available by Maryland Family Network, the Maryland State Department of Education, and Maryland's business community.

For more information regarding the Child Care Demographic Reports, contact:

**Maryland Family Network**
1001 Eastern Avenue, 2nd Floor
Baltimore, Maryland 21202
*tel* 410.659.7701 *fax* 410.783.0814
*www.marylandfamilynetwork.org*

For information regarding technical assistance and training for the child care community, contact:

**Montgomery County Child Care Resource and Referral Center**
1401 Rockville Pike, Suite 200
Rockville, MD 20852
*tel* 240.777.3110

*This publication was produced as a work for hire for the benefit of, and with funds from, the Maryland State Department of Education.*

©2022 Maryland State Department of Education
©2022 Maryland Family Network





