# GENERAL DIGEST

### OF THE

## ORDINANCES AND RESOLUTIONS

### OF THE

## Corporation of New-Orleans.

---

MADE BY ORDER OF THE CITY COUNCIL,

BY THEIR SECRETARY,

D. AUGUSTIN, ESQ. COUNSELLOR AT LAW.

---

PRINTED BY JEROME BAYON,
CORNER OF CHARTRES AND ST. LOUIS STREETS.

——

1831.

EXHIBIT 7

record book, kept for that purpose, all ordinances, bye-laws and resolutions which shall be passed henceforward by the City Council; the same shall be signed by the Recorder and by the Mayor, if by him approved in said record book which shall make a part of the archives of the Council and be regularly signed after each sitting. It shall also be the duty of the Secretary to keep in the French and English languages, an index of the proceedings, bye-laws, ordinances and resolutions passed by the City Council. In consideration of this increase of his duties, resolved that the resolution of the twenty-ninth of May eighteen hundred and twenty-four, reducing the Secretary's salary be and the same is hereby repealed, and his said salary reinstated and fixed at the sum of eighteen hundred dollars per annum, payable monthly from the first instant.

*Approved, March* 11, 1831.

## THEATRES AND BALLS.

*An Ordinance concerning the public exhibition and theatres of New-Orleans.*

THE CITY COUNCIL ORDAINS AS FOLLOWS:

ART. 1. No person shall exhibit, or cause to be exhibited any dramatic composition, ballad, pantomime, or other performance of that kind, in any theatre in the city of New-Orleans, where all persons are admitted for their money; nor shall any person entertain the public with any display of fireworks, rope-dancing, or any performance of what kind soever it be, without having previously obtained from the Mayor of New-Orleans a license of permission for that purpose, on penalty of a fine of not less than twenty dollars nor exceeding one hundred dollars for every such offence; and the said license shall express the object and the length of time for which it is granted.

ART. 2. The day and hour of every public spectacle shall be appointed by the Mayor, and it shall be the duty of every manager, acting manager, or other person having the management or direction of any theatre or public exhibition, to apply to the Mayor for his orders on that subject, and strictly to conform thereto, announcing to the public the hour which shall have thus been appointed for the performances to commence. On the said days of performance, the stage, pit, boxes, galleries, lobbies and corridors must be carefully swept and cleansed, and as soon as the house is opened it must be lighted up, as also the lobbies, corridors and galleries: the outward doors shall be opened half an hour before the performance begins, and shall constantly remain open during its continuance; nor shall they be shut, neither shall the lights be extinguished until all the spectators have retired. And every manager, acting manager or other person having the management or direction of a theatre or public spectable, offending against any provision of this article, or neglecting to conform to the orders of the Mayor or other com-

trate invited by the Mayor to replace him thereto in case of his absence. Provided that the place so reserved for the Mayor or other persons sent in his place shall be furnished without said managers being entitled to any compensation, and they shall adhere to this condition before obtaining a license to open their theatres.

ART. 14. The Mayor, as often as he may deem it necessary, shall examine whether the theatres, places of public resort be constructed with the requisite solidity, and carefully kept in repair, so that the public may assemble there without danger; and he shall take suitable measures to prevent the accidents that might result from any negligence in that respect on the part of the proprietors, tenants or other persons having the management or direction of the said theatres, places of public spectacles, or other places of public resort.

ART. 15. The manager, acting manager or other person having the management or direction of a theatre, shall place and constantly keep, within the play-house, several large tubs, and at least one fire-engine in good repair, which must be filled on days of performance; and on failure of complying with this requisite, and until the manager shall have complied with it, the Mayor shall order the theatre to be and remain shut up.

ART. 16. By virtue of the powers granted by law to the Mayor and City Council, the Mayor shall cause to be shut up any place of public resort, whenever the maintenance of order, the public safety or tranquillity may require it.

*Approved, June* 8, 1816.

### An Ordinance respecting public Balls.
THE CITY COUNCIL ORDAINS AS FOLLOWS:

ART. 1. It shall not be lawful for any person to enter into a public ball-room with any cane, stick, sword or any other weapon, and every person having either a cane, stick, sword or any other weapon, shall, before he enter the ball-room, deposit the same at the office which shall be at the door of the entrance of said ball-room, where there will be a person appointed to receive and take care of such articles which he shall carefully keep, affixing to each article a number, a check of which he shall give to the owner; and said articles shall not be returned to the persons respectively depositing them, until said persons are quitting the balls and produce their checks.

ART. 2. Every person entering in any public ball-room, in contravention to the above provision, shall pay a fine of five dollars; and every person giving a public ball without having previously established an office at the door of the entrance of said ball-room, and without appointing a person to receive and take care, in the manner aforesaid, of the articles before mentioned shall pay a fine of twenty-five dollars, and if the offence is repeated, the offender shall forfeit the right to hold any further permission to give such public balls.

ART. 3. Every person who shall commit any disorder, tumult, violence, insult, indecency, or shall commit an assault or battery in a public ball-room shall be taken before the Mayor, or any other justice of the peace, to be dealt with according to law.

ART. 4. Any person giving a public ball, who shall prolong the duration of the same beyond the hour fixed by the license or permit which he must obtain, for this purpose, of the Mayor of this city, shall pay a fine of twenty-five dollars, for each and every offence.

*Approved October 27, 1817.*

*An Ordinance to authorize the Mayor to appoint constables for the police of the theatres, public exhibitions and balls.*

THE CITY COUNCIL ORDAINS AS FOLLWS:

ART. 1. The Mayor shall nominate and appoint a sufficient number of men to be constables, and to form, under that denomination, a guard for the theatres, public exhibitions and balls, in order there to receive and execute the orders and directions of the Mayor, or of the commissaries of police, as to what concerns the maintenance of good order in the aforesaid premises: provided always, that the said constables shall be employed as a guard only at authorised theatres, spectacles and balls, and that their number shall not exceed five men for each of said theatres, exhibitions and balls.

ART. 2. The constables on guard at said theatres or exhibitions, shall be paid by the managers, acting-managers or other persons having the direction of the exhibition, at the rate of one dollar for each constable, every time of performance; and every constable on duty at a ball, shall be entitled to require from the person keeping such balls, the said compensation of one dollar, when the ball ends at midnight, and that of two dollars in case of any ball authorised for a later hour of the night.

ART. 3. In no case shall the above mentioned service be at the expense of the city, nor shall any of the men composing the city guard, be employed on that duty, unless in case of any disturbance breaking out in any of the aforesaid places, and then only till tranquillity be restored.

ART. 4. All persons are forbidden to oppose or obstruct any of the aforesaid constables in the legal execution of his office, or to utter against them invectives or opprobrious language in the discharge of their duty; and every person herein offending, shall pay a fine of from ten to fifty dollars for every such offence.

*Approved, November 5, 1817.*

*An Ordinance laying a tax on public balls and public exhibitions.*

THE CITY COUNCIL ORDAINS AS FOLLOWS:

ART. 1. It shall not be lawful for any person to give any public ball, either to white persons or free persons of colour, at any place within the extent of the city, or to exhibit any inferior spectacle where the public are admitted for money, such as a circus, for equestrian exhibitions, panoramas,