CHAP. 100. this State, and that a hearing was had at March term, eighteen hundred and thirty-four, when allegations preferred by his creditors were sustained; that an appeal was taken from the decision, bond with security filed, which bond was lost or mislaid; that said Schleigh is in fact actually insolvent:—Therefore,

Insolvent

Be it enacted by the General Assembly of Maryland, That Daniel H. Schleigh, of Washington county, is hereby empowered to apply for and obtain the benefit of the insolvent laws of this State, as if allegations never had been sustained against him, by his complying with all the provisions of the insolvent laws of this State.

## CHAPTER 100.

Passed Feb. 28, 1838.

An act for the preservation of Wild Fowl in the waters of Smith's Island and its vicinity, in Somerset county.

Prohibition in the limits

SECTION 1. Be it enacted by the General Assembly of Maryland, That from and after the first day of May next, it shall not be lawful for any person or persons, by day or night, to navigate or paddle any open skiff, canoe or open boat of any description, on board of which open skiff, canoe or open boat aforesaid may be any offensive weapon, gun, musket, fowling piece or pistol, within the region usually known as included from Hearn's Straits, in Somerset county, to the upper side of Holland's Straits, within fifty yards of any blind for shooting fowl, with intent to shoot or molest any wild fowl or fowls within the region aforesaid.

Penalty for violating

SEC. 2. And be it enacted, That the discovering or finding of any offensive weapon, gun, musket, fowling piece or pistol in any open skiff, canoe or open boat as aforesaid, within fifty yards of any blind for shooting fowl, shall, in all cases within the region aforesaid, be deemed prima facie evidence of intent to shoot or molest said wild fowls, and shall subject the offender in each and every case, to a penalty of ten dollars, to be recovered before the district court of Somerset county, by action of debt, in the name of the State, or

EXHIBIT 9

qui tam action, one-half of which penalty shall be for the benefit of the informer, and the remaining half shall be paid over to the commissioners of Somerset county, for the benefit of said county.

CHAP. 101.

SEC. 3. *And be it enacted,* That the informer shall be deemed a competent witness in each and every prosecution under this act.

<span style="margin-left:2em">Witness</span>

---

## CHAPTER 101.

*An act entitled, an act to Incorporate the Carroll Academy and House of Public Worship.*

<span style="margin-left:2em">Passed Feb. 26, 1838</span>

SECTION 1. *Be it enacted by the General Assembly of Maryland,* That William Shriver, Peter E. Myers, James Hierd, William Burgoon and Joseph Keefer, be appointed trustees for a school erected in Carroll county, district number three, called "the Carroll Academy and House of Public Worship," and their successors to be appointed, as hereinafter directed, shall forever hereafter be, and they are hereby erected and established, and declared to be one body politic and corporate, with perpetual succession, in deed and in law, by the name, and style and title of the Trustees of "The Carroll Academy and House of Public Worship;" by which name and style the said trustees and their successors shall be capable in law and in equity to hold property, the value of which shall, at no time, exceed the sum of one thousand dollars for the said Academy and House of Public Worship.

<span style="margin-left:2em">Persons incorporated</span>

<span style="margin-left:2em">Style</span>

<span style="margin-left:2em">Corporate powers</span>

SEC. 2. *And be it enacted,* That the said house shall be open and free for all Christian denominations to worship in; *provided,* no meeting for public worship shall interfere with school hours, unless by consent of a majority of the trustees.

<span style="margin-left:2em">House of Worship</span>

SEC. 3. *And be it enacted,* That if a vacancy occur in the board of trustees, the same shall be filled by the remaining trustees, until the next annual election of the same,

<span style="margin-left:2em">Case of vacancy</span>

SEC. 4. *And be it enacted,* That on the first day of January in every year, an election shall be held by the qualified voters at the academy; which said election

<span style="margin-left:2em">Annual election</span>