# FOURTH ANNUAL REPORT

OF THE

# BOARD OF COMMISSIONERS

OF THE

# CENTRAL PARK.

JANUARY, 1861.


EXHIBIT 15

NEW YORK:
WM. C. BRYANT & CO., PRINTERS, 41 NASSAU STREET, CORNER LIBERTY.

1861.

Digitized by Google          Original from
                             HARVARD UNIVERSITY

se 1:22-cv-00734-GTS-CFH Document 20-40 Filed 08/15/22 Page 2
Case 8:21-cv-01736-TDC Document 59-19 Filed 12/30/22 Page 2 of 2

106

# APPENDIX.

## A.

### ORDINANCES OF THE CENTRAL PARK.

The Board of Commissioners of the Central Park do ordain as follows:

All persons are forbidden—

To enter or leave the Park except by the gateways.

To climb or walk upon the wall.

To turn cattle, horses, goats, or swine into the Park.

To carry firearms or to throw stones or other missiles within it.

To cut, break, or in any way injure or deface the trees, shrubs, plants, turf, or any of the buildings, fences, or other constructions upon the Park;

Or to converse with, or in any way to hinder those engaged in its construction.

Two pounds are hereby established within the Central Park, for the impounding of horses, cattle, sheep, goats, dogs, swine, and geese found trespassing upon said Park. All such animals found at large upon the Park may be taken by any person or persons, and driven or carried to one of the said pounds, and may be kept enclosed therein during five days, at the end of which time, if not previously claimed, they may be sold at public auction; provided that within two days after they shall have been impounded, notice of the sale shall have been conspicuously posted in the pound.

Any person claiming property in such impounded animals before the day of sale, may recover the same after suitable proof of his or her right thereto, upon payment for each animal

Digitized by Google    Original from
HARVARD UNIVERSITY