dred and forty-five, chapter three hundred and ten, the Maryland Tract Society was incorporated with a provision that the said act should inure for thirty years from the date of its passage, and it is therefore necessary that the corporate franchises, granted by the said act, should be renewed and extended in order to promote and continue the beneficent purposes of said corporation; therefore—

Renewed and extended

SECTION 1. *Be it enacted by the General Assembly of Maryland*, That the corporate franchises granted by the said act of Assembly, entitled "an act to incorporate the Maryland Tract Society," passed at December session, eighteen hundred and forty-five, chapter three hundred and ten, be and the same are hereby renewed and extended without any limitation as to the duration of said corporation; provided, however, that the said General Assembly reserves to itself the right at any time to amend, alter or repeal this act.

In force

SEC. 2 *And be it enacted*, That this act shall take effect from the date of its passage.

Approved April 11th, 1874.

CHAPTER 250.

AN ACT to prevent the carrying of guns, pistols, dirks, dirk-knives, razors, billies or bludgeons, by any person in Kent, Queen Anne's or Montgomery counties, on the day of election in said counties.

Not lawful to carry

SECTION 1 *Be it enacted by the General Assembly of Maryland*, That from and after the passage of this act, it shall not be lawful for any person in Kent, Queen Anne's or Montgomery counties, to carry, on the days of election, secretly or otherwise, any gun, pistol, dirk, dirk-knife, razor, billy or bludgeon; and any person violating the provisions of this act shall be deemed guilty of a misdemeanor, and on conviction thereof, before any justice of the peace in either

of said counties, shall be fined not less than five nor more than twenty dollars, and on refusal to pay said fine shall be committed by such justice of the peace to the jail of the county, until the same is paid.

SEC. 2. *And be it enacted,* That the fines collected under this act shall be paid by the officer collecting the same, to the school commissioners of the county where such offence shall have been committed, for school purposes. <span style="float:right">Fines</span>

SEC. 3. *And be it enacted,* That any constable of either of said counties, or the sheriff thereof, who shall refuse to arrest any person violating any provision of this act, upon information of such offence, shall be deemed guilty of a misdemeanor, and on conviction thereof, before the Circuit Court for such county, shall be fined not less than twenty nor more than fifty dollars, and shall forthwith be discharged from office. <span style="float:right">Discharged.</span>

Approved, April 6th, 1874.

---

CHAPTER 251.

AN ACT for the relief of the Cambridge and Chesapeake Railroad Company.

SECTION 1. *Be it enacted by the General Assembly of Maryland,* That the Cambridge and Chespeake Railroad Company, be and it is hereby authorized and empowered, to demand and receive for the transportation of passengers, goods, produce, merchandise or property of any description, upon said railroad, such sum or sums of money, as the President and Directors of said Company shall from time to time deem reasonable and proper. <span style="float:right">To demand and receive</span>

SEC. 2. *And be it enacted,* That upon every subscription to the capital stock of said company there shall be paid, at the time of making the subscription, the sum of one dollar on every share subscribed, and <span style="float:right">Subscriptions to capital stock</span>