# THE
# REVISED STATUTES

OF THE

# STATE OF MISSOURI.

## 1879.

TO WHICH ARE PREFIXED THE DECLARATION OF INDEPENDENCE, WASHINGTON'S FAREWELL ADDRESS, ARTICLES OF CONFEDERATION, CONSTITUTION OF THE UNITED STATES, ACT OF CONGRESS FOR THE FORMATION OF A STATE GOVERNMENT, ORDINANCE OF THE CONVENTION ASSENTING THERETO, AND CONSTITUTION OF MISSOURI: WITH AN APPENDIX CONTAINING CERTAIN ACTS OF CONGRESS, AND PRACTICAL FORMS, REQUIRED TO BE PUBLISHED THEREIN.

REVISED AND PROMULGATED BY THE XXXTH GENERAL ASSEMBLY.

## VOLUME ONE.

COLLATED AND ANNOTATED BY JOHN A. HOCKADAY, THOMAS H. PARRISH, BENJAMIN F. McDANIEL AND DANIEL H. McINTYRE, COMMITTEE APPOINTED FOR THAT PURPOSE.

PUBLISHED BY AUTHORITY OF CHAPTER 46, ARTICLE V, OF THE REVISED STATUTES OF THE STATE OF MISSOURI.

CITY OF JEFFERSON:
CARTER & REGAN, STATE PRINTERS AND BINDERS.
1879.

EXHIBIT 25

# CHAPTER 24.

OF CRIMES AND CRIMINAL PROCEDURE.

ARTICLE I—Offenses against the government and the supremacy of the law.
    II—Offenses against the lives and persons of individuals.
    III—Offenses against public and private property.
    IV—Offenses affecting records, currency, instruments or securities.
    V—Offenses affecting the administration of justice.
    VI—Offenses by persons in office or affecting public trusts and rights.
    VII—Offenses against public order and public peace.
    VIII—Offenses against public morals and decency or the public police, and miscellaneous offenses.
    IX—Miscellaneous provisions and matters of practice.
    X—Local jurisdiction of public offenses.
    XI—Limitations of criminal actions and prosecutions.
    XII—Surety to keep the peace.
    XIII—Arrest and preliminary examination.
    XIV—Jurisdiction and mode of procedure.
    XV—Of grand juries and their proceedings.
    XVI—Indictments and process thereon.
    XVII—Proceedings before trial.
    XVIII—Trials and incidental proceedings.
    XIX—Verdict and judgment and proceedings thereon.
    XX—New trial and arrest of judgment.
    XXI—Appeals and writs of error.
    XXII—Miscellaneous proceedings.
    XXIII—Procedure before justices in misdemeanors.
    XXIV—Relief of insolvents confined on criminal process.
    XXV—Costs in criminal cases.

## ARTICLE I.

OFFENSES AGAINST THE GOVERNMENT AND THE SUPREMACY OF THE LAW.

| SECTION | SECTION |
|---|---|
| 1227. Treason, punishment of. | 1230. Combinations to overturn state government. |
| 1228. Misprision of treason, how punished. | 1231. Levying war against people of state. |
| 1229. Giving aid to enemies of state—punishment. | |

SEC. 1227. *Treason, punishment of.*—Every person who shall commit treason against the state, by levying war against the same, or by adhering to the enemies thereof, by giving them aid and comfort, shall, upon conviction, suffer death, or be sentenced to imprisonment in the penitentiary for a period of not less than ten years. (G. S. 776, § 1.)

SEC. 1228. *Misprision of treason, how punished.*—Every person who shall have knowledge that any other person has committed, or is about to commit, treason against this state, and who shall conceal the same, shall be deemed guilty of misprision of treason, and, on conviction, shall be punished by imprisonment in the penitentiary for a period not exceeding seven years, or by imprisonment in the county jail not less than four months, and by fine not less than one thousand dollars. (G. S. 776, § 2.)

SEC. 1229. *Giving aid to enemies of state—punishment.*—Any person who, while this state shall be engaged in war, in cases authorized by the constitution of the United States, shall attempt or endeavor to join, or give aid or comfort to, the enemies of the state, or shall counsel, advise, persuade or induce any other person to join, give aid or comfort to them, in this state or elsewhere, shall, upon conviction, be punished by imprisonment in the penitentiary for a period not exceeding ten years, or by fine not less than one thousand nor exceeding five thousand dollars. (G. S. 777, § 3.)

Generated on 2022-12-28 15:31 GMT / https://hdl.handle.net/2027/nyp.33433009055322
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google   Original from NEW YORK PUBLIC LIBRARY

SEC. 1271. *Abandonment of children.*—If any father or mother of any child under the age of six years, or any other person to whom such child shall have been confided, shall expose such child in a street, field or other place, with [i]ntent wholly to abandon it, he or she shall, upon conviction, be punished by imprisonment in the penitentiary not exceeding five years, or in the county jail not less than six months. (G. S. 781, § 39.)

SEC. 1272. *Mistreatment of apprentices.*—If any master or mistress of an apprentice or other person having the legal care and control of any infant, shall, without lawful excuse, refuse or neglect to provide for such apprentice or infant, necessary food, clothing or lodging, or shall unlawfully and purposely assault such apprentice or infant, whereby his life shall be endangered, or his health shall have been or shall be likely to be permanently injured, the person so offending shall, upon conviction, be punished by imprisonment in the penitentiary not exceeding three years, or by imprisonment in the county jail not exceeding one year, or by a fine of not more than one thousand dollars, or by both such fine and imprisonment. (New section.)

SEC. 1273. *Abandonment of wife or child.*—If any man shall, without good cause, abandon or desert his wife, or abandon his child or children under the age of twelve years born in lawful wedlock, and shall fail, neglect or refuse to maintain and provide for such wife, child or children, he shall, upon conviction, be punished by imprisonment in the county jail not more than one year, or by a fine of not less than fifty, nor more than one thousand dollars, or by both such fine and imprisonment. No other evidence shall be required to prove that such husband was married to such wife, or is the father of such child or children, than would be necessary to prove such fact or facts in a civil action. (Laws 1867, p. 112, amended—*m.*)

SEC. 1274. *Carrying deadly weapons, etc.*—If any person shall carry concealed, upon or about his person, any deadly or dangerous weapon, or shall go into any church or place where people have assembled for religious worship, or into any school room or place where people are assembled for educational, literary or social purposes, or to any election precinct, on any election day, or into any court room during the sitting of court, or into any other public assemblage of persons met for any lawful purpose, other than for militia drill or meetings called under the militia law of this state, having upon or about his person any kind of firearms, bowie-knife, dirk, dagger, slung-shot, or other deadly weapon, or shall, in the presence of one or more persons, exhibit any such weapon in a rude, angry or threatening manner, or shall have or carry any such weapon upon or about his person when intoxicated or under the influence of intoxicating drinks, or shall, directly or indirectly, sell or deliver, loan or barter to any minor, any such weapon, without the consent of the parent or guardian of such minor, he shall, upon conviction, be punished by a fine of not less than five nor more than one hundred dollars, or by imprisonment in the county jail not exceeding three months, or by both such fine and imprisonment. (Laws 1874, p. 43; laws 1875, p. 50, and laws 1877, p. 240, amended.)

SEC. 1275. *Above section not to apply to certain officers.*—The next preceding section shall not apply to police officers, nor to any officer or person whose duty it is to execute process or warrants, or to suppress breaches of the peace, or make arrests, nor to persons moving or traveling peaceably through this state, and it shall a good defense to the charge of carrying such weapon, if the defendant shall show that he has been threatened with great bodily harm, or had good reason to carry the same in the necessary defense of his person, home or property. (New section.)

SEC. 1276. *Fire arms not to be discharged near court house.*—Hereafter it shall be unlawful for any person in this state, except he be a sheriff or other officer in the discharge of official duty, to discharge or fire off any

---

(*m*) Wife held to be a competent witness to prove fact of abandonment. 43 Mo. 429. The fact that the defendant has brought suit for divorce is no defense. 52 Mo. 172.