Case 8:21-cv-01736-TDC   Document 59-41   Filed 12/30/22   Page 1 of 4

# LAWS

—AND—

# ORDINANCES,

FOR THE GOVERNMENT OF THE MUNICIPAL CORPORATION OF THE

## CITY OF WILLIAMSPORT, PENNSYLVANIA,

IN FORCE APRIL 1st, 1891.



PUBLISHED BY AUTHORITY OF THE CITY COUNCILS.

## IN FOUR PARTS.



WILLIAMSPORT, PA.:
PENNSYLVANIA GRIT BOOK AND JOB PRINTING HOUSE.
1891.


REFORM CLUB,
Committee on
MUNICIPAL ADMINISTRATION.

Digitized by Google

# PART IV.

## ORDINANCES

OF THE CITY OF WILLIAMSPORT, PA.

Digitized by Google

140                                ORDINANCES.

## AN ORDINANCE

Brandon Park *Prescribing the rules and regulations for the government and protection of Brandon Park, imposing penalties for the violation of the same, and closing part of Packer street.*

Regulations.   SECTION 1. *Be it ordained by the select and common councils of the city of Williamsport,* That the following rules and regulations be and are hereby established as the rules and regulations for the government and protection of Brandon Park, viz.:

Driving.   1. No person shall drive or ride in Brandon Park at a rate exceeding seven miles an hour.

Upon roads.   2. No person shall ride or drive upon any part of the park, except on the avenues and roads.

Vehicles prohibited.   3. No vehicle of burden or traffic shall be permitted within said park, except when employed in the business of the park.

Regulating speed.   4. No bicycles, tricycles or other vehicles of a similar nature, shall be driven at a greater speed than seven miles per hour in the park.

Law of road.   5. When carriages, bicycles, tricycles or equestrians meet, the parties respectively shall keep to the right as the law of the road.

Entrance and exit.   6. No person shall enter or leave the park except by such gates or avenues as may be for such purposes arranged.

Led horses.   7. No person shall bring or lead a horse or horses within the limits of the park not harnessed and attached to a vehicle, or mounted by an equestrian.

Animals at large.   8. No person shall turn cattle, goats, swine, horses, dogs or other animals loose into the park.

Shrubbery.   9. No person shall cut, break or in anywise injure or deface the trees, shrubs, plants, flowers, fruit, turf, or any of the buildings, fences, bridges, structures or statuary, or foul any fountains or springs within the park, nor throw stones or rubbish of any kind into any lake or pond of the park, or bathe in the same.

Nuisances.   10. No person shall throw any dead animal or offensive matter or substance of any kind within the boundaries of the park.

Fish, etc.   11. No person shall disturb the fish or water fowl in the pool or pond, or birds in any part of the park, or annoy, strike, injure, maim or kill any animal kept by direction of the commissioners, either running at large or confined.

Trees.   12. No person shall attach a swing to, fasten a horse to, nor climb a tree in said park.

Bills and notices.   13. No person shall injure, deface or destroy any notices, rules or regulations for the government of the park posted or in any other manner permanently fixed by order or permission of the commissioners of the park, nor affix any bills or notices within the limits of the same.

Traffic prohibited.   14. No person shall expose any article for sale within the park.



ORDINANCES. 141

15. No person shall have any musical or other entertainment in the park, nor shall any parade or procession take place in or pass through the park, nor shall any picnic, gathering or public meeting of any kind be permitted therein without the previous permission of the commissioners. <span style="float:right">Parades, etc., prohibited.</span>

16. No person shall engage in any play at base ball, cricket, shinny, foot-ball, croquet, or at any other athletic games within the limits of the park, except on such grounds only as shall be specially designated for such purposes by the park commissioners. <span style="float:right">Games prohibited.</span>

17. No person shall introduce any spirituous, malt or brewed liquors into said park, either for his own use, to sell, or to give away, nor shall any intoxicated person enter or remain in said park. <span style="float:right">Liquors prohibited.</span>

18. No person shall curse or swear or use threatening or abusive language, or fight or throw stones, or behave in a riotous or disorderly manner in said park. <span style="float:right">Swearing.</span>

19. No person shall indulge in any insulting or indecent language, or commit a nuisance in the park. <span style="float:right">Nuisances.</span>

20. No person shall engage in playing cards or gambling in said park. <span style="float:right">Gambling.</span>

21. No person shall carry fire-arms, or shoot in the park, or discharge any fire-works, or throw stones or missiles therein. <span style="float:right">Firearms.</span>

SEC. 2. Any person who shall violate any of said rules and regulations shall be liable to a fine of not less than five dollars nor more than fifty dollars, to be recovered before any alderman of the city of Williamsport, with costs, together with judgment of imprisonment not exceeding thirty days, if the amount of said judgment and costs shall not be paid, which fines shall be paid into the city treasury for park purposes. <span style="float:right">Penalty.</span>

SEC. 3. Packer street, where it passes through the park, is hereby abandoned as a public highway and declared to be a part of the park, subject to the rules and regulations adopted for its government and protection. <span style="float:right">Street vacated.</span>

APPROVED—June 18th, 1890.

F. H. KELLER,<br>*Mayor.*



Digitized by Google