# LOCAL ACTS

OF

# THE LEGISLATURE

OF THE

## STATE OF MICHIGAN

PASSED AT THE

## REGULAR SESSION OF 1895

WITH AN APPENDIX



## BY AUTHORITY

LANSING
ROBERT SMITH & CO., STATE PRINTERS AND BINDERS
1895

tion (so called), and also all that part of said city lying and being east of the east bank of the Au Sable river, be and the same is hereby detached from the city of Au Sable, in said county of Iosco, State of Michigan, and the same shall be, and is hereby attached to the township of Au Sable in said county and State aforesaid.    But the territory hereby detached shall not be relieved in any manner from its just share and propor- tion of the present legal bonded indebtedness of said city of Au Sable, together with interest thereon, and said indebted- ness shall be apportioned in accordance with the provisions of act number thirty-eight of the session laws of eighteen hun- dred and eighty-three, approved April twenty-first, eighteen hundred and eighty-three, entitled "An act to provide for the adjustment of rights and liabilities on division of territory of cities and townships," and acts amendatory thereof.

*Territory detached shall not be relieved of its share of legal bonded indebtedness.*

SEC. 2.    This act shall not be construed as nullifying or repealing an act entitled "An act to incorporate the board of education of the city of Au Sable," being act number two hundred and eighty-five of the local acts of eighteen hundred and ninety-one, and the persons elected as members of such board of education under the provisions thereof shall continue to have and exercise all the duties, powers and jurisdictions conferred upon them by the provisions thereof, within the ter- ritory and district in which their jurisdiction now extends.

*This act not to repeal the act incorporating the board of education.*

SEC. 3.    The matter of procedure in the matter of appor- tioning, levying and collecting taxes for the support of the schools within said district, and for altering the boundaries thereof, shall be the same as near as may be as is provided by law in the case of fractional school districts.

*Procedure in the matter of taxes.*

Approved May 24, 1895.

---

[ No. 436. ]

AN ACT to amend an act entitled "An act supplemental to the charter of the city of Detroit, and relating to parks, boulevards and other public grounds in said city, and to repeal act number three hundred and seventy-four of the local acts of eighteen hundred and seventy-nine, entitled 'An act to provide for the establishment and maintenance of a broad street or boulevard about the limits of the city of Detroit and through portions of the townships of Ham- tramck, Greenfield and Springwells, in the county of Wayne,' approved May twenty-one, eighteen hundred and seventy- nine," as amended by act number four hundred and fifteen of the local acts of eighteen hundred and ninety-three, approved May twenty-ninth, eighteen hundred and ninety- three, by amending sections six, seven and fourteen thereof, and to add to said act twenty new sections to stand as sec- tions thirty-two, thirty-three, thirty-four, thirty-five, thirty-

Case 8:21-cv-01736-TDC   Document 59-47   Filed 12/30/22   Page 3 of 9

six, thirty-seven, thirty-eight, thirty-nine, forty, forty-one, forty-two, forty-three, forty-four, forty-five, forty-six, forty-seven, forty-eight, forty-nine, fifty and fifty-one of said act.

**Act amended and sections added.**

SECTION 1.  *The People of the State of Michigan enact,* That an act entitled "An act supplemental to the charter of the city of Detroit, and relating to parks, boulevards and public grounds in said city, and to repeal act number three hundred and seventy-four of the local acts of eighteen hundred and seventy-nine, entitled 'An act to provide for the establishment and maintenance of a broad street or boulevard about the limits of the city of Detroit and through portions of the townships of Hamtramck, Greenfield and Springwells, in the county of Wayne,' approved May twenty-one, eighteen hundred and seventy-nine," as amended by act number four hundred and fifteen of the local acts of eighteen hundred and ninety-three, approved May twenty-nine, eighteen hundred and ninety-three, be amended by amending sections six, seven and fourteen thereof, and by adding twenty new sections to stand as sections thirty-two, thirty-three, thirty-four, thirty-five, thirty-six, thirty-seven, thirty-eight, thirty-nine, forty, forty-one, forty-two, forty-three, forty-four, forty-five, forty-six, forty-seven, forty-eight, forty-nine, fifty and fifty-one, to read as follows:

**Commissioners to have control, management, and charge of improvements of all parks and public grounds.**

SEC. 6.    The commissioners shall have the control and management, and shall have charge of the improvement of all the parks and public grounds of said city, including the island park (known as "Belle Isle park"), and of such parks or public grounds as may hereafter be acquired, laid out, purchased or dedicated for public use in said city.    And they shall likewise have control, management and charge of the improvement and maintenace of the boulevard, which was laid out and established as provided by the (said) act creating said board of boulevard commissioners, and of any other boulevard which may at any time be hereafter acquired, laid out, established or located by said city.    The authority hereby conferred shall not be construed as giving charge or control to said commissioners over and to the improvement of any ordinary public street or

**When improvements to be done by contract.**

alley.    When the estimated cost of any work or improvement ordered by said commissioners shall exceed the sum of one thousand dollars, the same shall be done by contract, after advertisements for bids in at least two daily papers, printed in said city, for at least seven days.

**May make rules and regulations for maintenance and care of.**

SEC. 7.    The said commissioners may make all needful rules and regulations for the management, maintenance and care of the said parks, public grounds and boulevard or boulevards, and for the regulation thereof, and the common council of said city may provide by ordinance for the observance of the same, and may also in like manner provide for the observance and enforcement of any other rules and regulations duly made by said commissioners under any of the provisions of this act.

**Protection of.**

And said common council may by ordinance further provide for the preservation and protection of the parks, public grounds

and boulevards, and any of the property in charge of said commissioners against any destruction or injury, and prevent the destruction or injury to or the taking of any trees, shrubs, plants, flowers or other things set out, planted or used by said commissioners in beautifying, improving or ornamenting said parks, public grounds or boulevards, and to prevent any disorder or disturbance on or about said parks, public grounds or boulevards, or any encroachment thereon or interference with the quiet and peaceable use and enjoyment of the same for the purpose for which the same are established and maintained. Said ordinances may provide for the punishment for any breach or violation of any of their provisions by like penalties provided for violation of ordinances of said city.  The com- *Police commissioner to detail police to maintain order and protect property on request.* missioners of metropolitan police for the city of Detroit, upon the request of said commissioners of parks and boulevards, shall detail for service in any of the grounds under the charge of said park and boulevard commissioners, so many of the police force as may be necessary to maintain order and protect the property thereon, and any policeman on duty on said grounds may remove therefrom any person who may violate any of the rules and regulations of said commissioners, or any of the ordinances of said city, adopted as aforesaid, relating to said parks, public grounds or boulevards: *Provided,* That *Proviso.* said commissioners of parks and boulevards, may in lieu of such detail by said commissioners of metropolitan police, appoint as many persons as may be necessary to maintain order and protect the property on any of the grounds, under the charge of the said park and boulevard commissioners, and such persons so appointed shall have all the powers of regularly appointed policemen of said city in and upon said grounds, but not elsewhere.

SEC. 14.  The grounds of which said commissioners may *To be used for purpose for which they were established.* have control shall be used and enjoyed solely for the purposes for which they were established: *Provided,* That privileges for the hiring of boats and vehicles and other like purposes *Proviso.* such as are usual in public parks may be let by the commissioners for a period not exceeding three years, but the same shall be exercised and permitted only upon the same being subject to their supervision and direction, and to such orders, rules and regulations as the said commissioners may make at any time: *Provided further,* That said commissioners may *Further proviso.* prohibit the construction, use and maintenance of any and all railway or tramway cars, tracks, engines or motors on Belle Isle park, or other city park or boulevard.

SEC. 32.  No person shall bring, drive or lead any swine, *Driving or leading any swine, goat or cattle on or along boulevard or parks prohibited.* goat, cattle or any other animal other than horses or other beasts of burden in, on or along the boulevard, Belle Isle or any other parks or public grounds in charge of the commissioners of parks and boulevards; and no person shall lead any horse, mule or other animal on said boulevard or the driveways of either of said parks, or draw a second carriage, wagon or other vehicle with any horse or other motive power, nor drive thereon any

horse, before any sleigh or sled, unless there shall be a suffi-
cient number of bells attached to harness of such horse, or to
such sleigh or sled to warn persons of their approach.

**Driving or speeding.**

SEC. 33.   No person shall ride or drive in said park or along
said boulevard at a rate of speed exceeding eight miles per
hour, excepting that horses may be speeded on such parts of
said boulevard or Belle Isle park as may be set apart by said
commissioners for that purpose, and then only under such reg-
ulations as the commissioners may prescribe.

**Riding, driving, or drawing any velocipede, bicycle, hand-cart, horse or animal on the walks, etc., prohibited.**

SEC. 34.   No person shall ride, drive or draw any velocipede,
bicycle, tricycle, wheelbarrow, handcart or any other vehicle,
or any horse or other animal on the footwalks or sidewalk,
grass plots or planting places of said parks or boulevard, or
upon any other part or portion thereof, excepting upon the
carriage drives; and no person shall permit any vehicle or
animal to stand upon such roadways or carriage drives to the
obstruction of the way or inconvenience of travel, and no per-
son shall solicit passengers for hire on either of said park or
boulevard, excepting by direction or permission of said com-
missioners.

**Not to tie any animal to trees, shrubs, electric light tower or lamp post.**

SEC. 35.   No person shall tie any animal to any tree or
shrub, electric light tower, lamp post, fire hydrant, or dock or
building in said park or boulevard, nor pluck, break, trample
upon or interfere with any grass, flower, plant or shrub in any
of said parks or boulevards, or climb, peel, cut, deface,
remove, injure or destroy any tree or shrub in any public park
or boulevard, or pasture any animal on the grass in any of said
parks or boulevards, and no person shall stand, walk or lie
upon any part of any public park or boulevard laid out and
appropriated for shrubbery or for grass when there shall have
been placed thereon a sign having the words, "Keep off the
grass," or other similar words thereon.

**No heavy traffic permitted.**

SEC. 36.   No heavy traffic shall be permitted on said boule-
vard or any of said parks, and no person shall drive any wagon,
cart, dray, truck or other vehicle for the carrying of or laden
with merchandise, manure, coal, wood or building material of

**Proviso.**

any kind: *Provided,* That where there is no alley or side
street by which premises fronting on the boulevard can be
reached, trucks and such heavy vehicles carrying goods, mer-
chandise or other articles to or from any house or premises
abutting on the boulevard shall be permitted to enter thereon
at the cross street nearest said house or premises in a direction
in which the same are moving, and deliver or receive such
goods, merchandise or articles, but shall not proceed thereon

**Further proviso.**

further than the nearest cross street thereafter: *Provided fur-
ther,* That nothing in this section shall prevent the driving of
milk wagons and ordinary light grocery or meat delivery
wagons, along the boulevard for the accommodation of resi-
dents thereon.

**Not to cut, break or injure any property, or post notices.**

SEC. 37.   No person shall cut, break or in any way injure
any electric light tower, lamp post, fence, bridge, dock, build-
ing, fountain or other structure or property in or upon any of
said parks or boulevards, and no person shall post or fix any

notice or bill or other writing or printing on any tree, tower, lamp post, hydrant, curbstone, coping, flagstone, fence, dock, bridge, wall, building or other place under the charge or control of said commissioners.

SEC. 38. No person shall drive any vehicle displaying any placard or advertisement of any kind along said boulevard or on or along the driveway of any of said parks, nor shall any person display any placard or any advertisement of any kind on or upon or along the said boulevard or any of the said parks for advertising only. <sub>Not to drive any display advertisement or placards along the parks or boulevards.</sub>

SEC. 39. No person shall dig, remove or carry away any sward, sand, turf or earth in or from any public park, or boulevard, and no person shall open or dig up or tunnel under any part or portion of the boulevard without a permit from the commissioners of parks and boulevards, and before granting any such permit the applicant therefor shall be required to deposit with the secretary of said commissioners such sum of money as the superintendent of the boulevard or such other officer as the commissioners may designate for that purpose, shall estimate, will fully cover any expense to be incurred by the commissioners in connection with such opening or tunneling, and the commissioners may make suitable regulations and conditions with respect to issuing said permits. And said commissioners may retain the actual expense, which shall be certified by the superintendent, which may be incurred by the commissioners in connection with any work done by them, for the purpose of restoring any roadway, sidewalk, planting place or other portion of said boulevard, and the secretary shall refund to the person to whom said permit shall be issued the difference, if any, between the amount deposited and the amount so certified by the superintendent. Carriage or driveways and footwalks connecting with any premises adjoining the boulevard, or hitching posts thereon, shall be allowed only on a permit issued under this section, and the material used in making such ways, walks or posts shall be determined by the said commissioners.

SEC. 40. No person shall place or deposit any dead carcass, ordure, filth, dirt, stone, ashes, garbage or rubbish of any kind, or other matter or substance on the said boulevard, or of any of said public parks, and no person shall wade into or throw any wood, sand, stone, or other substance into any basin, pool, lake or fountain in any public park, or bathe or fish in any of the waters thereon, except on Belle Isle park, where persons may bathe and swim, but only under such restrictions and conditions as may be prescribed by the commissioners of parks and boulevards; and no person shall send or ride any animal into same, nor shall any person kill, molest or disturb any fish, fowl or animals kept thereon. <sub>Not to deposit dead carcasses, filth, dirt, stones, etc., on the boulevard or parks.</sub>

SEC. 41. No person shall build or place any fence, or other barrier around any grass plot or planting place on said boulevard or public park, or place any building or obstruction of any kind thereon. <sub>Not to build any fence or barrier around grass plots or planting place.</sub>

SEC. 42. No person shall play at any game whatever in or upon said boulevard, or on any of the said parks, under the <sub>Not to play certain games.</sub>

596                       LOCAL ACTS, 1895.—No. 436.

Proviso.          charge of the said commissioners: *Provided, however,* That
ball, cricket, lawn tennis and other like games of recreation
may be played upon such portions of said parks as may be des-
ignated from time to time by the commissioners and under such
rules and regulations as may be prescribed by them.

Not to engage in       SEC. 43.   No person shall engage in any sport or exercise
sport liable to
frighten horses. upon said boulevard or park as shall be liable to frighten
horses, injure travelers, or embarrass the passage of vehicles
thereon.

Not to discharge       SEC. 44.   No person shall fire or discharge any gun or pistol
firearms or
fireworks. or carry firearms, or throw stones or other missiles within said
park or boulevard, nor shall any person fire, discharge or set
off any rocket, cracker, torpedo, squib or other fireworks or
things containing any substance of any explosive character on
said park or boulevard, without the permission of said commis-
sioners, and then only under such regulations as they shall
prescribe.

No person shall        SEC. 45.   No person shall expose any article or thing for
expose or offer
any article or sale or do any hawking or peddling in or upon said parks or
thing for sale, boulevard, and no person, without the consent of said com-
play any musical
instrument, etc., missioners, shall play upon any musical instrument, or carry
without permis- or display any flag, banner, target or transparency, nor shall
sion of commis-
sioners. any military or target company, or band or procession parade,
march, drill or perform any evolution, movement or ceremony
within any of said parks, or upon or along said boulevard,
without the permission of said commissioners, and no person
shall do or perform any act tending to the congregating of per-
sons on said boulevard or in said parks.

Gambling and           SEC. 46.   No person shall gamble, nor make any indecent
disorderly
conduct. exposure of himself or herself, nor use any obscene language,
or be guilty of disorderly conduct, or make, aid, countenance
or assist in making any disorderly noise, riot, or breach of the
peace, within the limits of the said parks or boulevards; and
Intoxicating no person shall sell or dispose of any intoxicating liquors in or
liquors. upon any public park without the consent of the said commis-
sioners.

All boats, car-        SEC. 47.   All boats and vessels, carriages, railroad cars and
riages, railroad
cars, and vehi- other vehicles running for hire to and from said Belle Isle
cles running park, or any other park, shall be duly licensed and shall be
for hire to be
licensed. subject to all the rules and regulations that may be established
by said commissioners or by the common council from time to
time, and no person shall carry on the business of carrying
passengers to and from either of said parks unless their vehi-
cles shall be so licensed.   And no person commanding or hav-
ing charge of any boat, carrying passengers for hire shall land
or permit any passengers thereform to land at any dock on
Belle Isle park, excepting such as may be designated for that
purpose by the commissioners, and no person having charge of
any vessel shall fasten or tie the same at any wharf or dock in
Belle Isle park, excepting for the purpose of receiving or dis-
charging passengers as permitted by this section.
         SEC. 48.   No person shall place or deposit or allow to be
placed or keep or deposit on any part of said boulevard any

building material without the written permission of said com- <span style="font-size:smaller">Not to deposit building material on any part of boulevard without written permission of commissioners.</span>
missioners, which permit shall state the space to be occupied
and the length of time during which said permit shall be in
force, and every person having use of any portion of said boule-
vard for the purpose of erecting or repairing any building or
for placing or keeping any building material or any other arti-
cle or thing thereon which shall cause any obstruction to travel
thereon or render the same in any respect dangerous to travelers
thereon, shall cause two red lights to be placed in conspicuous <span style="font-size:smaller">Red lights to be placed in conspicuous places.</span>
places, one at the end of said obstruction, from sunset until
sunrise in the morning of each day during the time such
obstruction shall remain, and shall also construct and maintain
proper safeguards, and a good and safe plank sidewalk around
such obstruction, which sidewalk shall be at least two feet
wide, and no such permit shall be granted under this section
unless in the application therefor the party applying shall
agree to indemnify the city against all liability from injury to
any person or property arising from such obstruction.

SEC. 49. No person shall conduct or permit any funeral <span style="font-size:smaller">Funeral processions not to drive on boulevard.</span>
procession or hearse to be driven upon the boulevard: *Pro-* <span style="font-size:smaller">Proviso.</span>
*vided*, That nothing herein contained shall be construed to
prevent the removal of any corpse from any house abutting
upon said boulevard, and the forming of the funeral procession
thereon, but the hearse or procession shall not proceed further
thereon than the nearest paved cross street in the direction in
which said hearse shall move.

SEC. 50. No person shall remove any house or building on, <span style="font-size:smaller">Not to remove any house or building on or along the boulevard without written permission of commissioner.</span>
along or across the boulevard, except on the written permission
of said commissioners, which shall be issued only upon such
terms and conditions, and under such regulations as they may
prescribe, and upon a deposit with the secretary of said com-
missioners of such sum as may be fixed by said commissioners,
and as they shall estimate will fully cover all damages to
walks, roadways, grass plots, trees and other property and
improvements of said boulevard, and said permit shall be
issued only upon the express condition that said moving shall
be commenced and completed between the hours of one and
six o'clock in the forenoon, and the occupancy of the said
boulevard shall continue only between said hours and after
said moving shall have been completed, the roadway, grass
plot, walks and other property and improvements shall be
restored to their former condition by the said commissioners
or under the supervision of their superintendent, and their
superintendent shall thereupon certify to the secretary the
actual expense incurred in such restoration, and the secretary
shall refund to the person to whom said permit shall be issued
the difference, if any, between the amount deposited and the
amount so certified by the superintendent.

SEC. 51. Any violation of the provisions of this act shall <span style="font-size:smaller">Penalty for violation.</span>
be punished in the recorder's court by a fine not to exceed
one hundred dollars and costs, and, in the imposition of any
fine and costs, the court may make a further sentence, that the
offender be imprisoned in the Detroit House of Correction

until the payment of such fine, for any period of time not exceeding six months.

This act is ordered to take immediate effect.

Approved May 24, 1895.

---

[ No. 437. ]

AN ACT to amend sections two, five, seven and eleven of act number three hundred eighty-three of the local acts of eighteen hundred ninety-three, entitled "An act to provide for the election of two justices of the peace and for the appointment of a justice clerk in and for the city of Saginaw, and to define their jurisdiction and to fix their compensation; and to abolish and discontinue the five offices of justice of the peace of said city, upon the expiration of the terms of the present incumbents thereof; and to provide for the filing of the files, records and dockets belonging to or appertaining to the offices abolished and discontinued, and for the issuance of executions upon judgments appearing on said dockets and to repeal all provisions of the charter of the city of Saginaw and of all other acts or parts of acts in any wise contravening the provisions of this act," approved May thirteenth, eighteen hundred ninety-three.

Sections amended.

SECTION 1. *The People of the State of Michigan enact,* That sections two, five, seven and eleven of act number three hundred eighty-three of the local acts of eighteen hundred ninety-three, entitled "An act to provide for the election of two justices of the peace, and for the appointment of a justice clerk in and for the city of Saginaw, and to define their jurisdiction and to fix their compensation, and to abolish and discontinue the five offices of justices of the peace of said city, upon the expiration of the terms of the present incumbents thereof, and to provide for the filing of the files, records and dockets belonging to or appertaining to the offices abolished and discontinued, and for the issuance of executions upon judgments on said dockets, and to repeal all provisions of the charter of the city of Saginaw and of all other acts or parts of acts in any wise contravening the provisions of this act," approved May thirteenth, eighteen hundred ninety-three, be amended so as to read as follows:

Justices to have same jurisdiction as justices of townships.

Jurisdiction of civil cases.

SEC. 2. The said justices of the peace for the city of Saginaw shall have the same jurisdiction and powers and perform the same duties as are now exercised and performed, or may at any time hereafter be conferred by law upon justices of the peace for townships, together with jurisdiction in civil cases, where either of the parties to any such action reside in the county of Saginaw, and such further jurisdiction as may be provided by statute. In cases of examination of offenders by either of said justices, for offenses committed against the crim-