# CITY OF TRENTON,
## NEW JERSEY.

# CHARTER AND ORDINANCES;

ALSO CERTAIN

ACTS OF THE LEGISLATURE RELATING TO MUNICIPAL DEPARTMENTS,

AND

A TABLE OF CASES CITED IN THE FOOT NOTES.

Revised, Compiled and Published
BY ORDER OF THE COMMON COUNCIL.

TRENTON, N. J.:
THE JOHN L. MURPHY PUBLISHING CO., PRINTERS.
1903.



EXHIBIT 48

Digitized by Google

to the amount to be raised by taxes in said city; and said portion of the principal so raised shall be paid yearly to the sinking fund commission of the city of Trenton, to be used exclusively for the liquidation of said bonds; *provided, however,* that whenever the amount of moneys in the hands of said commission shall be sufficient for the redemption of said bonds, no further sums shall be raised by taxation.

*When to take effect.*  9. That this ordinance shall take effect immediately.

### An Ordinance providing for the government and protection of public parks and squares of the city of Trenton.

*Vol. 6, p. 131.*                                                          Approved June 26th, 1890.

*The Inhabitants of the City of Trenton do ordain:*

*Rate of speed for driving or riding.*  1. No one shall drive or ride in Cadwalader park at a rate exceeding seven miles an hour.

*Driving, where allowed.*  2. No one shall ride or drive in or upon any of the public squares of this city or upon any other part of said park than upon its avenues and roads.

*What vehicles not allowed in park.*  3. No vehicle of burden or traffic shall pass through said park.

*How persons shall enter.*  4. No person shall enter or leave said park or squares except by such gates or avenues as may be for such purpose arranged.

*Wagons not to stand in park for hire.*  5. No coach or vehicle used for hire shall stand upon any part of said park for the purpose of hire.

*No threatening language to be used.*  6. No person shall indulge in any threatening, abusive, insulting or indecent language in said park or squares.

*No obscene act to be permitted.*  7. No person shall engage in any gaming nor commit any obscene or indecent act in the said park or squares.

*No person to carry firearms.*  8. No person shall carry firearms or shoot birds in said park or squares, or within fifty yards thereof, or throw stones or other missiles therein.

*No person to annoy any of the animals.*  9. No person shall disturb the fish or water fowl in the pools, ponds or other waters, or birds in any part of said park or squares, or annoy, strike, injure, maim or kill any animal kept by direction of common council or the park committee thereof, either running at large or confined in a close, nor discharge any fireworks nor affix any bills therein.

*Not to deface trees or buildings.*  10. No person shall cut, break or in anywise injure or deface the trees, shrubs, plants, turf, or any of the

Digitized by Google

outbuildings, fences, bridges, structures or statuary, or foul any fountains or springs within said park or squares.

11. No person shall throw any dead animal or offensive matter or substance of any kind into any pool, pond or other waters within the boundaries of said park or squares. *(Not to throw any offensive matter in water.)*

12. No person shall go into bathe within said park. *(Bathing prohibited.)*

13. No person shall turn cattle, goats, swine, horses, dogs or other animals loose in said park or squares. *(No animals to go loose in park.)*

14. No person shall injure, deface or destroy any notices, rules or regulations for the government of the said park or squares, posted or in any other way permanently fixed by order or permission of the common council or the park committtee thereof, within the limits of the same. *(Notices not to be defaced.)*

15. That for each and every violation of any of the foregoing provisions of this ordinance the person or persons so violating shall forfeit and pay a fine of ten dollars, to be enforced and collected according to law. *(Penalty.)*

### An Ordinance to name the Five Points "Monument Park."

*The Inhabitants of the City of Trenton do ordain:*

1. That the locality commonly known as the Five Points, being that portion of the city bounded and described by Pennington avenue on the north, Broad street on the east, the southerly line of the lands recently purchased by the city of Trenton for a public park, by an ordinance passed common council February twenty-first, one thousand eight hundred and ninety-three, entitled "An ordinance to authorize the purchase of lands for the purposes of a public park," on the south, and the line of North Warren street, on the west, shall be hereby designated and known as "Monument Park." *(Ordinance of June 28th, 1898, Sec. 1, Vol. 6, p. 411.)*

2. That all ordinances or parts of ordinances inconsistent herewith, be and the same are hereby repealed. *(Ib., § 2.)*

