Chicago School of Civics
and Philanthropy.

AMENDMENTS TO

# "The Revised Municipal Code of Chicago of 1905"

(PASSED MARCH 20, 1905)

AND

# New General Ordinances

Passed by the City Council of the City of Chicago
Between March 20, 1905, and
December 31, 1906

Compiled and Arranged by
EDWARD J. PADDEN
Chief Clerk

PRINTED BY ORDER OF THE CITY COUNCIL

ADRIAN C. ANSON
City Clerk
Chicago, Illinois

EXHIBIT
49

DECEMBER, 1906

38                    AMENDMENTS, R. M. C. 1905.

Sections 1554 to 1569 inclusive.  (*As amended April* 7, 1906, *pages* 3454 *to* 3456, *Council Proceedings.*)

### ARTICLE I.  (CHAPTER XLV.)

PARKS, PUBLIC PLAY GROUNDS AND BATHING BEACHES.

**1554. Bureau Established**].—There is hereby established a bureau of the Municipal Government to be known as the Bureau of Parks, Public Play Grounds and Bathing Beaches, which shall embrace the Superintendent of City Parks, Superintendent of Public Play Grounds and Bathing Beaches, the Secretary, and such other employees as the City Council may by ordinance provide. Such Bureau shall be under the sole supervision and control of the Special Park Commission as constituted by a resolution of the City Council passed November 6, 1899, and amended November 27, 1899.

**1555. Superintendent of City Parks—Duties**].—There is hereby created the office of Superintendent of City Parks. He shall be under the immediate jurisdiction and control of the Special Park Commission, and shall have the management and control of all City Parks, Public Squares, and other open spaces at street intersections, subject to the supervision of said Commission, and he shall also perform such other duties as the said Commission shall direct. He shall have full power, direction and control over all such employees as may be provided for by the City Council in connection with the improvement, maintenance and management of such Parks, Squares and other open spaces.

**1556. Superintendent of Public Play Grounds and Bathing Beaches—Duties**].—There is also hereby created the office of Superintendent of Public Play Grounds and Bathing Beaches. He shall be under the immediate jurisdiction and control of the Special Park Commission and shall have the management and control of all Public Play Grounds and Bathing Beaches, and of all matters pertaining to the administration, improvement, conduct and regulation thereof, subject to the supervision of said Commission; and shall also perform such other duties as the said Commission shall direct. He shall have full power, direction and control over all such employees as may be provided for by the City Council in connection with the improvement, maintenance and management of such Public Play Grounds and Bathing Beaches.

**1557. Secretary—Duties**].—There is also hereby created the office of Secretary of the Bureau of Parks, Public Play Grounds and



Ground or Bathing Beach of the City is enclosed, no person shall enter or leave the same except by the gateways. No person shall climb or walk upon the walls or fences thereof. Any of the entrances to such Parks, Public Play Grounds or Bathing Beaches of the city may be closed at any time by the direction of the officer or employee in charge of same.

**1561. Animals Prohibited].**—No person shall turn or lead any cattle, horses, goat, swine or other animals into any of such Parks, Public Play Grounds or Bathing Beaches.

**1562. Firearms—Missiles].**—All persons are forbidden to carry firearms or to throw stones or other missiles within any of the Parks, Public Play Grounds or Bathing Beaches of the City, and all persons are forbidden to cut, break or in any way injure or deface trees, shrubs, plants, turf or any of the buildings, fences, bridges or other construction or property contained therein.

**1563. Peddling and Hawking Prohibited].**—No person shall expose any article or thing for sale within any such Parks, Public Play Grounds or Bathing Beaches, nor shall any hawking or peddling be allowed therein.

**1564. Indecent Words—Fortune Telling].**—No threatening, abusive, insulting or indecent language shall be allowed in any part of such Parks, Public Play Grounds or Bathing Beaches; nor shall any conduct be permitted whereby a breach of the peace may be occasioned; nor shall any person tell fortunes or play any game of chance at or with any table or instrument of gaming, nor shall any person commit any obscene or indecent act therein.

**1565. Bill Posting Prohibited].**—No person shall post or otherwise affix any bills, notice or other paper upon any structure or thing within any such Park, Public Play Ground or Bathing Beach belonging to the city, nor upon any of the gates or inclosures thereof.

**1566. Prohibited Uses].**—No person shall play upon any musical instrument, nor shall any person take into, or carry or display in any Park, Public Play Ground or Bathing Beach, any flag, banner, target or transparency, nor shall any military company parade, drill, or perform therein, any military or other evolutions or movements, without a special permit from the Special Park Commission.

**1567. Bonfires].**—No person shall light, make or use any bonfire in any such Park, Public Play Ground or Bathing Beach.

**1568. Grass].**—No person shall go upon the grass, lawn or turf

41               AMENDMENTS, R. M. C. 1905.

of any of the City Parks, except when and where the word "common" is posted, indicating that persons are at liberty at that time and place to go on the grass.

1569. Penalty].—Any person who shall violate any of the provisions in this article shall be fined not less than five dollars nor more than one hundred dollars for each offense.

---

SECTION 1592. (*As amended May 21, 1906, page* 415, *Council Proceedings.*)

1592. **Peddlers from Wagons—General Peddlers—Fish Peddlers —Oil Peddlers—Wood Peddlers—License Fee**].—The fee to be charged for a license to peddle from a wagon or other vehicle drawn or propelled by animal power other than that supplied by a human being or drawn or propelled by mechanical power shall be fifty dollars per annum. Such license shall entitle the licensee to use one such wagon or similar vehicle in and about his business. For each additional wagon or other similar vehicle used by him in and about his business he shall pay an annual license fee of fifty dollars. Provided, however, that persons desiring a license to peddle fish, solely, from a wagon or other similar vehicle on Thursdays and Fridays of each week only, may be licensed for such purpose and shall be required to pay for such license the sum of fifteen dollars per annum for each and every wagon used by such licensee for that purpose.

Provided, also, that the licenses issued to persons who pay $15.00 per annum only therefor, shall be plainly stamped or marked so as to indicate that the licensee is authorized to peddle fish on Thursdays and Fridays of each week only, and that all tags issued to such licensees who pay such sum of $15.00 per annum shall be of a different design from tags issued to peddlers who pay $50.00 per annum as license fees.

---

SECTIONS 1594 *and* 1595. (*See* "*Peddling, Free Permits for, Etc.,*" *page* 129 *post.*)

---

SECTIONS 1616, 1620, 1621, 1631, 1633, 1635, 1639, 1644, 1646, 1647, 1653, 1656, 1658, 1664, 1667, 1680 and 1705. (*As amended June 18, 1906, pages* 912 *to* 914, *Council Proceedings.*)

1616. **Stop Cocks**].—Every service pipe shall be provided with

Generated on 2022-12-29 16:16:34 GMT / https://hdl.handle.net/2027/mdp.39015006990090
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google        Original from
UNIVERSITY OF MICHIGAN