# ORDINANCES, RULES AND REGULATIONS

## OF THE

# DEPARTMENT *of* PARKS

## OF THE

# CITY OF NEW YORK (city)



**EXHIBIT 51**

Digitized by INTERNET ARCHIVE

Original from LIBRARY OF CONGRESS

Generated on 2022-12-29 17:07 GMT / https://hdl.handle.net/2027/loc.ark:/13960/t1pg26264
Public Domain / http://www.hathitrust.org/access_use#pd



OF THE

# DEPARTMENT OF PARKS
## *of the* CITY OF NEW YORK

---

The Park Board under Chapter 610 of the Charter (3d Edition, 1906) ordains as follows:

## CHAPTER 17.

## PARKS, PARKWAYS AND PARK-STREETS.

(REGULATIONS OF THE PARK BOARD.)

Article 1. General provisions.
    2. Traffic regulations.
    3. Building and other projections.
    4. Miscellaneous.

## ARTICLE 1.

Section 1. Definitions.
    2. Interfering with lands or improvements thereon.
    2. Sub-surface disturbances.
    4. Over-head wires.
    5. Destruction of or injury to park property.

1

other highway under the jurisdiction of the park department, without the permission, or the permit therefor issued by the commissioner or his supervisor of recreation nor otherwise than in accordance with the terms of such permit.

§16. Animals at large. No horse or other animal shall be allowed to go at large in any park or upon any park-street, except dogs that are restrained by a chain or leash not exceeding 6 feet in length.

§17. Disorderly conduct. No person shall, in any park,

1. Use threatening, abusive or insulting language;
2. Do any obscene or indecent act;
3. Throw stones or other missiles;
4. Beg or publicly solicit subscriptions or contributions;
5. Tell fortunes;
6. Play games of chance, or use or operate any gaming table or instrument;
7. Climb upon any wall, fence, shelter, seat, statute or other erection;
8. Fire or carry any firearm, firecracker, torpedo or fireworks;
9. Make a fire;
10. Enter or leave except at the established entrance-ways;
11. Enter any park for the purpose of loitering and remaining therein after 12 o'clock at night, except as, on special occasions, the occupation and use thereof may be authorized beyond the regular hours;

7

12. Do any act tending to a breach of the public peace.

13. Bring into any park a beverage containing alcohol, except for delivery to a restaurant therein, duly licensed by the State Excise Department, with the permission of the commissioner of parks having jurisdiction, or consume publicly, except within the premises of a restaurant, duly licensed as aforesaid, any beverage containing alcohol.

All persons doing any act injurious to a park shall be removed therefrom by the park keepers or by the police. When necessary to the protection of life or property, the officers and keepers of the park may remove all persons from any designated part thereof.

§18. No parent, guardian or custodian of a minor shall permit or allow such minor to do any act prohibited by any provision of this chapter.

## ARTICLE 2.

### Traffic Regulations.

Section 30. Use of drives and bridle paths.
       31. Vehicles obstructing assemblies.
       32. Towing vehicles.
       33. Restrictions on certain vehicles.
       34. Public hacks, cabs and automobiles.
       35. Carriers of offensive refuse or heavy materials.
       36. Smoky motor vehicles.
       37. Park-streets.

Digitized by INTERNET ARCHIVE
Original from LIBRARY OF CONGRESS