*Phoenixville, Pa. -- Ordinances, etc.*

# A DIGEST

OF THE

# ORDINANCES

OF

## TOWN COUNCIL

OF THE

## BOROUGH OF PHOENIXVILLE

TOGETHER WITH THE ACTS OF ASSEMBLY AND
DECREES OF COURT ESPECIALLY
RELATING TO PHOENIXVILLE

*Originally compiled by P. G. Carey, Esq.,*
*Revised by H. P. Waitneight, Esq., 1896, and*
*by Samuel A. Whitaker, Esq., 1906.*

PHOENIXVILLE, PA.
"THE DAILY REPUBLICAN" PRINT.
1906

**EXHIBIT 52**

Digitized by Google

shall give a bond annually, to be approved by the court.

13. The Collector of Taxes shall have all the power for the collection of said taxes, during his term of office, heretofore vested in collectors of county taxes under existing laws, and be subject to the same liabilities and penalties for neglect or violation of the duties of his office. *[Act 25 June, 1885. § 5]* *[Powers]*

14. The accounts of Collectors of Taxes shall be settled by Township or Borough Auditors of the proper Township or Borough, and he shall state a separate account for each different tax collected by him; but collectors of county and State taxes shall settle with the County Commissioners, as heretofore. *[Ibid § 11]* *[Accounts]*

15. If any vacancy shall take place in the office of Tax Collector * * * the Court of Quarter Sessions * * * upon petition of Town Council or any citizen who is a resident of said Borough, Township, ward, setting forth the fact that a vacancy does exist, shall appoint a suitable person to fill said vacancy for the full or unexpired term. *[Act 2 July, 1895]* *[Vacancy]*

## ORDINANCES.

(See CHARTER § 7, I; 8, IV; 10, I; 11, III; 13; BURGESS § 7, 10.)

1. The secretary shall * * * transcribe the by-laws, rules, regulations and ordinances adopted into a book kept for that purpose, and when signed by the presiding officer shall attest the same, preserve the records and documents of the corporation, certify copies of any book, paper, record, by-law, rule, regulation, ordinance or proceeding of the corporation under the seal thereof, which copies so certified shall be good evidence of the act or thing certified, and shall attest the execution of all instruments under the same record, the publication of all enactments, and attest the same by his signature thereto, and shall file of record the proof of service of all notices as required by this act or of supplements hereto, his ceretificate whereof shall be good evidence of such notice. Every ordinance and resolution which shall be passed by said Council shall be presented to the Chief Burgess of such Borough. If he approve he shall sign it, but if he shall not approve he shall return it with his objections to said Council at the next regular meeting thereof, when said objections shall be en- *[Act 3 April, 1851. ?8]* *[Secretary to transcribe]* *[To certify copies]* *[certified copies to be evidence]* *[Act 28 May, 1893]*

Digitized by Google

tered at large in the minute book, and said Council shall proceed to a reconsideration of such ordinance or resolution. If after such reconsideration two-thirds of all the members elected to said Council shall vote to pass such ordinance or resolution it shall become and be of as full force and effect as if said Chief Burgess had signed it; but in such cases the votes of the members of Council shall be determined by the yeas and nays, and the names of the members voting shall be entered on the minutes of said Council: *Provided,* That when the number of Councilmen is less than nine, a majority of Council and one vote more shall be required to pass an ordinance over the veto. If such ordinance or resolution shall not be returned by the Chief Burgess at the next regular meeting of said Council after the same shall have been presented to him, the same shall likewise become and be in as full force and effect as if he had signed it: *Provided,* That before any ordinance shall come into force and effect as aforesaid the same shall be recorded in the Borough ordinance book with the certificate of the secretary and be advertised as heretofore required by law.

*Sidenotes:* To be presented to chief burgess. Veto and passage over.

## PARADISE STREET.

*Ord. 25 Feb. 1875* 1. The width of * * * Paradise street from Nutts avenue to the Borough line * * * shall be * * * forty feet.

*Ord. 26 Feb. 1877. § 4* 2. Ordained * * * that Paradise street begin at a limestone in Nutts avenue, a corner of lands of Benjamin Moyer and Joseph Rapp, thence south thirty-two and one-half degrees west 508 feet six inches to an iron monument planted to indicate the centre of Pennsylvania avenue, thence the same course 250 feet to the centre of Chester avenue, thence the same course continued 250 feet to the centre of Columbia avenue, thence the same course continued 980 feet six inches to a spike at the Borough line.

## PARK ALLEY.

*Ord. 23 Sept. 1874* 1. Ordained, etc., that an alley twenty feet wide 150 feet east of Main street, dedicated by the Phoenix Iron Company to the use of the public, running in a parallel line with Main street from Washington avenue to Second ave-

*Sidenote:* Dedicated and accepted.

Case 8:21-cv-01736-TDC   Document 59-56   Filed 12/30/22   Page 4 of 5

nue, be and the same is hereby accepted and ordered to be marked on the Borough plot.

2. Park alley be and is hereby continued from Third avenue south to Fifth avenue, the centre line of said alley to be 190 feet east of the centre line of Main street, said alley to be twenty feet wide, or ten feet on each side of above described centre line. *(Ord. 5 Aug., 1895, Continued)*

3. The owners of lots or lands bounding on and opposite the sidewalks along * * * both sides of Park alley from Washington avenue to Second avenue * * * are hereby required to put up curbstones at the edge of the sidewalks and to pave and gutter the said sidewalks under the direction of the Borough Surveyor and the Street Committee. * * * *(Ord. 8 Aug., 1886, Curb, pave and gutter)*

[If neglected after thirty days' notice Street Committee to have work done and file lien therefor. See Quick street § 4.]

## PARKS.

1. The following rules and regulations shall be adopted for the government and protection of Reeves Park, in the Borough of Phoenixville: *(Ord. 2 July, 1878)*

### SECTION I, PENAL.

1. No person shall enter or leave the park except by such gates or avenues as may be for such purposes arranged. *(Rules of Reeves' Park)*

2. No person shall indulge in any threatening, abusive, insulting or indecent language in the park.

3. No person shall engage in gaming or commit any obscene or indecent act in the park.

4. No person shall carry fire-arms or shoot birds or throw stones or other missiles therein.

5. No person shall cut, break or in anywise injure or deface the trees, shrubs, plants, turf or any of the buildings, seats, fences, lamps or statuary in the park.

6. No person shall turn cattle, goats, swine, horses, dogs or other animals loose into the park.

7. No person shall injure, deface or destroy any notices, rules or regulations posted, or in any other manner permanently fixed for the government of the park.

8. No person shall engage in any play at baseball,



cricket, shinny, football or any other games with ball and bat, except croquet, within the limits of the park.

Any person who shall violate any of said rules and regulations shall be guilty of a misdemeanor, and for each and every such offence shall pay the sum of five dollars, to be recovered before the Burgess or either of the Justices of the Peace of the Borough of Phoenixville, which fines shall be paid into the Borough treasury for park purposes.

### SECTION 2, LICENSES.

1. No person shall expose any article for sale within the park without permission from the Town Council or its representative.

2. No person or persons shall have any musical, theatrical or other entertainments therein, nor shall any military or other parade or procession take place in the park without permission from the Town Council or its representative.

3. No gathering or meeting of any kind, assembled through advertisement, shall be permitted in the park without permission from Council or its legal representative.

### SECTION 3, PROHIBITIONS.

1. No gathering or meeting for political purposes, nor spirituous or malt liquors shall be allowed within the park under any circumstances.

N. B.—And we do hereby earnestly appeal to all peaceable, law-abiding citizens, entreating that in the exercise of their proprietary rights they will diligently co-operate in the enforcement of all lawful measures for the care and preservation of all things pertaining to Reeves Park. It is *your own property;* won't you take care of it?

## PARTY WALLS.

(See CHARTER § 7, VII.; BUILDINGS § 1 TO 4.)

## PAVEMENTS.

(See CHARTER § 7; BUILDINGS § 4, 5; FINES AND PENALTIES § 5, 6, 7, 19, 20.)

Act 20 April, 1905

1. All Boroughs are hereby authorized and empowered to direct and require the grading, paving, repaving and repairing of all sidewalks on the streets of the Borough,


Digitized by Google