*Staunton, Va. Charters*

# THE CODE

OF THE

# CITY OF STAUNTON, VIRGINIA

---

CONTAINING

THE CHARTER AND GENERAL LAWS

AND ORDINANCES

---

1910
SHULTZ PRINTING CO.
Staunton, Va.

**EXHIBIT 54**

*Staunton, Va.*
*Ordinance*

Generated on 2022-12-29 17:06 GMT / https://hdl.handle.net/2027/nyp.33433015092210
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google    Original from NEW YORK PUBLIC LIBRARY

## CHAPTER II.

OF THE PUBLIC PARKS AND THE GOVERNMENT THEREOF.

Sec. 134.  Park Policeman.

There shall be selected by the council a park policeman whose duty it shall be to have carried out the rules and regulations for the government of the park.

Sec. 135.  Acts prohibited in Park.

All persons are forbidden to enter or leave the park except by the gateways; to climb or walk upon any of the walls or fence, to turn cattle, horses, goats or swine into the park; to carry firearms, or to throw stones or other missiles within it; to cut, break, or in any way injure or deface the trees, benches, shrubs, plants, turf, or any of the buildings, fences, bridges, or other constructions upon the park; or to converse with, or in any way hinder those engaged in its construction.

Sec. 136.  Fast driving, etc., prohibited.

No animal or wheeled vehicle shall travel on any part of the park, except upon the driveway, nor at a rate exceeding seven miles per hour. Persons on horseback shall not travel at a rate exceeding seven miles per hour.

Sec. 137.  "Standing" or "hitching" places.

No animal or vehicle shall be permitted to stand upon any driveway or carriage road of the park, or any part thereof, and no animal or vehicle shall be permitted to be hitched or allowed to stand at any place within the park enclosure, except such places as may be provided and designated as "standing" or "hitching" places. Nor shall any person upon the park solicit or invite passengers.

Sec. 138.  Vehicles for hire in park.

No hackney coach, carriage or other vehicle for hire, shall stand upon any part of the park for the purpose of taking in any


Digitized by Google            Original from
                               NEW YORK PUBLIC LIBRARY