# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

Maryland Shall Issue, Inc., et al.

**Plaintiff,**

v.

Montgomery County, Maryland

**Defendant.**

\*

\*

\*

\*

\*

**Case No.** 8:21-cv-01736-TDC (L); 8:22-cv-01967-DLB

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☐ I certify, as party/counsel in this case that _____
(name of party)

is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

■ The following corporate affiliations exist with Everytown for Gun Safety (formally, Everytown for Gun Safety Action Fund) :
(name of party)

Everytown for Gun Safety Victory Fund and Everytown for Gun Safety Victory Fund State Committee LLC are "related organizations" for purposes of IRS Form 990 Sched R.
.
(names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

.
(names of entities with possible financial interests)

Disclosure of Corporate Interest

☐  In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
<span style="font-size:smaller">(name of LLC party)</span>

| | |
|---|---|
| _____ | _____ |
| (name of member) | (state of citizenship) |
| _____ | _____ |
| (name of member) | (state of citizenship) |
| _____ | _____ |
| (name of member) | (state of citizenship) |
| _____ | _____ |
| (name of member) | (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

1/6/23
_____
Date

/s/ Barry J. Pollack
_____
Signature

Barry J. Pollack (Bar No. 12415), Kramer Levin Naftalis & Frankel LLP
_____
Printed name and bar number

2000 K Street NW, 4th Floor, Washington, DC 20006
_____
Address

bpollack@kramerlevin.com
_____
Email address

(202) 775-4500
_____
Telephone number

(202) 775-4510
_____
Fax number