IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARYLAND SHALL ISSUE, INC., *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Case No. 8:21-cv-01736-TDC (L) |
| ) | Case No. 8:22-cv-01967-DLB |
| MONTGOMERY COUNTY, MD, ) | |
| ) | |
| *Defendant*. ) | |

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on January 30, 2023, the forgoing "Notice of Supplemental Authorities" were served on opposing counsel and counsel for amicus listed below via ECF service:

| | | |
|---|---|---|
| Edward B. Lattner<br>101 Monroe St.<br>Rockville, MD 20850 | Patricia L. Kane<br>101 Monroe St.<br>Rockville, MD 20850 | Matthew H. Johnson<br>101 Monroe St.<br>Rockville, MD 20850 |
| Patricia Lisehora Kane<br>101 Monroe St.<br>Rockville, MD 20850 | Erin Jeanne Asbarry<br>101 Monroe St.<br>Rockville, MD 20850 | Barry J. Pollack<br>Kramer Levin Naftalis<br>2000 K St. NW,<br>Washington, D.C. |

/s/ Mark W. Pennak
_____
MARK W. PENNAK
Maryland Shall Issue, Inc.
9613 Harford Rd, Ste, C #1015
Baltimore, MD 21234-21502
mpennak@marylandshallissue.org
Phone: (301) 873-3671
Bar No. 21033
*Counsel for Plaintiffs*

Dated: January 30, 2023