IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

---

No. 21-12314-HH

---

NATIONAL RIFLE ASSOCIATION,
RADFORD FANT,

                              Plaintiffs - Appellants.

versus

PAM BONDI,
In her official capacity as Attorney General of Florida, et al.,

                              Defendants,

COMMISSIONER, FLORIDA DEPARTMENT
OF LAW ENFORCEMENT,

                              Defendant - Appellee.

---

Appeal from the United States District Court
for the Northern District of Florida

---

ORDER:

A judge of this Court withholds issuance of the mandate in this appeal.

                              DAVID J. SMITH
                              Clerk of the United States Court of
                              Appeals for the Eleventh Circuit

                              ENTERED FOR THE COURT - BY DIRECTION

**EXHIBIT A**