IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARYLAND SHALL ISSUE, INC., *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Case No. 8:21-cv-01736-TDC (L) |
| ) | Case No. 8:22-cv-01967-DLB |
| MONTGOMERY COUNTY, MD, ) | |
| ) | |
| *Defendant*. ) | |

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on March 28, 2023, the forgoing "PLAINTIFFS' RESPONSE TO DEFENDANT'S SUBMISSION OF SUPPLEMENTAL AUTHORITIES" and Exhibit were served on opposing counsel listed below via ECF service:

| | | |
|---|---|---|
| Edward B. Lattner | Patricia L. Kane | Matthew H. Johnson |
| 101 Monroe St. | 101 Monroe St. | 101 Monroe St. |
| Rockville, MD 20850 | Rockville, MD 20850 | Rockville, MD 20850 |
| | | |
| Patricia Lisehora Kane | Erin Jeanne Asbarry | |
| 101 Monroe St. | 101 Monroe St. | |
| Rockville, MD 20850 | Rockville, MD 20850 | |

*/s/ Mark W. Pennak*
_____
MARK W. PENNAK
Maryland Shall Issue, Inc.
9613 Harford Rd, Ste, C #1015
Baltimore, MD 21234-21502
mpennak@marylandshallissue.org
Phone: (301) 873-3671
Bar No. 21033
*Counsel for Plaintiffs*

Dated: March 28, 2023