IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARYLAND SHALL ISSUE, INC., *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Case No. 8:21-cv-01736-TDC (L) |
| ) | Case No. 8:22-cv-01967-DLB |
| MONTGOMERY COUNTY, MD, ) | |
| ) | |
| *Defendant*. ) | |

### CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on March 31, 2023, the forgoing "PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY and Exhibits were served on opposing counsel listed below via ECF service:

Edward B. Lattner
101 Monroe St.
Rockville, MD 20850

Patricia L. Kane
101 Monroe St.
Rockville, MD 20850

Matthew H. Johnson
101 Monroe St.
Rockville, MD 20850

Patricia Lisehora Kane
101 Monroe St.
Rockville, MD 20850

Erin Jeanne Asbarry
101 Monroe St.
Rockville, MD 20850

*/s/ Mark W. Pennak*
_____
MARK W. PENNAK
Maryland Shall Issue, Inc.
9613 Harford Rd, Ste, C #1015
Baltimore, MD 21234-21502
mpennak@marylandshallissue.org
Phone: (301) 873-3671
Bar No. 21033
*Counsel for Plaintiffs*

Dated: March 31, 2023