UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

MARYLAND SHALL ISSUE, INC.,
ENGAGE ARMAMENT, LLC,
ANDREW RAYMOND,
CARLOS RABANALES,
BRANDON FERRELL,
DERYCK WEAVER,
JOSHUA EDGAR,
I.C.E. FIREARMS & DEFENSIVE
TRAINING, LLC,
RONALD DAVID,
NANCY DAVID and
ELIYAHU SHEMONY;

    Plaintiffs,

    v.

MONTGOMERY COUNTY, MARYLAND,

    Defendant.

Civil Action No. TDC-21-1736

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. Defendant Montgomery County's Motion to Remand Counts I, II, and III and Stay Counts IV through VIII, ECF No. 57, is GRANTED IN PART and DENIED IN PART.

2. The Motion is granted in that the Court declines to exercise supplemental jurisdiction over the claims in Counts I, II, and III, severs these counts, and remands them to the Circuit Court for Montgomery County, Maryland.

3. The Motion is otherwise denied.

Date: May 5, 2023

_____
THEODORE D. CHUANG
United States District Judge