

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
OFFICE OF THE CLERK

Catherine M. Stavlas, Clerk of Court
David E. Ciambruschini, Chief Deputy

Reply to Southern Division Address

May 5, 2023

Montgomery County Circuit Court
Civil Department, North Tower, Room 1200
50 Maryland Avenue
Rockville, MD  20850

    RE:    Maryland Shall Issue, Inc. et al v. Montgomery County, Maryland
            Civil Action No. TDC-21-1736
            State Court Case No.  485899V

Dear Clerk:

    On May 5, 2023, the Honorable Theodore D. Chuang signed an order remanding the above-entitled case to your Court.  Enclosed is a certified copy of the order, together with a certified copy of the docket entries.  We have discontinued our previous practice of sending the state court original papers which were filed in this Court.  Should you need certified copies of any papers you may contact the Deputy Clerk below.

    Kindly acknowledge receipt of the enclosed on the duplicate copy of this letter.

    Thank you for your cooperation in this matter.

                                      Sincerely,

                                      Catherine M. Stavlas, Clerk

                    By:           /s/
                         H. Lee           Deputy Clerk

Enclosures

ACKNOWLEDGED RECEIPT THIS        DAY OF        2023

Remand Letter to Court (Rev. 9/4/2001)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Website at www.mdd.uscourts.gov