

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
### OFFICE OF THE CLERK

Reply to Southern Division Address

Catherine M. Stavlas, Clerk of Court
David E. Ciambruschini, Chief Deputy

ENTERED
FILED       RECEIVED
___ LOGGED ___

MAY 1 2 2023

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY

DEPUTY

May 5, 2023

Montgomery County Circuit Court
Civil Department, North Tower, Room 1200
50 Maryland Avenue
Rockville, MD 20850

RE: Maryland Shall Issue, Inc. et al v. Montgomery County, Maryland
Civil Action No. TDC-21-1736
State Court Case No. 485899V

Dear Clerk:

On May 5, 2023, the Honorable Theodore D. Chuang signed an order remanding the above-entitled case to your Court. Enclosed is a certified copy of the order, together with a certified copy of the docket entries. We have discontinued our previous practice of sending the state court original papers which were filed in this Court. Should you need certified copies of any papers you may contact the Deputy Clerk below.

Kindly acknowledge receipt of the enclosed on the duplicate copy of this letter.

Thank you for your cooperation in this matter.

RECEIVED
MAY 09 2023
Clerk of the Circuit Court
Montgomery County, Md.

Sincerely,

Catherine M. Stavlas, Clerk

By: _____/s/_____
H. Lee       Deputy Clerk

Enclosures

ACKNOWLEDGED RECEIPT THIS _____ DAY OF _____ 2023

Remand Letter to Court (Rev. 9/4/2001)

---

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Website at www.mdd.uscourts.gov

Karen A. Bushell
CLERK OF THE CIRCUIT COURT FOR MONTGOMERY COUNTY
50 MARYLAND AVENUE
ROCKVILLE, MARYLAND 20850-2393



US POSTAGE PITNEY BOWES

ZIP 20850
02 1W
0001393376  $ 000.60
MAY 10 2023

United States District Court
101 W. Lombard Street
Baltimore MD 20770

CV

212013262S C047

