# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| MARYLAND SHALL ISSUE, INC., ENGAGE ARMAMENT, LLC, ANDREW RAYMOND, CARLOS RABANALES, BRANDON FERRELL, DERYCK WEAVER, JOSHUA EDGAR, I.C.E. FIREARMS & DEFENSIVE TRAINING, LLC, RONALD DAVID, NANCY DAVID and ELIYAHU SHEMONY,<br><br>Plaintiffs,<br><br>v.<br><br>MONTGOMERY COUNTY, MARYLAND,<br><br>Defendant. | Civil Action No. TDC-21-1736 |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, Plaintiffs' Motion for a Temporary Restraining Order and a Preliminary Injunction, ECF No. 54, is DENIED.

Date: July 6, 2023



THEODORE D. CHUANG
United States District Judge