# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

**MARYLAND SHALL ISSUE, INC.**
**9613 Harford Rd., Ste C #1015**
**Baltimore, Maryland 21234-2150**

**ENGAGE ARMAMENT LLC**
**701 E. Gude Dr., Ste 101,**
**Rockville, Maryland 20850**

**ANDREW RAYMOND**
**14819 Poplar Hill Rd**
**Darnestown, MD 20874**          Case No. 8:21-cv-01736-TDC (L)

**CARLOS RABANALES**              Case No. 8:22-cv-01967-DLB
**7727 Green Valley Rd,**
**Frederick, Maryland 21701**

**BRANDON FERRELL**
**40 Mountain Laurel Court**
**Gaithersburg, Maryland 20879**

**DERYCK WEAVER**
**8712 Lowell Street**
**Bethesda, Maryland 20817**

**JOSHUA EDGAR**
**8416 Flower Hill Terr.**
**Gaithersburg, Maryland 20879**

**I.C.E. FIREARMS & DEFENSIVE**
 **TRAINING, LLC,**
**24129 Pecan Grove Lane**
**Gaithersburg, Maryland 20882**

**RONALD DAVID**
**24129 Pecan Grove Lane**
**Gaithersburg, Maryland 20882**

**NANCY DAVID**
**24129 Pecan Grove Lane**
**Gaithersburg, Maryland 20882**

**ELIYAHU SHEMONY**
**1 Magic Mountain Court**
**Rockville, MD 20852**
 *Plaintiffs,*

        v.

**MONTGOMERY COUNTY,**
 **MARYLAND**
**101 Monroe Street**
**Rockville, Maryland 20850**
 *Defendant.*

# NOTICE OF APPEAL

Pursuant 28 U.S.C. § 1292(a)(1), all the plaintiffs, including each plaintiff captioned above, hereby appeal, to the United States Court of Appeals for the Fourth Circuit, the district court's order (Docket # 83) and memorandum opinion (Docket # 82), dated and filed on July 06, 2023, denying plaintiffs' motion for a preliminary injunction, which was filed on December 6, 2022 (Docket ## 53, 54).

                              Respectfully submitted,

                              */s/ Mark W. Pennak*

                              MARK W. PENNAK
                              MARYLAND SHALL ISSUE, INC.
                               9613 Harford Rd
                               Ste C #1015
                               Baltimore, MD 21234-21502
                               mpennak@marylandshallissue.org
                              Phone: (301) 873-3671
                              MD Atty No. 1905150005
                              District Court Bar No. 21033

Dated: July 7, 2023            *Counsel for Plaintiffs*