IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARYLAND SHALL ISSUE, INC., *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Case No. 8:21-cv-01736-TDC **(L)** |
| ) | Case No. 8:22-cv-01967-DLB |
| MONTGOMERY COUNTY, MD., ) | |
| ) | |
| *Defendant*. ) | |

## PROPOSED ORDER

`1.     Having reviewed Plaintiffs' Emergency Motion for Injunction Pending Appeal and the defendant, Montgomery County, Maryland's response thereto, and the reply filed by plaintiffs in further support of their motion, IT IS HEREBY ORDERED, that:

2.     Plaintiffs' Emergency Motion for Injunction Pending Appeal is GRANTED, and the Defendant, Montgomery County, Maryland, is hereby restrained and enjoined from enforcing that part Section 57-11(a) of the Montgomery County Code that restricts the possession and transport of firearms by persons who possess a Maryland wear and carry permit within 100-yards of any place of "public assembly" as that term is defined and used in Chapter 57 of the Montgomery County Code pending final completion of all appellate proceedings in *MSI v. Montgomery Co, MD,* No. 23-1719 (4th Cir.), and,

IT IS HERBY FURTHER ORDERED, that:

3.     Plaintiffs' Plaintiffs' Emergency Motion for Injunction Pending Appeal is GRANTED, and the Defendant, Montgomery County, Maryland, is hereby restrained and enjoined from enforcing that part Section 57-11(a) of the Montgomery County Code that restricts the possession and transport of firearms by persons who possess a Maryland wear and carry permit at and within any "place of worship" as that term is used by Chapter 57 of the Montgomery County

1

Code, pending final completion of all appellate proceedings in *MSI v. Montgomery Co, MD*, No. 23-1719 (4th Cir.).


Date: September ___, 2023.                   _____
                                             THEODORE D. CHUANG
                                             United States District Judge