# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| MARYLAND SHALL ISSUE, INC., *et al.*, | ) |
| *Plaintiffs*, | ) |
| v. | ) Civil Action No. 21-cv-1736-TDC |
| MONTGOMERY COUNTY, MD., | ) |
| *Defendant*. | ) |

## ORDER

UPON CONSIDERATION of Defendant Montgomery County, Maryland's (the "County") Consent Motion to Extend Time to respond to Plaintiffs' Emergency Motion for a Rule 8 Injunction Pending Appeal ("Emergency Motion"), it is, this _____ day of _____, 2023, by the United State District Court for the District of Maryland, hereby:

ORDERED that the County's Consent Motion is granted; and it is further,

ORDERED that the County is to file an opposition to the Emergency Motion by September 11, 2023.

_____
THEODORE D. CHUANG
United States District Judge