IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MARYLAND SHALL ISSUE, INC., *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | Consolidated Case Nos. |
| v. | * | 21-cv-01736-TDC (L) |
| | * | 8:22-cv-01967-DLB |
| MONTGOMERY COUNTY, MARYLAND | * | |
| | * | |
| Defendant. | * | |

**ORDER**

UPON CONSIDERATION of Plaintiffs' Emergency Motion for a Rule 8 Injunction Pending Appeal, any opposition thereto, and any oral argument thereon, it is, this _____ day of _____, 2023, by the United State District Court for the District of Maryland, hereby:

ORDERED that the Plaintiffs' Motion is DENIED; and it is further

ORDERED that Plaintiff's new and supplemental factual allegations and exhibits, including ECF 93-1, ECF 93-2 and any arguments or factual allegations in ECF 93 relying upon ECF 93-1 and/or 93-2 are struck.

_____
THEODORE D. CHUANG
United States District Judge

cc:   all parties of record