IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MARYLAND SHALL ISSUE, INC., *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | Consolidated Case Nos. |
| v. | * | 21-cv-01736-TDC (L) |
| | * | 8:22-cv-01967-DLB |
| MONTGOMERY COUNTY, MARYLAND | * | |
| | * | |
| Defendant. | * | |

## EXHIBIT LIST
### DEFENDANT'S OPPOSITION TO PLAINTIFFS' EMERGENCY MOTION FOR A RULE 8 INJUNCTION PENDING APPEAL AND MOTION TO STRIKE

**Description**                  **Exhibit Number**

Defendant's Motion to Strike Plaintiffs' Supplemental Factual Allegations and Exhibits Contained in Plaintiffs' Emergency Motion for a Rule 8 Injunction Pending Appeal, No. 23-1719, 4th Cir., Doc. 14 (July 24, 2023) .......................................1

Plaintiffs' Memorandum in Opposition to Defendant's Motion to Strike, No. 23-1719, 4th Cir., Doc. 17 (July 26, 2023) ................................................................................2

Defendant's Reply to Plaintiffs' Opposition to Motion to Strike Plaintiffs' Supplemental Factual Allegations and Exhibits Contained in Plaintiffs' Emergency Motion for a Rule 8 Injunction Pending Appeal, No. 23-1719, 4th Cir., Doc. 25 (August 1, 2023) ...............................................................................3

1886 Md. Laws 315, ch. 189, § 1................................................................................4

John Prentiss Poe, Maryland Code: Public Local Laws, Adopted by the General Assembly of Maryland, March 14, 1888, at 604 § 71 (1888) ...................................................................................................5

1874 Md. Laws 366, ch. 250, § 1................................................................................6

1870 La. Acts 159-160, no. 100, § 73.........................................................................7

1837 Md. Acts Ch. 100, An Act for the Preservation of Wild Fowl in the Waters of Smith's Island and its Vicinity, in Somerset County, §§ 1-2 ........................................................................8

**DEFENDANT'S OPPOSITION TO PLAINTIFFS' EMERGENCY MOTION FOR A RULE 8 INJUNCTION PENDING APPEAL AND MOTION TO STRIKE**
**EXHIBIT LIST**
**21-CV-01736-TDC (L)**

| Description | Exhibit Number |
|---|---|
| Pa. General Assembly, P.L. 1083, No. 1020, A Supplement to An Act appropriating ground for public purposes in the city of Philadelphia § 21.2 (1868) | 9 |
| Acts of Assembly Relating to Fairmount Park (Philadelphia, PA) § 21(II) (1870) | 10 |
| Annual Reports of the City Officers and City Boards of the City of Saint Paul, for the Fiscal Year Ending December 31, 1888, at 689 | 11 |
| A Digest of the Acts of Assembly Relating to and the General Ordinances of the City of Pittsburgh, from 1804 to Jan. 1, 1897, Ordinances – Executive Departments, Bureau of Parks at 496, § 5, Item Third (1893) | 12 |
| A Digest of the Laws and Ordinances for the Government of the Municipal Corporation of the City of Reading, Pa., Park Rules and Regulations, at 240 (1897) | 13 |
| City of Trenton, N.J., Charter and Ordinances at 390, An Ordinance Providing for the Government and Protection of Public Parks and Squares of the City of Trenton § 8 (1903) | 14 |
| 1887 N.M. Laws at 56, An Act to Prohibit the Unlawful Carrying and Use of Deadly Weapons, Ch. 30, § 4 | 15 |
| R. H. Thompson, *The Annotated Code of the General Statute Laws of the State of Mississippi* at 327, § 1030 (1892) | 16 |
| 1859 Conn. Acts at 62, An Act in Addition to and in Alteration of "An Act For Forming And Conducting The Military Force," Chap. 82, § 5 | 17 |
| 1870 Ga. Laws at 421, Title XVI, No. 285, § 1 | 18 |
| R. H. Clark, *The Code of the State of Georgia* (1882) at 1181-82, Part IV, Title I, Division IX, § 4528 | 19 |
| 1870 Tex. Gen. Laws at 63, Ch. 46, § 1 | 20 |

**DEFENDANT'S OPPOSITION TO PLAINTIFFS' EMERGENCY
MOTION FOR A RULE 8 INJUNCTION PENDING APPEAL AND MOTION TO STRIKE
EXHIBIT LIST
21-CV-01736-TDC (L)**

| Description | Exhibit Number |
|---|---|
| 1879 Rev. Statutes of Tex. at 43, Title IX, Ch. 4, Art. 320 | 21 |
| 1875 Mo. Laws at 50-51, § 1 | 22 |
| John A. Hockaday et al., *Revised Statutes of the State of Missouri 1879*, at 224, §§ 1274, 1275 | 23 |
| 1883 Mo. Laws at 76, An Act To Amend Section 1274, Article 2, Chapter 24 of the Revised Statutes of Missouri, Entitled "Of Crimes And Criminal Procedure," § 1 | 24 |
| 1877 Va. Acts at 305, Ch. 7, § 21 | 25 |
| 1889 Ariz. Sess. Laws at 17, No. 13 §§ 3, 4 | 26 |
| General Ordinances of the Town of Columbia, in Boone County, Mo., (Lewis M. Switzler ed.) (1890) at 35, Chapter XVII § 163 | 27 |
| 1890 Okla. Laws at 496, Art. 47 § 7 | 28 |
| W. A. McCartney et al., *Statutes of Oklahoma, 1893 Being a Compilation of All the Laws Now in Force in the Territory of Oklahoma* (1893) at 504, Art. 45, § 7 | 29 |
| The Revised Ordinances of the City of Huntsville, Missouri of 1894, at 58-59, An Ordinance in Relation to Carrying Deadly Weapons, §§ 1, 2 | 30 |