HALL OF RECORDS
ANNAPOLIS, MARYLAND

# THE MARYLAND CODE.

# Public Local Laws,

### CODIFIED BY

## JOHN PRENTISS POE.

**ADOPTED BY THE GENERAL ASSEMBLY OF MARYLAND
MARCH 14, 1888.**

*Including also the Public Local Acts of the Session of 1888
incorporated therein.*

BY AUTHORITY OF THE  STATE OF MARYLAND.

**EXHIBIT 5**

## VOLUME I,

CONTAINING ARTICLE 1, ALLEGANY COUNTY, TO ARTICLE 10,
DORCHESTER COUNTY.

1409

BALTIMORE:
KING BROS., PRINTERS AND PUBLISHERS.
1888.

Allegany, Worcester and Kent counties, and Baltimore city, and all cities, towns or burroughs in which dogs are taxed by municipal ordinance, are exempted from the operation of sections 157 to 162 of article 81 of the public general laws, title "Revenue and Taxes."

### ELECTION DISTRICTS.

P. L. L., (1860,) art. 4, sec. 30.

**69.** Calvert county is divided into three election districts, according to their present bounds and limits, in each of which districts all elections for public officers shall be held, at the place now established by law.

1872, ch. 77.

**70.** The county commissioners are authorized to redistrict or increase the number of election precincts in said county if in their judgment it may seem needful and necessary.

1886, ch. 189.

**71.** It shall not be lawful for any person in Calvert county to carry, on the days of election and primary election, within three hundred yards of the polls, secretly or otherwise, any gun, pistol, dirk, dirk-knife, razor, billy or bludgeon; and any person violating the provisions of this section shall be deemed guilty of a misdemeanor, and on conviction thereof by the circuit court for Calvert county, or before any justice of the peace in said county, shall be fined not less than ten nor more than fifty dollars for each offence, and on refusal or failure to pay said fine, shall be committed to the jail of the county until the same is paid.

Ibid.

**72.** The fines collected under the preceding section shall be paid by the officer collecting the same to the school commissioners of the county for school purposes.

Ibid.

**73.** Any constable of said county, or the sheriff thereof, who shall refuse to arrest any person violating section 71, upon information of such offence, shall be deemed guilty of a misdemeanor, and on conviction thereof before the circuit court for Calvert