IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MARYLAND SHALL ISSUE, INC., *et al.*, | * | |
| | * | |
| Plaintiffs | * | |
| | * | Consolidated Case Nos.: |
| v. | * | 8:21-cv-01736-TDC (lead) |
| | * | 8:22-cv-01967-DLB |
| MONTGOMERY COUNTY, MARYLAND | * | |
| | * | |
| Defendant | * | |

## ENTRY OF APPEARANCE

Please enter the appearance of Margaret Turlington, Assistant County Attorney, as co-counsel for Defendant, Montgomery County, Maryland, in the above-captioned case.

        Respectfully submitted,

        JOHN P. MARKOVS
        COUNTY ATTORNEY

        */s/ Margaret Turlington*
        Margaret Turlington
        Assistant County Attorney
        Federal Bar No. 21650
        margaret.turlington@montgomerycountymd.gov

        Attorneys for Defendant
        101 Monroe Street, Third Floor
        Rockville, Maryland 20850
        240-777-6700
        240-777-6705 (Fax)

**Filed:  October 6, 2023**