UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

MARYLAND SHALL ISSUE, INC.,
ENGAGE ARMAMENT, LLC,
ANDREW RAYMOND,
CARLOS RABANALES,
BRANDON FERRELL,
DERYCK WEAVER,
JOSHUA EDGAR,
I.C.E. FIREARMS & DEFENSIVE
TRAINING, LLC,
RONALD DAVID,
NANCY DAVID and
ELIYAHU SHEMONY,

    Plaintiffs,

v.

MONTGOMERY COUNTY, MARYLAND,

    Defendant.

Civil Action No. TDC-21-1736

## ORDER

For the reasons stated in the October 11, 2023 Case Management Conference, it is hereby ORDERED that:

1. Defendant Montgomery County's oral Consent Motion to Stay, ECF No. 99, is GRANTED IN PART in that this case is STAYED.

2. The parties shall file a Joint Status Report proposing next steps in this case, including whether the stay should be lifted, within **14 days** of a ruling from the United States Court of Appeals for the Fourth Circuit in the earlier of either *Bianchi v. Brown*, No. 21-1255, or *Maryland Shall Issue, Inc. v. Moore*, No. 21-2017.

3. Defendant's Notice of Intent to File a Motion to Dismiss or in the Alternative for Summary Judgment, ECF No. 81, is DISMISSED AS MOOT.

Date: October 11, 2023

THEODORE D. CHUANG
United States District Judge