FILED: February 22, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1719

(8:21-cv-01736-TDC)

_____

MARYLAND SHALL ISSUE, INC.; ENGAGE ARMAMENT LLC; ANDREW RAYMOND; CARLOS RABANALES; BRANDON FERRELL; DERYCK WEAVER; JOSHUA EDGAR; I.C.E. FIREARMS & DEFENSIVE TRAINING, LLC; RONALD DAVID; NANCY DAVID; ELIYAHU SHEMONY

      Plaintiffs - Appellants

v.

MONTGOMERY COUNTY, MARYLAND

      Defendant - Appellee

------------------------------------------------

STATE OF MONTANA; STATE OF ALABAMA; STATE OF ALASKA; STATE OF ARKANSAS; STATE OF GEORGIA; STATE OF IDAHO; STATE OF INDIANA; STATE OF IOWA; STATE OF KANSAS; STATE OF KENTUCKY; STATE OF LOUISIANA; STATE OF MISSISSIPPI; STATE OF MISSOURI; STATE OF NEBRASKA; STATE OF SOUTH CAROLINA; STATE OF SOUTH DAKOTA; STATE OF TEXAS; STATE OF WEST VIRGINIA; STATE OF WYOMING; SECOND AMENDMENT LAW CENTER; CALIFORNIA RIFLE AND PISTOL ASSOCIATION; CITIZENS' COMMITTEE FOR THE RIGHT TO KEEP AND BEAR ARMS; SECOND AMENDMENT DEFENSE AND EDUCATION COALITION; GUNS SAVE LIFE; FEDERAL FIREARMS LICENSEES OF ILLINOIS; GUN OWNERS OF AMERICA; GUN OWNERS OF CALIFORNIA; GUN OWNERS

FOUNDATION

        Amici Supporting Appellants

DISTRICT OF COLUMBIA; STATE OF ILLINOIS; STATE OF MARYLAND; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAII; STATE OF MAINE; STATE OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEW JERSEY; STATE OF NEW YORK; STATE OF OREGON; STATE OF PENNSYLVANIA; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WASHINGTON; GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE; BRADY CENTER TO PREVENT GUN VIOLENCE; MARCH FOR OUR LIVES; EVERYTOWN FOR GUN SAFETY

        Amici Supporting Appellee

_____

O R D E R

_____

    Upon consideration of submissions relative to appellee's motion for abeyance, the court grants the motion and places this case in abeyance pending resolution by the Maryland appellate courts of the County's appeal of the Circuit Court for Montgomery County, Maryland's Memorandum Decision and Order, Declaratory Judgment Order, and Order Granting Injunctive Relief.

    The parties are directed to file a status report 30 days from the date of this order and every 30 days thereafter and to immediately notify this Court upon a decision by the Maryland appellate courts.

                                                       For the Court

                                                    /s/ Nwamaka Anowi, Clerk