UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

MARYLAND SHALL ISSUE, INC.,
ENGAGE ARMAMENT, LLC,
ANDREW RAYMOND,
CARLOS RABANALES,
BRANDON FERRELL,
DERYCK WEAVER,
JOSHUA EDGAR,
I.C.E. FIREARMS & DEFENSIVE
TRAINING, LLC,
RONALD DAVID,
NANCY DAVID and
ELIYAHU SHEMONY,

    Plaintiffs,

v.

MONTGOMERY COUNTY, MARYLAND,

    Defendant.

Civil Action No. TDC-21-1736

**ORDER**

On October 11, 2023, the Court stayed this case and ordered the parties to file a Joint Status Report proposing next steps in this case within 14 days of a ruling from the United States Court of Appeals for the Fourth Circuit in the earlier of either *Bianchi v. Brown*, No. 21-1255, or *Maryland Shall Issue, Inc. v. Moore*, No. 21-2017. ECF No. 103. Having reviewed the parties' Joint Status Reports, ECF Nos. 106, 107, it is hereby ORDERED that:

1. This case will remain stayed until the final adjudication of the state law claims in the Maryland state courts, up to and including any proceedings in the Supreme Court of Maryland.

2. The parties shall file a Joint Status Report proposing next steps in this case, including whether the stay should be lifted, within **14 days** of resolution of the final adjudication of the state law claims in the Maryland state courts.

Date: September 19, 2024



THEODORE D. CHUANG
United States District Judge