**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| MARYLAND SHALL ISSUE, INC., *et al.*, | * | |
| | * | |
| *Plaintiffs*, | * | |
| | * | Consolidated Case Nos. |
| v. | * | 21-cv-01736-TDC (L) |
| | * | 8:22-cv-01967-DLB |
| MONTGOMERY COUNTY, MARYLAND | * | |
| | * | |
| *Defendant*. | * | |

## PROPOSED ORDER

Having reviewed plaintiffs' motion of May 8, 2026, to continue to hold this case in abeyance and the response to the motion filed by the defendant,

IT IS ORDERD THAT plaintiffs' motion to hold this case in abeyance is GRANTED and this case will be continued to be held in abeyance pending final disposition of the petitions for certiorari that have been filed or will be filed from the Fourth Circuit's decision in *Kipke v. Moore*, 165 F.4th 194 (4th Cir. 2026), and

IT IS FURTHER ORDERED that the parties will advise the Court within 14 days of any such final disposition of *Kipke* petitions and propose next steps in this case.

DATE: _____

_____
THEODORE D. CHUANG
United States District Judge

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 11, 2026, a copy of the foregoing PROPOSED

ORDER was served via this Court's CM/ECF Electronic Document Filing System on all counsel

of record.

/s/ Mark W. Pennak
Mark W. Pennak