**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| MARYLAND SHALL ISSUE, INC., *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | Consolidated Case Nos. |
| v. | * | 21-cv-01736-TDC (L) |
| | * | 8:22-cv-01967-DLB |
| MONTGOMERY COUNTY, MARYLAND | * | |
| | * | |
| Defendant. | * | |

**DEFENDANT'S RESPONSE TO MOTION OF PLAINTIFFS TO HOLD CASE IN ABEYANCE (ECF 109)**

COMES NOW Defendant Montgomery County, Maryland, by and through undersigned counsel, and files this Response to Motion of Plaintiffs to Hold Case in Abeyance (ECF No. 109).

The County agrees that the case should continue to be stayed pending the outcome of the United States Supreme Court's decision in *Wolford v. Lopez*, No. 24-1046 (U.S. Apr. 1, 2025), the petition for writ of certiorari filed by the State of Maryland after this Court's decision in *Kipke v. Moore*, 165 F.4th 194 (4th Cir. 2026); No. 25-1206 (U.S. Apr. 20, 2026), and any other petition for writ of certiorari arising from the *Kipke* decision. Both *Wolford* and *Kipke* involve Second Amendment challenges to state regulation of firearms, and specifically laws governing the public carry of firearms. Consequently, both decisions will likely have precedential impact upon the Second Amendment issues raised in Plaintiffs' Second Amended Complaint.

The County does not agree with the characterizations of recent opinions by Plaintiffs; the opinions speak for themselves.

Of note, the Fourth Circuit today entered an order to continue to hold in abeyance the pending interlocutory appeal of this Court's denial of Plaintiffs' request for a preliminary injunction. *See* Exhibit A. The parties similarly agreed before the Fourth Circuit that a decision in *Wolford*, and the results of any certiorari petitions in *Kipke*, warranted continuing to hold that

appeal in abeyance.

To temporarily halt proceedings but keep the case on the Court's docket, this Court enters orders that "stay" a case. *See, e.g.,* ECF No. 103. The Fourth Circuit places a case in "abeyance" to temporarily halt proceedings but keep the case on its docket under its Local Rule 12(d).

For the reasons noted above, this Court should continue current stay in this matter.

Respectfully submitted,

JOHN P. MARKOVS
COUNTY ATTORNEY

/s/
Edward B. Lattner, Deputy County Attorney
edward.lattner@montgomerycountymd.gov
Bar No. 03871

/s/
Erin J. Ashbarry
Chief, Division of Government Operations
erin.ashbarry@montgomerycountymd.gov
Bar No. 26298

/s/
Margaret Turlington
Assistant County Attorney
margaret.turlington@montgomerycountymd.gov
Bar No. 21650

101 Monroe Street, Third Floor
Rockville, Maryland 20850-2540
(240) 777-6700
(240) 777-6705 Fax
*Counsel for Defendant Montgomery County, Maryland*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 22, 2026, a copy of the foregoing was filed to be transmitted via this Court's CM/ECF Electronic Document Filing System to:

Mark W. Pennak
Maryland Shall Issue, Inc.
9613 Harford Rd., Ste C #1015
Baltimore, Maryland 21234-21502
mpennak@marylandshallissue.org

                                        /s/
                              Erin J. Ashbarry